**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Krystal Company |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 6 2 – 0 2 6 4 1 4 0 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1455 Lincoln Parkway | |
| Number    Street | Number    Street |
| Suite 600 | |
| | P.O. Box |
| Dunwoody, Georgia  30346 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| DeKalb County | Various Locations |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    www.krystal.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 1

Debtor  __The Krystal Company_____   Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_7_ _2_ _2_ _5_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __See Attachment_____   Relationship _____
         District _____   When _____
                                                           MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor   The Krystal Company_____   Case number (*if known*)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☑ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** 24787 John T. Reid Parkway<br>                               Number     Street<br><br>Scottsboro                                    AL       35768<br>City                                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☑ Yes.  Insurance agency   Mitsui Sumitomo Insurance Company of America<br>         Contact name       Jeff Ciaramella<br>         Phone              (412) 375-6573 |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99          ☑ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  The Krystal Company  
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million |

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2020  
MM / DD / YYYY

✗ /s/ Jonathan Tibus  
Signature of authorized representative of debtor

Jonathan Tibus  
Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Sarah R. Borders  
Signature of attorney for debtor

Date  01/19/2020  
MM / DD / YYYY

/s/ Sarah R. Borders  
Printed name

King & Spalding LLP  
Firm name

1180 Peachtree Street N.E.  
Number    Street

Atlanta  
City

GA  
State

30309  
ZIP Code

(404) 572-4600  
Contact phone

sborders@kslaw.com  
Email address

610649  
Bar number

Georgia  
State

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, contemporaneously with the filing of this petition. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of The Krystal Company.

- The Krystal Company
- Krystal Holdings, Inc.
- K-Square Acquisition Co., LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, | ) | Case No. 20-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3), the undersigned, the Chief Restructuring Officer of the above-captioned debtor (the "Debtor"), certifies that the following is a list of the Debtor's significant equity security holders.

| Debtor | Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| The Krystal Company | Krystal Holdings, Inc. | 1455 Lincoln Parkway Suite 600 Dunwoody, GA 30346 | 100% |

35918959.v1

Date:   January 19, 2020　　　　　　　　　*/s/ Jonathan Tibus*
　　　　Atlanta, Georgia　　　　　　　　　 Jonathan Tibus
　　　　　　　　　　　　　　　　　　　　　Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE KRYSTAL COMPANY, | ) Case No. 20-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for the debtor in the above-captioned action certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

| **Shareholder** | **Percentage of Shares Held** |
|---|---|
| Krystal Holdings, Inc. | 100% |

35918895.v2

Date:  January 19, 2020    Respectfully submitted,
       Atlanta, Georgia

KING & SPALDING LLP

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Proposed Counsel for the Debtors in Possession*

Fill in this information to identify the case:

Debtor name __THE KRYSTAL COMPANY, et al.___

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | THE TOMBRAS GROUP<br>620 S. GAY STREET<br>KNOXVILLE, TN 37902 | ATTN: DOOLEY TOMBRAS<br>TITLE: PRESIDENT<br>PHONE: 865-524-5376<br>EMAIL: DTOMBRAS@TOMBRAS.COM<br>FAX: 865-524-5667 | Trade Payable | | | | $ 4,223,982.29 |
| 2 | US FOODS, INC<br>9399 WEST HIGGINS ROAD<br>SUITE 500<br>ROSEMONT, IL 60018 | ATTN: DIRK LOCASCIO<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: 847-232-5800<br>EMAIL: DIRK.LOCASCIO@USFOODS.COM<br>FAX: 847-720-2345 | Trade Payable | | | | $ 2,871,146.70 |
| 3 | RADIANT SYSTEMS<br>864 SPRING ST NW<br>ATLANTA, GA 30308 | ATTN: SCOTT SYKES<br>TITLE: HEAD OF CORPORATE COMMUNICATIONS<br>PHONE: 212-589-8428<br>EMAIL: SCOTT.SYKES@NCR.COM | Trade Payable | | | | $ 560,053.14 |
| 4 | SLM WASTE & RECYCLING SERVICES, INC<br>5000 COMMERCE DRIVE<br>GREEN LANE, PA 18054 | ATTN: SUSAN DAYWITT<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 215-258-7401<br>EMAIL: SUSAN.DAYWITT@SLMFACILITIES.COM<br>FAX: 215-258-3823 | Trade Payable | | | | $ 535,021.39 |
| 5 | VEREIT<br>2325 E. CAMELBACK ROAD, 9TH FLOOR<br>PHOENIX, AZ 85016 | ATTN: LAUREN GOLDBERG<br>TITLE: GENERAL COUNSEL<br>PHONE: 602-778-8700<br>EMAIL: LGOLDBERG@VEREIT.COM | Rent | | | | $ 366,215.60 |
| 6 | UNITED HEALTH CARE<br>9800 HEALTH CARE LN<br>MINNEAPOLIS, MN 55436 | ATTN: DAVID S. WICHMANN<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 866-204-0911<br>EMAIL: DAVID_S_WICHMANN@UHG.COM | Trade Payable | | | | $ 300,693.17 |
| 7 | ALETHEIA MARKETING & MEDIA LLC<br>15770 NORTH DALLAS PARKWAY, SUITE 200<br>DALLAS, TX 75248 | ATTN: CHRIS SCHEMBRI<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 972-776-4070<br>EMAIL: CSCHEMBRI@ALETHEIA-NA.COM<br>FAX: 972-829-9100 | Trade Payable | | | | $ 278,658.69 |
| 8 | MARRIOTT INTERNATIONAL<br>10400 FERNWOOD ROAD<br>BETHESDA, MD 208170<br>- AND -<br>SAWGRASS MARRIOTT GOLF RESORT & SPA<br>1000 PGA TOUR BLVD<br>PONTE VEDRA BEACH, FL 32082 | ATTN: ARNE SORENSON<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 214-905-0050<br>EMAIL: ARNE.SORENSON@MARRIOTT.COM<br>FAX: 301-644-7624 | Trade Payable | | | | $ 264,422.74 |
| 9 | FIREEYE INC<br>601 MCCARTHY BLVD.<br>MILPITAS, CA 95035 | ATTN: KEVIN MANDIA<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 408-324-9046<br>EMAIL: KEVIN.MANDIA@FIREEYE.COM<br>FAX: 408-321-9818 | Trade Payable | | | | $ 216,000.00 |
| 10 | FLOWERS BAKING COMPANY OF OPELIKA<br>1919 FLOWERS CIRCLE<br>THOMASVILLE, GA 31757 | ATTN: BRAD ALEXANDER<br>TITLE: CHIEF OPERATING OFFICER<br>PHONE: 229-227-2353<br>EMAIL: BRAD_ALEXANDER@FLOCORP.COM<br>FAX: 229-225-2646 | Trade Payable | | | | $ 185,952.44 |
| 11 | INTERGRATED GRAPHICS LLC<br>8800 EAST PLEASANT VALLEY ROAD<br>INDEPENDENCE, OH 44131 | ATTN: BILL BYRNE<br>TITLE: PRESIDENT<br>PHONE: 216-520-480 ext. 3126<br>EMAIL: BILL.BYRNE@PROFORMA.COM | Trade Payable | | | | $ 179,130.85 |
| 12 | QUATRRO FPO SOLUTIONS, LLC<br>1850 PARKWAY PLACE SE # 1100<br>MARIETTA, GA 60018 | ATTN: CHARLES HARMORNICK<br>TITLE: PRESIDENT<br>PHONE: 866-622-7011<br>EMAIL: CHUCK.H@QUATRRO.COM | Trade Payable | | | | $ 152,912.35 |
| 13 | MCGUIREWOODS LLP<br>1230 PEACHTREE STREET, N.E. SUITE 2100<br>ATLANTA, GA 30309-3534 | ATTN: CHRISTOPHER K GREENE<br>TITLE: PARTNER<br>PHONE: 404-443-5721<br>EMAIL: CGREENE@MCGUIREWOODS.COM<br>FAX: 404-443-5692 | Trade Payable | | | | $ 137,232.12 |
| 14 | YEXT, INC<br>1 MADISON AVE<br>5TH FLOOR<br>NEW YORK, NY 10010 | ATTN: STEVE CAKEBREAD<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: 415-507-8101<br>EMAIL: SCAKEBREAD@YEXT.COM | Trade Payable | | | | $ 114,660.00 |
| 15 | SNAP TECH IT,LLC<br>1414 W. BROADWAY RD.<br>STE 105<br>TEMPE, AZ 85285 | ATTN: KARL BICKMORE<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 480-553-9967<br>EMAIL: KBICKMORE@SNAPTECHIT.COM | Trade Payable | | | | $ 112,694.20 |
| 16 | JOHNSON CONTROLS<br>5757 N. GREEN BAY AVE.<br>P.O. BOX 591<br>MILWAUKEE, WI 53201 | ATTN: BRIAN STIEF<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: 229-529-9365<br>EMAIL: BRIAN.STIEF@JCI.COM | Trade Payable | | | | $ 110,339.60 |

Debtor___THE KRYSTAL COMPANY, et al.,_____                                                                                 Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — if the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | CSI OF THE SOUTHEAST INC<br>110 SKYLINE DRIVE<br>MAYNARDVILLE, TN 37807 | ATTN: JUSTIN SAWYER<br>TITLE: VICE PRESIDENT OF SALES<br>PHONE: 865-805-0344<br>EMAIL: JSAWYER@CSISE.COM<br>FAX: 865.992.7169 | Trade Payable | | | | $ 109,529.04 |
| 18 | STRATEGIC EQUIPMENT AND SUPPLY<br>2801 SOUTH VALLEY PARKWAY, STE. 200<br>LEWISVILLE, TX 75067 | ATTN: MARTY MONNAT<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 972-401-5300<br>EMAIL: MMONNAT@STRATEGICEQUIPMENT.COM<br>FAX: 469-240-7202 | Trade Payable | | | | $ 105,177.97 |
| 19 | REPUBLIC SERVICES NATIONAL ACCOUNTS, LLC<br>18500 N ALLIED WAY<br>PHOENIX, AZ 85054 | ATTN: JON VANDER ARK<br>TITLE: PRESIDENT<br>EMAIL: JON.ARK@REPUBLICSERVICES.COM | Trade Payable | | | | $ 101,633.01 |
| 20 | HALO BRANDED SOLUTIONS,INC<br>1500 HALO WAY<br>STERLING, IL 61081 | ATTN: MARC SIMON<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 212-695-9800<br>EMAIL: MARC.SIMON@HALO.COM<br>FAX: 815-632-6900 | Trade Payable | | | | $ 101,374.70 |
| 21 | RAGONA ARCHITECTURE & DESIGN PLLC<br>145 SCALEYBARK RD A<br>CHARLOTTE, NC 28209 | ATTN: MATT RAGONA<br>TITLE: PRINCIPAL<br>PHONE: 704-943-9091<br>EMAIL: MRAGONA@RAD-ARCH.COM | Trade Payable | | | | $ 87,812.61 |
| 22 | DTT SURVEILLANCE<br>111 SPEEN STREET #550<br>FRAMINGHAM, MA 01701 | ATTN: MIKE COFFEY<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 617-949-8900<br>EMAIL: MIKE@DTIQ.COM | Trade Payable | | | | $ 86,169.01 |
| 23 | HORIZON RIVER TECHNOLOGIES, LLC<br>3340 PEACHTREE ROAD NE SUITE 2600<br>ATLANTA, GA 30326 | ATTN: JEF WALLACE<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 404-662-2216<br>EMAIL: JEF.WALLACE@HORIZONRIVER.COM | Trade Payable | | | | $ 83,430.50 |
| 24 | AR GLOBAL<br>650 FIFTH AVENUE<br>NEW YORK, NY 10019 | ATTN: KATIE KURTZ<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: 212-415-6500<br>EMAIL: KATIE.KURTZ@AR-GLOBAL.COM | Rent | Contingent & Unliquidated | | | $ 57,602.45 |
| 25 | PREFERRED PREMIUM PROPERTIES, LLC<br>125 BRAZILIAN AVENUE<br>PALM BEACH, FL 33480 | ATTN: BAGBY MEREDITH<br>TITLE: VICE PRESIDENT<br>PHONE: 561-655-9510<br>EMAIL: MEREDITHBAGBY@GMAIL.COM<br>FAX: 561-655-6495 | Rent | Contingent & Unliquidated | | | $ 56,916.82 |
| 26 | WANDA COLLINS<br>ADDRESS ON FILE | PHONE: ON FILE | General Liability Claim | Contingent, Unliquidated & Disputed | | | Undetermined |
| 27 | ROBIN HOBBS<br>ADDRESS ON FILE | PHONE: ON FILE | General Liability Claim | Contingent, Unliquidated & Disputed | | | Undetermined |
| 28 | REALTY INCOME, LP<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 | ATTN: SUMIT ROY<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 877-218-2434<br>EMAIL: SROY@REALTYINCOME.COM | Rent | Contingent & Unliquidated | | | Undetermined |
| 29 | STORE CAPITAL CORP/STORE MASTER FUNDING I, LLC<br>8377 E. HARTFORD DR.<br>SUITE 100<br>SCOTTSDALE, AZ 85255 | ATTN: CHRISTOPHER H. VOLK<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 480-256-1100<br>EMAIL: CHRIS@STORECAPITAL.COM<br>FAX: 480-256-1101 | Rent | Contingent & Unliquidated | | | Undetermined |
| 30 | PENSION BENEFIT GUARANTY CORPORATION<br>1200 K STREET, N.W.<br>SUITE 340<br>WASHINGTON, DC 20005-4026 | ATTN: PATRICIA KELLY<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: 703-448-0461<br>EMAIL: KELLY.PATRICIA@PBGC.GOV<br>FAX: 202-326-4112 | Pension | Contingent, Unliquidated & Disputed | | | Undetermined |

Note: Unsecured amounts contain projected estimates of pre-petition liability as of the Petition Date and are subject to change as accrued liabilities become invoiced.

**Fill in this information to identify the case and this filing:**

Debtor Name  The Krystal Company

United States Bankruptcy Court for the: Northern   District of Georgia
                                                                                      (State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   List of Equity Security Holders, Corporate Ownership Statement and List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2020           ✗ /s/ Jonathan Tibus_____
               MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                          Jonathan Tibus_____
                                          Printed name

                                          Chief Restructuring Officer
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

*Execution Version*

# UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
# OF THE KRYSTAL COMPANY
# WITHOUT A MEETING

In lieu of a special meeting of the Board of Directors of The Krystal Company, a Tennessee corporation (the "Company"), the undersigned, being all the members of the Board of Directors of the Corporation (the "Board of Directors"), do hereby, pursuant to Title 48, Chapter 18-202 of the Tennessee Business Corporation Act (the "Act"), declare that the actions hereinafter set forth shall be, and hereby are, taken by the Board effective as of January 19, 2020:

WHEREAS, the Board of Directors has determined that it is in the best interests of the Company, its shareholders, its creditors, and other parties in interest for the Company to file a voluntary petition seeking relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court") to address the Company's financial issues.

NOW, THEREFORE, BE IT RESOLVED, that each of the President & Chief Operating Officer, Chief Financial Officer and Chief Restructuring Officer, in their capacities as officers of the Company (each an "Authorized Officer" and together, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as said officer executing the same shall determine and in such form or forms as any such Authorized Officer may approve in such Authorized Officer's sole discretion;

FURTHER RESOLVED, that the law firm of King & Spalding LLP with its principal office currently located at 1180 Peachtree Street, N.E., Atlanta, Georgia 30309 be, and hereby is, employed as counsel for the Company in connection with the prosecution of the Company's case under chapter 11 of the Code;

FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company, Scroggins & Williamson, P.C., as conflicts counsel, in connection with its case under chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which any Authorized Officer or the Company's legal counsel may deem necessary, desirable or appropriate in connection with filing the voluntary petition for relief under chapter 11 of the Bankruptcy Code and, upon authorization by the Board as appropriate, to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

36070211.v1

FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company King & Spalding, LLP, as bankruptcy counsel, Alvarez & Marsal, interim management provider, Piper Jaffray, as lead investment bank, and Kurtzman Carson Consultants LLC, as claims and noticing agent for the Company, in connection with its case under chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, affidavits, orders, directions, certificates, requests, receipts, or other instruments, as may be necessary, desirable, or appropriate in the reasonable discretion of any such Authorized Officer to give effect to the foregoing resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and each Authorized Officer be, and each of them hereby is, authorized, empowered and directed to cause the Company to make said payments as each such Authorized Officer may deem necessary, appropriate, advisable or desirable, such payment to constitute conclusive evidence of such Authorized Officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

FURTHER RESOLVED, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by any Authorized Officers or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board, have executed this consent effective as of the date first written above.

_____
Mike Klump, Director

_____
Karl Jaeger, Director

_____
Michael Elliott, Director

*[Signature Page to The Krystal Company Board Consent Approving Chapter 11]*

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board, have executed this consent effective as of the date first written above.

_____
Mike Klump, Director


_____
Karl Jaeger, Director


_____
Michael Elliott, Director

*[Signature Page to The Krystal Company Board Consent Approving Chapter 11]*