**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 |
| | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF DESIGNATION OF COMPLEX CHAPTER 11 CASE

This bankruptcy case was filed on January 19, 2020. The Debtor believes that this case qualifies as a Complex Chapter 11 Case because:

__X__   The Debtor has total debt or total assets of more than $25 million, excluding claims of insiders (as defined in 11 U.S.C. §101);

__X__   There are more than 400 parties in interest in this case, excluding former and current employees;

_____   Claims against or interests in the Debtor are publicly traded; or

_____   Other (Substantial explanation is required. Attach additional sheets if necessary.); and

__X__   The Debtor is not an individual; and

__X__   The Debtor does not own single asset real estate, or it does own single asset real estate but treatment as a Complex Chapter 11 Case is justified (attach explanation explaining the circumstances).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

DMSLIBRARY01\36070652.v1

| | |
|---|---|
| Date: January 19, 2020<br>Atlanta, Georgia | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br><u>/s/ Sarah R. Borders</u><br>Sarah R. Borders<br>Georgia Bar No. 610649<br>Jeffrey R. Dutson<br>Georgia Bar No. 637106<br>Leia Clement Shermohammed<br>Georgia Bar No. 972711<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Email: sborders@kslaw.com<br>Email: jdutson@kslaw.com<br>Email: lshermohammed@kslaw.com<br><br>*Proposed Counsel for the Debtors in Possession* |