**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Cases No. 20-61065 |
| | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I)**
**AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN UNEXPIRED**
**LEASES AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

> **LANDLORDS AND TENANTS RECEIVING THIS MOTION SHOULD LOCATE THEIR**
> **RESPECTIVE NAMES AND LEASES IN SCHEDULES 1, 2, AND 3 ATTACHED**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this *First Omnibus Motion for Entry of an Order (I) Authorizing and Approving the Rejection of Certain Unexpired Leases as of the Petition Date and (II) Granting Related Relief* (the "Motion"). In support of this Motion, the Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over these cases and this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409(a).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

2.       The predicates for the relief requested herein are sections 105, 365, 1107, and 1108 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6004, 6006 and 9013 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3.       On the date hereof (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court").  The Debtors have continued in possession of their properties and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner, and no official committee has yet been established in these cases.

4.       The factual background relating to the Debtors' commencement of these cases is set forth in detail in the *Declaration of Jonathan M. Tibus in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration") filed on the Petition Date and incorporated herein by reference.  Additional facts specific to this Motion are set forth below.

### The Rejected Leases

5.       The Debtors operate approximately 182 restaurant locations.  As described in the First Day Declaration, the Debtors have historically reviewed their store footprint on an ongoing basis in order to assess the viability of its store locations, and to determine whether it was in the best interests of the Debtors' enterprise to continue to operate the store.  In connection with such reviews, if the Debtors determined that a store was no longer profitable to operate, and the Debtors were unable to sell, convert, or sublease the store, the Debtors would in such instances

turn the store "dark" by entirely ceasing business at the location (each such restaurant, a "Dark Store," as set forth on **Schedule 1 to Exhibit A** hereto).  Consequently, the Debtors seek to reject the Dark Store leases.

6.    The Debtors have also identified certain store locations that franchisees operate under subleases that are not profitable to the Debtors and certain other premises that the Debtors sublease to third parties that are also not profitable to the Debtors.  Accordingly, the Debtors also seek to reject the unexpired subleases and related master leases (the "Subleases" and "Master Leases," respectively, together with the Dark Store leases, the "Rejected Leases").  The Master Leases are set forth on **Schedule 2** to **Exhibit A** hereto.  The Subleases are set forth on **Schedule 3** to **Exhibit A** hereto.

7.    On average, the occupancy costs under the Rejected Leases, including rent and other obligations, are an unnecessary expense to the Debtors' estates totaling approximately $482,000 per month.

## RELIEF REQUESTED

8.    By this Motion, the Debtors request entry of an order substantially in the form of the proposed order attached hereto as **Exhibit A** authorizing and approving the Debtors' rejection of the Rejected Leases effective as of the Petition Date.

## BASIS FOR RELIEF REQUESTED

### A.    Legal Standard

9.    Section 365(a) of the Bankruptcy Code of the authorizes a debtor to reject its executory contracts and unexpired leases subject to the approval of the bankruptcy court:

> (a) Except as provided in . . . subsections (b), (c) and (d) of this section, the trustee, subject to the court's approval, may assume or

reject any executory contract or unexpired lease of the debtor  .

10.     Rejection of an executory contract or lease is appropriate where, in the exercise of the debtor's sound business judgment, the debtor determines that rejection of the contract or lease would benefit the estates.  *Byrd v. Gardinier, Inc. (In re Gardinier, Inc.)*, 831 F.2d 974, 976 n.2 (11th Cir. 1987); *see also NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523 (1984); *Richmond Leasing Co. v. Capital Bank, N.A.*, 762 F.2d 1303, 1309 (5th Cir. 1985) ("it is well established that 'the question whether a lease should be rejected … is one of business judgment'"); *In re Armstrong World Indus., Inc.*, 348 B.R. 136, 162 (Bankr. D. Del. 2006) ("Courts have uniformly deferred to the business judgment of the debtor to determine whether the rejection of an executory contract or unexpired lease by the debtor is appropriate under section 365(a) of the Bankruptcy Code").

11.     The business judgment standard mandates that a court approve a debtor's business decision unless the decision is the product of bad faith, whim, or caprice.  *In re Surfside Resort & Suites, Inc.*, 325 B.R. 465, 469 (Bankr. M.D. Fla. 2005) ("A court may not substitute its judgment for that of a debtor's unless the debtor's decision that 'rejection will be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim, or caprice.'") (quoting *Lubrizol Enterprises, Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.)*, 756 F.2d 1043, 1047 (4th Cir. 1985)); *Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 B.R. 310, 315 (Bankr. D. Utah 1981) (absent extraordinary circumstances, court approval of a debtor's decision to assume or reject an executory contract "should be granted as a matter of course").

12.     Courts in this District have authorized similar relief to the relief requested herein. *In re Manis Lumber Co.,* 430 B.R. 269, 271 (Bankr. N.D. Ga. 2009) (Bonapfel, J.); *In re Capital Restaurant Group, LLC*, No. 19-65910-WLH (Bankr. N.D. Ga. Oct. 8, 2019); *In re Jack Cooper Ventures, Inc.*, No. 19-62393-PWB (Bankr. N.D. Ga. Sept. 13, 2019).

13.     The Debtors further request that, consistent with the limitations imposed by section 362 of the Bankruptcy Code and any other applicable law, if any of the Debtors have deposited amounts with any of the landlords as a security deposit or pursuant to another similar arrangement, or if any of the landlords owe any of the Debtors any amount pursuant to the Rejected Leases or other agreements between the same parties, the landlords shall not be permitted to setoff or otherwise use the amounts from such deposit or other similar arrangement, or other amount owed to the Debtors, without the prior order of the Court. *See In re Sweet N Sour 7th Ave. Corp.*, 431 B.R. 63, 70-72 (Bankr. S.D.N.Y. 2010) (automatic stay prohibits landlord from exercising right to set off on debtor's security deposit); *In re Communicall Cent., Inc.*, 106 B.R. 540, 545 (Bankr. N.D. Ill. 1989) (landlords are required to move for relief from the automatic stay to exercise right of set off); *In re Inslaw, Inc.*, 81 B.R. 169, 169-70 (Bankr. D.D.C. 1987) (landlord's right to set off may be utilized only after relief from stay is granted).

**B.     The Requested Relief is Supported by the Debtors' Sound Business Judgment**

14.     Here, rejection of the Rejected Leases is amply supported by sound business judgment.  The Debtors have ceased operations at the Dark Stores, closed the Dark Stores, and fully vacated the premises.  In the analysis that the Debtors conducted prior to the Petition Date, the Debtors determined that the Rejected Leases are either at or above market rent or are unprofitable for the Debtors' operations and would negatively impact these bankruptcy cases if

the Debtors were to incur postpetition rent and related operational expenses. Accordingly, the Rejected Leases have no economic value to the estates, and there is no business reason to justify the Debtors' continued performance under the Rejected Leases.

15. Accordingly, the Debtors respectfully request that the Court enter an order rejecting the Rejected Leases, effective as of the Petition Date.

**C. Requirements of Bankruptcy Rule 6006(f)**

16. Bankruptcy Rule 6006(f) requires, in relevant part, that a motion to reject multiple executory contracts or unexpired leases:

    a.    state in a conspicuous place that parties receiving the motion should locate their names and their contracts or leases in the motion;

    b.    list parties alphabetically and identify the corresponding contract or lease;

    c.    be numbered consecutively with other omnibus motions to assume, assign, or reject executory contracts or unexpired leases; and

    d.    be limited to no more than 100 executory contracts or unexpired leases.

The Debtors have complied with the foregoing requirements.

## WAIVER OF ANY APPLICABLE STAY

17. The Debtors seek a waiver of any stay of the effectiveness of the order granting this Motion. Pursuant to Bankruptcy Rule 6004(h), any "order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." The Debtors submit that the relief requested in this Motion is necessary to avoid immediate and irreparable harm to the Debtors for the reasons set forth herein. Accordingly, the Debtors submit that ample cause exists to justify a waiver of the 14-day stay imposed by Bankruptcy Rule 6004(h), to the extent applicable.

## **RESERVATION OF RIGHTS**

18.     The Debtors are currently reviewing and evaluating other unexpired nonresidential real property leases and/or executory contracts that are not the subject of this Motion.  As this process continues, the Debtors may identify additional unexpired nonresidential real property leases and/or executory contracts to be assumed or rejected.  Accordingly, the Debtors reserve the right to seek to assume or reject additional executory contracts and unexpired nonresidential real property leases.

## **NOTICE**

19.     Notice of this Motion has been provided to: (a) the Office of the United States Trustee for the Northern District of Georgia; (b) the Debtors' thirty (30) largest unsecured creditors; (c) counsel to the administrative agent for the Debtors' prepetition credit facilities; (d) the Internal Revenue Service; (e) the Georgia Department of Revenue; (f) the Attorney General for the State of Georgia; (g) the United States Attorney for the Northern District of Georgia; (h) the state attorneys general for states in which the Debtors conduct business; (i) the contract counterparties to the Rejected Leases as listed on **Schedule 1**, **Schedule 2**, and **Schedule 3** to **Exhibit A**; and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

## NO PRIOR REQUEST

20.      No prior request for the relief sought in this Motion has been made to this or any other court.

## CONCLUSION

WHEREFORE, the Debtors request this Court enter an order, substantially in the form of **Exhibit A**, granting the relief requested herein and such other and further relief as the Court may deem just and proper.

[*Remainder of Page Intentionally Blank*]

8

Date:   January 19, 2020                     Respectfully submitted,
        Atlanta, Georgia

                                             KING & SPALDING LLP


                                             /s/ Sarah R. Borders
                                             Sarah R. Borders
                                             Georgia Bar No. 610649
                                             Jeffrey R. Dutson
                                             Georgia Bar No. 637106
                                             Leia Clement Shermohammed
                                             Georgia Bar No. 972711
                                             **KING & SPALDING LLP**
                                             1180 Peachtree Street NE
                                             Atlanta, Georgia 30309
                                             Telephone: (404) 572-4600
                                             Email: sborders@kslaw.com
                                             Email: jdutson@kslaw.com
                                             Email: lshermohammed@kslaw.com

                                             *Proposed Counsel for the Debtors in
                                             Possession*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Cases No. 20-61065 |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION**
**FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE**
**REJECTION OF CERTAIN UNEXPIRED LEASES AS OF THE PETITION DATE**
**AND (II) GRANTING RELATED RELIEF**

This matter is before the Court on the *First Omnibus Motion for Entry of an Order (I)*

*Authorizing and Approving the Rejection of Certain Unexpired Leases as of the Petition Date*

*and (II) Granting Related Relief* (the "Motion") [Docket No. ___] of the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

captioned debtors and debtors in possession (collectively, the "Debtors"). All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the First Day Declaration, and the matters reflected in the record of the hearing held on the Motion on _____, 2020. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that proper and adequate notice of the Motion has been given; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, IT IS HEREBY ORDERED:

1.      The Motion is granted to the extent set forth herein.

2.      The requirements of section 365 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6006 have been satisfied with respect to the Rejected Leases.

3.      The Rejected Leases identified on **Schedule 1**, **Schedule 2**, and **Schedule 3** to this Order are hereby rejected *nunc pro tunc* to the Petition Date.

4.      Consistent with the limitations of section 362 of the Bankruptcy code, and any other applicable law, counterparties to the Rejected Leases are prohibited from setting-off or otherwise utilizing any amounts deposited by the Debtors with any of the counterparties as a security deposit or pursuant to another similar agreement, or owed to the Debtors by any of the counterparties under the Rejected Leases or other agreements between the same parties, without further order from this Court.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Interim Order in accordance with the Motion.

2

6.      To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Rejected Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such Rejected Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

8.      Nothing in the Motion or this Order shall prohibit the Debtors from filing one or more additional motions to reject executory contracts or unexpired leases.

9.      The Debtors reserve all rights to contest any rejection claims and/or the characterization of any lease as an unexpired lease.

10.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this order.

11.      Counsel for the Debtors is directed to serve a copy of this Order on the parties that received service of the Motion within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of Court.

[END OF ORDER]

3

Prepared and presented by:

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Proposed Counsel for the Debtors in Possession*

**Schedule 1**

**Dark Store Leases**

| # | Landlord | Store | Store Address | Lease | Landlord Address |
|---|----------|-------|---------------|-------|------------------|
| 1 | 747 Russell Parkway, LLC | WRG002<br><br>(Dark) | 747 Russell Pkwy<br>Warner Robins, GA<br>31088 | Land and Building Lease dated as of 5/18/2012 | 747 Russell Parkway, LLC<br>c/o Lina Gallnurova<br>4101 Alma Avenue<br>St. Louis, MO 63116 |
| 2 | 923 6th Street LLC | MNT008<br><br>(Dark) | 8020 Vaughn Road<br>Montgomery, AL<br>36116 | Lease Agreement dated as of 3/14/2016 | 923 6th Street LLC<br>923 6th Street, Suite 1<br>Santa Monica, California 90403<br>E-mail: phbq@aol.com |
| 3 | ARC DB5PROP001, LLC | NSH010<br><br>(Dark) | 807 S Gallatin Rd<br>Madison, TN<br>37115 | Master Land and Building Lease dated as of 3/21/2012 | ARC DB5PROP001, LLC<br>c/o AR Global<br>Attn: Legal Dept/Stacey Runk<br>650 Fifth Avenue<br>30th Floor<br>New York, NY 10019 |
| 4 | ARC KLATLGA00l, LLC | ATL023<br><br>(Dark) | 2068 North Druid Hills Road<br>Atlanta, Georgia 30329 | Lease Agreement dated as of 9/21/2012 | ARC KLATLGA00l, LLC<br>c/o VEREIT, Inc.<br>2325 E. Camelback Road, 9th Floor<br>Phoenix, AZ 85016<br>Attn: Asset Manager<br>Email: RELegal@vereit.com<br>with copy to:<br>ARC KLORLFL002, LLC<br>c/o VEREIT<br>1201 South Orlando Avenue Ste 365<br>Winter Park, FL 32789<br>Attn: Debbie Hester/Asset Management |

| 5 | ARC KLGFPMSOOI , LLC | GPM003 (Dark) | 12045 Highway 49 Gulfport, Mississippi 39503 | Lease Agreement dated as of 9/21/2012 | ARC KLGFPMSOOl, LLC c/o VEREIT, Inc. 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 6 | ARC KLKNXTN00l, LLC | KNX007 (Dark) | 4100 Chapman Highway Knoxville, Tennessee 37920 | Lease Agreement dated as of 9/21/2012 | ARC KLKNXTN00l, LLC c/o VEREIT, Inc. 2325 East Camelback Road, 9th Floor Phoenix, Arizona 85016 Attention: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 7 | ARC KLMGY AL002, LLC | MNT002 (Dark) | 3201 Atlanta Highway Montgomery, AL 36109 | Land and Building Lease dated as of 4/23/2013 | ARC KLMGY AL002, LLC c/o VEREIT, Inc. 2325 East Camelback Road, 9th Floor Phoenix, Arizona 85016 Attention: Asset Manager RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |

| 8 | ARC KLMPSTN002, LLC | MFS003 (Dark) | 4431 Summer Ave Memphis, TN 38122 | Land and Building Lease dated as of 4/19/2013 | ARC KLMPSTN002, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com With copy to: ARC KLMPSTN002, LLC c/0o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 9 | ARC KLORLFL002, LLC | ORL007 (Dark) | 11052 East Colonial Drive Orlando, Florida 32825 | Lease Agreement dated as of 9/21/2012 | ARC KLORLFL002, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 10 | ARC KLSAGFL00 1, LLC, | JAX026 (Dark) | 2370 State Rd 16 St Augustine, FL 32084 | Lease Agreement dated as of 9/21/2012 | ARC KLCTNTN00I, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |

3

| 11 | ARC KLSNVGA00l, LLC | ATL039 (Dark) | 2484 Main Street Snellville, Georgia 30078 | Lease Agreement dated as of 9/21/2012 | ARC KLSNVGA00l, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 12 | ARC KL VVHAL001, LLC | BIR012 (Dark) | 2419 Acton Rd Vestavia Hills, AL 35243 | Land and Building Lease dated as of 4/22/2013 | ARC KLVVHA1001, LLC c/0 VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLVVHA1001, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 13 | Barkers Village, Incorporated | CTW001 (Dark) | 2615 West Main St Tupelo, MS 38801 | Net Land and Building Lease dated as of 12/23/2010 | Barkers Village, Incorporated 3085 Ridgeway Road Manchester, NJ 08759 |
| 14 | Brian S. Munn and Jennifer R. Munn | MFS022 (Dark) | 712 US Hwy Covington, TN 38019 | Lease Agreement 3/31/2014 | Brian Munn 1928 Fields Pond Glen Marietta, Georgia 30068 |
| 15 | Brice Shannon, LLC | ATL046 (Dark) | 4644 Jonesboro Rd Union City, GA 30291 | Lease Agreement dated as of 11/19/1975 | Brice Shannon, LLC c/o The Blackstock Group, Inc. 3782 Highgreen Drive Marietta, GA 30068 |
| 16 | Crescent Sunset Properties, LLC | ORL010 (Dark) | 3250 West Vine Street Kissimmee, FL 34741 | Land and Building Lease dated as of 9/12/2012 | 1093 A1A Blvd., Suite 401 St. Augustine, FL 32080 |

| 17 | DSS Kyrstal Jonesboro, LLC | ATL058 (Dark) | 10457 Tara Blvd Jonesboro, Georgia 30236 | Land and Building Lease dated as of 5/18/2012 | DSS Krystal Jonesboro, LLC 1370 Mitchell Falls CT Marietta GA 30066 Attn: Nirmal Bivek |
| 18 | FAN Properties, a Tennessee general partnership, (successor to Nick F. Varallo and Frances P. Varallo) | NSH001 (Dark) | 5316 Harding Rd Nashville, TN 37205 | Ground Lease dated as of 7/18/2014 | Edwin B. Raskin Company, Fifteenth Floor, Third National Bank Building, Nashville, Tennessee 37219 with copy to: Edwin B. Baskin Company 5210 Maryland Way, Ste.300 Brentwood, TN 37027 Attn: David L. Battis |
| 19 | J. BRIAN GLEGHORN and DIANA DENISE GLEGHORN, as Trustees of The DB Gleghorn Family Revocable Trust dated February 16, 2006 | DOA002 (Dark) | 1051 Ross Clark Circle Dothan, AL 36303 | Lease Agreement dated as of 11/23/2016 | 216 Wildwood Ave. Piedmont, California 94610 Attention: J. Brian Gleghorn |
| 20 | Jay Shree Ambe, LLC | ATL063 (Dark) | 2740 Hamilton Mill Road, Buford, GA 30519 | Lease dated as of 1/21/2016 | Dasharath J. Patel, Managing Member Daksha D. Patel, Member 657 West Minton Drive Tempe, AZ 85282 |
| 21 | JER Ocala LLC | ORL012 (Dark) | 2420 SW College Rd Ocala, FL 34471 | Land and Building Lease dated as of 11/19/2012 | JER Ocala LLC P.O. Box 880 Apopka, Florida 32704 |
| 22 | JET-10 Partnership, a Tennessee General Partnership | NSH027 (Dark) | 1631 Ft. Campbell Blvd., Clarksville, TN 37042 | Lease date as of 6/15/2016 | 3842 E. Thunderbird Road Ste 300 Phoenix, AZ 85032 Attn: Terry Kelman Email: tk@doitnow.com |

5

| 23 | Kenneth W. Valk and Jessica H. Stansberry 2002 Revocable Trust | NOL010<br><br>(Dark) | 3117 Loyola Drive Kenner, LA 70065 | Ground Lease dated as of 1/21/2014 | 4717 NW Dahlia Drive<br>Camas, WA 98607<br>with copy to:<br>Hand, Holmes, Pile' & Matthews, LLC<br>Timothy F. Hand<br>901 Derbigny Street<br>Gretna, LA 70053 |
| 24 | Krystal - Cleveland MS, LLC | GVM001<br><br>(Dark) | 201 South Davis Avenue Cleveland, Mississippi 38732 | Lease Agreement dated as of 7/28/2014 | Krystal - Cleveland MS, LLC<br>c/o Phalanx Properties Partnership<br>3805 Cherokee Woods Way<br>Knoxville, Tennessee 37920<br>Attention: J. Randy Sadler<br>Email: randysadler@volcondos.com |
| 25 | Krystal Commerce, LLC | MFS023<br><br>(Dark) | 735 South State Street Clarksdale, MS 38614 | Lease Agreement dated as of 8/1/2014 | Krystal Commerce, LLC<br>c/ o Reza Jafari<br>P.O. Box 9091<br>Rancho Santa Faril, California 92067<br>Email: rjafaril@cox.net |
| 26 | LOREN, LLC | CAR001<br><br>(Dark) | 1109 Maple Street Carrollton, GA 30117 | Land and Building Lease dated as of 9/16/2019 | Loren LLC c/o Capkey Real Estate Advisors<br>4401 Northside Parkway, Suite 711<br>Atlanta, GA 30327<br>Attention: Loren Wimpfheimer<br>with a copy to:<br>Marshall Siegel & Associates LLC<br>5607 Glenridge Drive, Suite 500<br>Atlanta, GA 30342<br>Attention: Marshall Siegel, Esq. |
| 27 | Maria, George and Dimitrios Hrysikos | GSA001<br><br>(Dark) | 2 Ketron Court Greenville, SC 29607 | Lease dated as of 2/12/2007 | 5033 Coach Hill Drive<br>Greenville, SC<br>29615 |

| 28 | MARK LINEBERRY, AS TRUSTEE OF THE ANDREW J, LINEBERRY LIVING TRUST UNDER TRUST AGREEMENT DATED APRIL 2, 2001 | NSH029 (Dark) | 11321 Lebanon Road Mt. Juliet, TN 37122 | Lease dated as of 12/29/2015 | Andrew J. Lineberry Living Trust P.O. Box 1767 Mt. Juliet, TN 37121 Attn: Mark Lineberry |
|---|---|---|---|---|---|
| 29 | Marrero Land and Improvement Association, LTD. | NOL007 (Dark) | 1673 Barataria Blvd. Marrero, LA | Lease dated as of 7/26/2013 | 5201 Westbank Expressway, Ste 400 Marrero, LA 70072 Attn: Gary M. Guidry |
| 30 | Mile High, LLC a Colorado limited liability company Authorized to do business in Tennessee as Smokey Mountains, LLC  by: The Paladini Family Trust- Archille G. Paladini, Trustee | KNX003 (Dark) | 2684 Airport Highway Alcoa, TN 37701 | Land and Building Lease dated as of 7/18/2013 | 1700 South El Camino Real, #120 San Mateo, CA 94402 |
| 31 | OAK CREEK FAMILY LIMITED P AR1NERSHIP | SAV011 (Dark) | 101 Tanger Outlets Blvd. Pooler, GA 31322 | Sublease Agreement dated as of 11/16/2016 | Oak Creek Family Limited Partnership 7145 Via Mariposa Sur Bonsall, California 92003 Attention: James Mashburn E-mail: jameswmashburn@gmail.com with copy to: McCann & Carroll 2755 Jefferson Street, Suite 211 Carlsbad, California 92008 Attention: Kevin E. McCann, Esq. E-mail: kevin@mccannlegal.com |

| 32 | PAD P PARTNERS | JTN002 (Dark) | 12 Stonebridge Boulevard Jackson, Tennessee 38305 | Lease Agreement dated as of 11/13/2015 | Pad P Partners c/o Pat or Anna Walsh 12 Meryton Irvine, California 92603 E-mail: anna@walshrealtor.com |
|---|---|---|---|---|---|
| 33 | SHERRI MICELI RYAN, AS TRUSTEE OF THE SHERRI MICELI-HURLEY REVOCABLE TRUST | CHN023 (Dark) | 5401 Brainerd Rd Chattanooga, TN 37411 | Land and Building Lease dated as of 7/24/2013 | Sherri Miceli-Hurley Revocable Trust 218 Foxtail Lane Yorkville, Illinois 60560 Attention: Sherri Miceli Ryan |
| 34 | Smith & Lee, LLC | JAX027 (Dark) | 1485 South 6th Street Macclenny, Florida 32063 | Lease Agreement dated as of 4/23/2014 | Smith & Lee, LLC 1465 South 6th Street Macclenny, Florida 32063 Attention: Susan Smith |
| 35 | Susan J Vose Trust of 2002 | CHN018 (Dark) | 5053 Hunter Rd Ooltewah, TN 37363 | Land and Building Lease dated as of 10/16/2019 | Susan J Vose Trust of 2002 Attn: Susan Vose 3633 Beverly Ridge Dr Sherman Oaks, CA 91423-4506 |
| 36 | William C. Smith | MBL018 (Dark) | 110 S. University Boulevard Mobile, Alabama 36609 | Lease Agreement dated as of 10/12/2016 | 147 Pointe Lane St. Simons, GA 31522 |
| 37 | William C. Demetree and Jack C. Demetree as assigned to Pickwick Plaza, LLC | JAX020 (Dark) | 9840 San Jose Blvd Jacksonville, FL 32257 | Lease dated as of 6/13/1994 | Po Box Drawer 47050 Jacksonville, FL 32247 Email contact: freinstine@demetreebrohters.com |
| 38 | Wright National, LLC | AUG004 (Dark) | 3403  Wrightsboro Road Augusta, GA 30909 | Lease dated as of 12/19/2012 | 227 East 56th Street, Suite 401 New York, NY 10022 Attn: Brett Levine Email: brett@elhcorp.com With copy to: Hull Barrett Attn: Davis A. Dunaway 801 Broad Street, 7th Floor, Augusta, GA 30901 Telephone: 706-772-4481 |

## Schedule 2

### Master Leases

| # | Sublessee | Store | Store Address | Lease | Landlord Address |
|---|---|---|---|---|---|
| 39 | 4248 South Dale Mabry Highway, LLC | TMP004 (Operating) | 4248 S. Dale Mabry Tampa, FL 33611 | Lease dated as of 9/28/2012 | 55 West Castor Place Staten Island, NY  10312 Attn: Biagio Meccia |
| 40 | ARC KLPLCFL001, LLC | TMP006 (Operating) | 2801 James L. Redman Pkwy Plant City, FL 33566 | Lease dated as of 9/21/2012 | ARC KLPLCFL001, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com  with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 41 | B&M Development Properties, LTD. | SAT001 (Operating) | 6446 NW Loop 410 San Antonio TX 78238 | Lease dated as of 2/2/2007 | 9601 McAllister Freeway, Suite 1160 c/o Milam Real Estate Capital, LLC San Antonio, TX  78216 |
| 42 | Bohnebarn, LLC | JAX005 (Operating) | 208 Blanding Blvd, Orange Park, FL 32073 | Land and Building Lease dated as of 6/7/2013 | 18 Winslow Drive Atkinson New Hampshire 03811 Attn: Carl Bohne with copy to: 5468 Tice Street Lot 352 Fort Myers, FL 33905 |
| 43 | Colvis Investments, LLC | ATL060 (Operating) | 29 N 400 Center Lane, Dawsonville, Dawson County, Georgia 30534 | Land and Building Lease dated as of 10/31/2012 | 647 Gardenia Glen Escondido, CA 92925 |
| 44 | DiGiacomo Holdings, LLC | PCB001 (Operating) | 9958 Hutchison Blvd Panama City, FL 32407 | Net Land and Building Lease dated as of 11/17/2010 | Attn: Mark Degiacomo 20 Holton Avenue Essex Sells, NJ 07021 |

| 45 | Hachmann, LLC | ORL014 (Operating) | 11376 S. Orange Blossom Trail Orlando,FL 32837 | Lease dated as of 12/4/2015 | Hachman, LLC Attn: Lisa Hachmann 819 Crispin Rochester Hills, MI 48307 |
| 46 | Julia Deal Krystal Trust | MBL010 (Operating) | 2385 South Ferdon Blvd Crestview, FL 32536 | Lease Agreement dated as of 12/6/2013 | PO BOX 143636 Coral Gables, FL 33134 with copy to: Phillips, Cantor, Shalek & Rubin PA 4000 Hollywood Blvd. Ste 500N Hollywood, FL 33021 Attn: Jerold C. Cantor, Esq |
| 47 | Kenneth W Valk and Jessica H. Stansberry 2002 Revocable Trust | NOL010 (Operating) | 3117 Loyola Drive Kenner, LA 70065 | Ground Lease Agreement dated as of January 21, 2014 | Kenneth Valk and Jessica Stansbury c/o Kenneth W Valk and Jessica H. Stansberry 2002 Revocable Trust 4717 NW Dahila Drive Camas, WA 98607 with copy to: Hand, Holmes, Pilei' & Matthews, LLC 901 Derbigny Street Gretna, LA 70053 Attn: Timothy F. Hand |
| 48 | Kushner White Associates, LP | JAX028 (Operating) | 90 Scranton Connector Brunswick, GA 31525 | Lease Agreement dated as of 1/29/2016 | 35 Presidio Terrace San Francisco, CA 94118 Attn: Jeff White with copy to: Roeca Haas Hager, LLP 250 Montgomery Street, Ste 1410 San Francisco, CA 94101 Attn: Edward D. Haas |

| 49 | Lake Pointe KB, LLC | ATL062<br><br>(Operating) | 185 LakePoint Pkwy Cartersville, GA 30121 | Lease Agreement dated as of 5/2/2016 | Newburger Andes & Co<br>Attn. David Andes<br>201 Allen Road, Ste 300<br>Atlanta, GA 30328<br>with copy to:<br>Campbell & Brannon, LLC<br>201 Allen Road, Ste 310<br>Atlanta, GA 30328<br>Attn: Sanford A. Cohn, Esq. |
|----|---------------------|---------------------------|--------------------------------------------|------------------------------------------|---------------|
| 50 | M&C Bohne, LLC | JAX012<br><br>(Operating) | 8151 Beach Blvd Jacksonville, FL 32216 | Land and Building Lease dated as of 6/7/2013 | 18 Winslow Drive Atkinson, New Hampshire 03811 Attn: Carl Bohne<br>with copy to:<br>5468 Tice Street Lot 352<br>Fort Myers, FL 33905 |
| 51 | Malad Family Limited Partnership | NSH025<br><br>(Operating) | 1201 Murfreesboro Road Nashville, TN 37217 | Lease dated as of 10/5/2012 | Malad Familty Limited Partnership<br>3515 Ridgeford Drive<br>Westlake Village, CA 91361<br>Attn: Shiraz Malad<br>with copy to:<br>Sohail Malad<br>8233 Station Village Lane #2306<br>San Diego, CA 92108 |
| 52 | Marrero Land and Improvement Association, LTD | NOL007<br>(Operating) | 1673 Barataria Blvd. Marrero, LA 70072 | Lease Dated July 26, 2013 | Marrero Land and Improvement Association, LTD<br>5201 Westbank Expressway Suite 400<br>Marrero, LA 70072<br>Attn: Vincent A. Vestola and Gary M. Guidry |
| 53 | Nancy Bradford Booth | TMP005<br><br>(Operating) | 600 Cypress Gardens, BLVD Winterhaven, FL 33880 | Ground Lease dated as of 7/20/2010 | PO BOX 1202<br>Attn: Nancy Bradford Booth<br>Winterhaven, FL 33882-1202 |
| 54 | OceanSky International, LLC | (MBL016)<br><br>(Operating) | 233 E. Nine Mile Road Pensacola, FL 32526 | Lease date as 1/25/2016 | 2506 Lucille Drive<br>Fort Lauderdale, FL 33316<br>Attn: Jim Moran<br>With copy to:<br>Peterson & Price, APC<br>530 B Street, Ste 1800 San Diego, CA 32101-4476<br>Email: efw@petersonprice.com |

11

| 55 | Peach Willow, LLC | TMP007 (Operating) | 1916 E. Fletcher Avenue Tampa, FL 33612 | Lease dated as of 8/1/2013 | 2183 Taxiway F, Suite A6 Minden, Nevada 89423 Attn: Rodney Aiglstorfer |
|----|----|----|----|----|----|
| 56 | Sam Nasrallah, as successor trustee of the Julie Deal Trust, dated June 26, 2001 | ORL013 (Operating) | 815 N. 14th Street Leesburg, FL 34748 | Lease dated as of 9/10/2014 | 200 Ocean Avenue, Ste 202 Melbourne, FL 32951 With copy to: Phillips, Cantor, Shalek & Rubin PA 4000 Hollywood Blvd., Ste 500-N Hollywood, FL 33021 Attn: Jerald C. Cantor, Esq. With copy to: PO BOX 143636 Coral Gables, FL 33134 |
| 57 | Tarek M. Mogharbel, Trustee of the Tarek M. Mogharbel Trust, as undivided 50% interest and MIRA M. Majzoub, Trustee of the Mira M. Majzoub Trust | LAF002 (Operating) | 1928 Rees Street Breax Bridge LA 70517 | Lease Agreement dated as of 11/10/2016 | 7483 Preserve Crest Way Mclean, VA 22102 |
| 58 | Tindell Properties, LLC | TMP010 (Operating) | 3108 1st Street-Bradenton, FL 34208 | Lease dated as of 8/1/2013 | Marc Tindell 3002 W. Mason Street Unit A Tampa, FL 33629 |

## Schedule 3

### Subleases

| # | Sublessee | Store | Store Address | Lease | Sublessee Address |
|---|---|---|---|---|---|
| 59 | 1 Chix, LLC | TMP005 (Operating) | 600 Cypress Gardens, BLVD Winterhaven, FL 33880 | Sublease dated 8/22/2016 | 512 Gunwale Lane Longboat Key, FL 34228 Attn: John L. Ciotti, Jr. Email: john@chixs.net; becky@chixs.net |
| 60 | Amir Ibrahim LLC | TMP006 (Operating) | 2801 James L. Redman Pkwy Plant City, FL 33566 | Sublease dated 2/25/2019 | 29425 Crossland Drive Wesley Chapel, Florida 33543 Attn: Amir Ibrahim E-mail: amirtric@gmail.com with copy to: Gosh Enterprises, Inc. 2500 Farmers Drive, Suite 140 Columbus, Ohio 43235 |
| 61 | Best Choice Burger, LLC | NSH025 (Operating) | 1201 Murfreesboro Road Nashville, TN 37217 | Sublease dated 7/29/2019 | 5041 Olivia Drive Antioch, TN 37013 Attn: Othman Kokoyi with copy to: Bihzhar Kokoy Email: bkokoy80@gmail.com |
| 62 | Boutros Enterprises Inc. d/b/a The Sheik | JAX012 (Operating) | 8151 Beach Blvd Jacksonville, FL 32216 | Sublease dated 10/30/2018 | 422 Orange Avenue Green Cove Springs, FL 32043 Attn: Jamil Boutros Email: Jamilboutros50@yahoo.com; Brandyjalen14@hotmail.com |
| 63 | Bradenton 1st Street, Inc. | TMP010 (Operating) | 3108 1st Street- Bradenton, FL 34208 | Sublease dated 1/2/2019 | 8041 Williams Road Seffner, Florida 33584 Attn: Samir Layeb Email: samir.layeb@yahoo.com |

| 64 | City Donuts & Café, LLC | NOL007 (Operating) | 1673 Barataria Blvd. Marrero, LA | Sublease dated 11/26/2018 | 3301 S. Clairborne Ave. New Orleans, LA 70125 Attn: Karim Taha/Raed Attallah Email: ktaha1012@yahoo.com; Raed_attallah@yahoo.com |
| 65 | City Donuts & Café, LLC | NOL010 (Operating) | 3117 Loyola Drive Kenner, LA 70065 | Sublease dated 11/26/2018 | 3301 S. Clairborne Ave. New Orleans, LA 70125 Attn: Karim Taha/Raed Attallah Email: ktaha1012@yahoo.com; Raed_attallah@yahoo.com |
| 66 | Leena F&B Inc. | ORL013 (Operating) | 815 N. 14th Street Leesburg, FL 34748 | Sublease dated 10/24/2019 | 8041 Williams Road Seffner, Florida 33584 Attn: Samir Layeb Email: samir.layeb@yahoo.com |
| 67 | Los Balito's Taco Shop | SAT001 (Operating) | 6446 NW Loop 410 San Antonio TX 78238 | Sublease dated 8/24/2018 | 255 Tommy Lane La Vernia, Texas 78121 Attn: Ubaldo Castaneda Email: isabella.chapman@gmail.com |
| 68 | Mitchell Management of Florida, Inc. | TMP004 (Operating) | 4248 S. Dale Mabry Tampa, FL 33611 | Sublease dated 5/6/2015 | 410 S. Tamiami Trail Osprey, FL 34229 Email: ap@mmjj.co; heades@mmjj.co with copy to: Mitchell Management of FL, LLC 6921 E State Road 70 Bradenton, FL 34203 |
| 69 | Pope Shenouda and Ava Hedra LLC | ORL014 (Operating) | 11376 S. Orange Blossom Trail Orlando,FL 32837 | Sublease dated 12/18/2018 | 2952 Carrickton Circle Orlando, FL 32824 Attn: Amgad Atalla Email: amgad@pope-shenouda.com with copy to: Gosh Enterprises, Inc. 2500 Farmers Drive Ste 140 Columbus, OH 43235 |

14

| 70 | Pope Shenouda and Ava Hedra LLC | TMP007 (Operating) | 1916 E. Fletcher Avenue Tampa, FL 33612 | Sublease dated 10/24/2019 | 2952 Carrickton Circle Orlando, FL 32824 Attn: Amgad Atalla Email: amgad@pope-shenouda.com with copy to: Gosh Enterprises, Inc. 2500 Farmers Drive Ste 140 Columbus, OH 43235 |
|---|---|---|---|---|---|
| 71 | Saki Lin, LLC | ATL062 (Operating) | 185 LakePoint Pkwy Cartersville, GA 30121 | Sublease dated 3/28/2019 | 402 E Church Street, Ste 112 Cartersville, GA 30121 Attn: Yu Chin Lin Email: sakilin888@gmail.com |
| 72 | Shake's of Orange Park, LLC | JAX005 (Operating) | 208 Blanding Blvd, Orange Park, FL 32073 | Sublease dated 4/16/2019 | 2 Buckthorne Drive Fernandina Beach, FL 32034 Attn: Aaron Osborne Email: acosborne75@gmail.com |
| 73 | Shiv Investment of Panama City, LLC | PCB001 (Operating) | 9958 Hutchison Blvd Panama City, FL 32407 | Sublease dated 7/30/2018 | 2908 Harrier Street Panama City, FL 32405 Attn: Bhavesh J. Amin Email: bob.amin@quickstopfl.com |
| 74 | Shiva Meladi, LLC | JAX028 (Operating) | 90 Scranton Connector Brunswick, GA 31525 | Sublease dated 6/4/2019 | 423 Cobblestone Way Brunswick, GA 31520 Attn: Divyesh Patel Email: d4divyesh18@gmail.com |
| 75 | Star Stores, LLC | LAF002 (Operating) | 1928 Rees Street Breax Bridge LA 70517 | Sublease dated 7/13/2018 | 3755 Ambassador Caffery Lafayette, LA 70503 Attn: Ramzan (Ramsey) Ali Email: Aliramsey1@gmail.com |

| 76 | The Franville Corporation | ATL060 (Operating) | 29 N 400 Center Lane, Dawsonville, Dawson County, Georgia 30534 | Sublease dated 2/3/2011 | The Franville Corporation Attn: Travis L Rogers PO Box 675 Gainesville, GA 30503 with copy to 2390 Thompson Bridge Road Gainesville, GA 30501 |
| 77 | WAC Enterprises, Inc. | MBL016 (Operating) | 233 E. Nine Mile Road Pensacola, FL 32514 | Sublease dated 10/1/2018 | 118 Riverpoint Rd. Signal Mountain, TN 37377 Attn: Wayne and Carolyn Hale With copy to: 515 Locust Drive Gadsden, AL 35901 |
| 78 | Yardbirds of Northwest Florida II, LLC | MBL010 (Operating) | 2385 South Ferdon Blvd Crestview, FL 32536 | Sublease dated 5/21/2019 | 928 Tanager Road Fort Walton Beach, FL 32547 Attn: Corey Campbell-Coleman |