IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE KRYSTAL COMPANY, *et al.*,[1]<br><br>Debtors. | Case No. 20-61065 (PWB)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE FOR UNITED STATES GOVERNMENT ATTORNEY HANNAH LEAH URICCHIO

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned case, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for attorney Hannah Leah Uricchio, and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtors be given to and served upon PBGC as listed below.

As an attorney representing an agency of the United States Government, Ms. Uricchio is eligible to appear pursuant to Local Rule 83.4(c) of the United States District Court for the Southern District of Georgia. PBGC certifies that they have read and are familiar with the local rules.

This request includes, <u>inter alia</u>, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after de novo review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: January 27, 2020
Washington, D.C.

LOCAL COUNSEL:

BYUNG J. PAK
United States Attorney

/s/ Andres H. Sandoval
Assistant United States Attorney
Georgia Bar No. 643257
United States Attorney's Office
Northern District of Georgia
75 Ted Turner Drive, S.W., Suite 600
Atlanta, GA 30303
Tel.: (404) 581-6096
Email: andres.sandoval@usdoj.gov

Respectfully submitted,

/s/ Hannah Leah Uricchio
HANNAH LEAH URICCHIO
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel.: (202) 229-6252
Fax: (202) 326-4112
Emails: uricchio.hannah@pbgc.gov *and*
efile@pbgc.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE KRYSTAL COMPANY, *et al.*,<br><br><br>Debtors. | Case No. 20-61065 (PWB)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27rd day of January, 2020, the **Notice of Appearance and Request for Electronic Notice for United States Government Attorney Hannah Leah Uricchio** was served on all parties registered to receive notice on the Court's ECF system for this case.

/s/ Hannah Leah Uricchio
Hannah Leah Uricchio