# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| THE KRYSTAL COMPANY, *et al.*, | ) Case No. 20-61065 (PWB) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF FLORIDA POWER & LIGHT COMPANY, GEORGIA POWER COMPANY, AND ORLANDO UTILITIES COMMISSION TO THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT; AND (IV) GRANTING RELATED RELIEF**

Florida Power & Light Company, Georgia Power Company and Orlando Utilities Commission (collectively, the "Utilities"), hereby withdraw the *Objection* (Docket No. 91) to the *Debtors' Emergency Motion For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; (III) Establishing Procedures For Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* (Docket No. 14), pursuant to a settlement between the Utilities and the Debtors.

Dated: February 10, 2020

BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

/s/ Thomas D. Richardson
Thomas D. Richardson
615 West First Street
P.O. Box 5007
Rome, Georgia  30162-5007
Telephone:  (706) 291-8853
Facsimile:  (706) 234-3574
Email: trichardson@brinson-askew.com

and

Russell R. Johnson III
Virginia State Bar No. 31468
John M. Craig
Virginia State Bar No. 32977
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Phone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
         john@russelljohnsonlawfirm.com

*Co-Counsel for Florida Power & Light Company, Georgia Power Company and Orlando Utilities Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of February 10, 2020, I caused a true and correct copy of the foregoing *Notice of Withdrawal* to be served upon the following parties via the Court's ECF System or by email:

Sarah R. Borders
Jeffrey R. Dutson
Leia Clement Shermohammed
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia  30309
Email:  sborders@kslaw.com, jdutson@kslaw.com, lshermohammed@kslaw.com
*Debtors' Counsel*

Thomas Wayne Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Email: thomas.w.dworschak@usdoj.gov

By:   BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

/s/ Thomas D. Richardson
Thomas D. Richardson
615 West First Street
P.O. Box 5007
Rome, Georgia  30162-5007
Telephone:  (706) 291-8853
Facsimile:  (706) 234-3574
Email:  trichardson@brinson-askew.com