# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, et al., [1] | ) | Case No. 20-61065-pwb |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

NANCY J. GARGULA
UNITED STATES TRUSTEE

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia   30303
(404) 331-4437, ext. 145
Thomas.w.Dworschak@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916).  The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

**EXHIBIT A**

**NCR Corporation**
    Mark Rogers
    (470) 415-8614
    Mark.rogers@ncr.com

    Todd Atkinson
    Ulmer & Berne LLP
    1660 West 2nd Street, Suite 1100
    Cleveland, OH 44113
    (216) 583-7162
    tatkinson@ulmer.com

**Charles Tombras Advertising, Inc.**
    Alice Matthews
    (865) 524-5376
    amathews@tombras.com

    Mark Duedall
    Bryan Cave Leighton Paisner LLP
    One Atlantic Center
    14th Floor, 1201 West Peachtree Street
    Atlanta, GA 30309
    (404) 572-6611
    mark.duedall@bclplaw.com

**The Coca-Cola Company**
    Curtis Marshall
    R. Kenny Werner
    The Coca-Cola Company
    One Coca-Cola Plaza NW
    NAT 11
    Atlanta, GA   30313
    (404) 304-1550
    cumarshall@coca-cola.com
    rwerner@coca-cola.com

**Realty Income Corporation**
    Kirk Carson
    Senior Legal Counsel, AVP
    Realty Income Corporation
    11995 El Camino Real
    San Diego, CA 92130
    (858) 284-5260
    kcarson@realtyincome.com

**Flowers Foods, Inc.**
 Paul Rosenblatt
 Kilpatrick Townsend & Stockton LLP
 Suite 2800
 1100 Peachtree Street NE
 Atlanta, GA   30309-4528
 (404) 815-6321
 PRosenblatt@kilpatricktownsend.com

**Pension Benefit Guaranty Corporation**
 Hannah Uricchio
 Stephanie Thomas
 Kartar Khalsa
 Office of the General Counsel
 1200 K Street, N.W.
 Washington, D.C. 20005
 (202) 229-6252
 uricchio.hannah@pbgc.gov

**SLM Waste Recycling Services, Inc.**
 Jim Stauffer
 (267) 429-7413
 Jim.Stauffer@slmfacilities.com

 Raymond Lemisch
 (215) 569-4298
 Rlemisch@KLEHR.com

## CERTIFICATE OF SERVICE

 This is to certify that I have on February 11, 2020, electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims using the Bankruptcy Court's Electronic Case Filing program, and served as followed by electronic mail:

Mark.rogers@ncr.com
tatkinson@ulmer.com
amathews@tombras.com
mark.duedall@bclplaw.com
cumarshall@coca-cola.com
kcarson@realtyincome.com
PRosenblatt@kilpatricktownsend.com
uricchio.hannah@pbgc.gov
Jim.Stauffer@slmfacilities.com

3

Rlemisch@KLEHR.com
sborders@kslaw.com
LShermohammed@kslaw.com
mlevin@swlawfirm.com
rwilliamson@swlawfirm.com

*/s/ Thomas W. Dworschak*