**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **THE KRYSTAL COMPANY,** *et al.,* ) | |
| ) | **Case No.: 20-61065-(PWB)** |
| Debtors. ) | |

**OBJECTION OF LAKE POINT KB, LLC**
**TO DEBTORS' FIRST OMNIBUS MOTION FOR ORDER**
**APPROVING REJECTION OF CERTAIN NONRESIDENTIAL LEASES**

Lake Point KB, LLC ("**Lake Point**") files this objection to Debtor's First Omnibus Motion for Entry of Order Approving its Rejection of Certain Unexpired Real Property Leases pursuant to 11 U.S.C. § 365 (the "**Motion**"), respectfully showing the Court as follows:

1. Lake Point is the landlord, and debtor The Krystal Company (the "**Debtor**") is the tenant under a real property lease dated May 2, 2016 (the "**Lease**") for certain property located at 185 Lakepoint Parkway, Cartersville, Georgia 30121 (the "**Property**"), where the Debtor has operated a restaurant known as Krystal # ATL062.

2. Upon information and belief, the Debtor has attempted to sublease the Property to a third party without Lake Point's consent and without notice to Lake Point, in violation of the Lease. Upon information and belief, the Debtor has collected and continues to collect rental income from the purported subtenant, which continues to occupy the Property.

3. In the Motion, the Debtor seeks to reject the Lease *nunc pro tunc* to the Petition Date, however, the Debtor has not vacated the Property and surrendered it to Lake Point, as required for such relief. *See In re Manis Lumber Co.*, 430 B.R. 269 (2009) (holding that *nunc pro tunc* rejection may be appropriate when premises surrendered and landlord can begin reletting process).

4. To the contrary, Lake Point was not able to re-lease the Property as of the Petition Date and is still not able to do so. Meanwhile, the Debtor continues to receive a benefit from the Property to the extent of its rights to collect rent from its purported subtenant.

5. Accordingly, Lake Point is entitled to an administrative priority claim and timely payment of post-petition rent until such time that the Debtor surrenders the Property to Lake Point. *See id.*; 11 U.S.C. §§ 365(d)(3); 503(b)(1).

6. Accordingly, the Court should deny the Motion to the extent it seeks to reject the Lease and require the Debtor to make timely post-petition rent payments to Lake Point until such time that the Property is surrendered to Lake Point.

Dated: February 12, 2020

Respectfully submitted,

**ROUNTREE, LEITMAN & KLEIN, LLC**

*/s/ Benjamin R. Keck*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Century Plaza I
2987 Clairmont Rd, Ste. 175
Atlanta, GA 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2020, I caused a copy of the foregoing pleading to be filed via the Court's CM/ECF system, which generated an email notification of same, which was sent to the following parties:

Brad Baldwin on behalf of Creditor Alan B Watts Trust
brad@hmhwlaw.com

J. Steven Bloodworth on behalf of Creditor McKrystal LLC
sbloodworth@bushlawfirm.com

Sarah Robinson Borders on behalf of Debtor The Krystal Company
sborders@kslaw.com, cpope@kslaw.com

Sarah Robinson Borders on behalf of JointAdmin Debtor K-Square Acquisition Co., LLC
sborders@kslaw.com, cpope@kslaw.com

Sarah Robinson Borders on behalf of JointAdmin Debtor Krystal Holdings, Inc.
sborders@kslaw.com, cpope@kslaw.com

Jacob A. Brown on behalf of Creditor Quatrro Business Support Solutions
jacob.brown@akerman.com, jennifer.meehan@akerman.com;matthew.drawdy@akerman.com

Wade Kyle Cannon on behalf of Creditor Rachel M. Pruett
wcannon@gearhiserpeters.com, myoung@gearhiserpeters.com

John A. Christy on behalf of Interested Party The Franville Corporation
jchristy@swfllp.com, amcrae@swfllp.com

Leia Ashlin Clement Shermohammed on behalf of Debtor K-Square Acquisition Co., LLC
LShermohammed@kslaw.com, jdutson@kslaw.com

Leia Ashlin Clement Shermohammed on behalf of Debtor Krystal Holdings, Inc.
LShermohammed@kslaw.com, jdutson@kslaw.com

Leia Ashlin Clement Shermohammed on behalf of Debtor The Krystal Company
LShermohammed@kslaw.com, jdutson@kslaw.com

Leia Ashlin Clement Shermohammed on behalf of JointAdmin Debtor K-Square Acquisition Co., LLC
LShermohammed@kslaw.com, jdutson@kslaw.com

Leia Ashlin Clement Shermohammed on behalf of JointAdmin Debtor Krystal Holdings, Inc.

LShermohammed@kslaw.com, jdutson@kslaw.com

David F. Cooper on behalf of Creditor 747 Russell Parkway, LLC
dcooper@kkgpc.com, sfarland@kkgpc.com

David F. Cooper on behalf of Creditor Kushner White Associates Limited Partnership
dcooper@kkgpc.com, sfarland@kkgpc.com

S. Nathaniel De Veaux on behalf of Creditor 747 Russell Parkway, LLC
ndeveaux@kkgpc.com, kaaron@kkgpc.com

S. Nathaniel De Veaux on behalf of Creditor Kushner White Associates Limited Partnership
ndeveaux@kkgpc.com, kaaron@kkgpc.com

Frank W. DeBorde on behalf of Creditor Cadence Bank, N.A
fwd@mmmlaw.com, lwolgast@mmmlaw.com

C. Edward Dobbs on behalf of Creditor Wells Fargo Bank, National Association
edobbs@phrd.com

Mark I. Duedall on behalf of Creditor Charles Tombras Advertising, Inc. dba The Tombras Group
Mark.Duedall@bclplaw.com,
debbie.hopkins@bclplaw.com;REC_KM_ECF_ATL@bclplaw.com

Erich N. Durlacher on behalf of Creditor Regions Bank
edurlach@burr.com, brobinson@burr.com

Thomas Wayne Dworschak on behalf of U.S. Trustee Office of the United States Trustee
thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com

T. Lawrence Evans on behalf of Creditor Oak Creek Limited Partnership
levans@olivermaner.com, mboehlke@olivermaner.com

Jennifer Feldsher on behalf of Creditor Wells Fargo Bank, National Association
jennifer.feldsher@morganlewis.com

Anna Mari Humnicky on behalf of Creditor GAM Development, LLC
ahumnicky@smallherrin.com,
klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com

John F. Isbell on behalf of Creditor Argonne Capital Group LLC and KRY LLC
john@JFI-Law.com

Steven M. Jampol on behalf of Creditor Art Plumbing Co.
sjampol@northatlantalaw.net, sengle@northatlantalaw.net

Leon S. Jones on behalf of Creditor Marvin Espinola
ljones@joneswalden.com,
jwdistribution@joneswalden.com;cparker@joneswalden.com;mvining@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Walter E. Jones on behalf of Creditor Alabama Power Company
wjones@balch.com, fednoticesatl@balch.com

Benjamin Keck on behalf of Creditor Clark/Willmschen Holdings 2, LLC
bkeck@rlklawfirm.com,
mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

Benjamin Keck on behalf of Creditor Eden Star Properties, LLC
bkeck@rlklawfirm.com,
mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

Benjamin Keck on behalf of Creditor Johnson Controls, Inc.
bkeck@rlklawfirm.com,
mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

Benjamin Keck on behalf of Creditor Krystal Commerce, LLC
bkeck@rlklawfirm.com,
mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

Charles N. Kelley, Jr. on behalf of Creditor Crescent Sunset Properties, LLC
ckelley@kelleyclements.com,
twinkler@cummingskelley.com;1663@notices.nextchapterbk.com;3667002420@filings.docketbird.com

Gerald P. Kennedy on behalf of Creditor Preferred Premium Properties, LLC
gerald.kennedy@procopio.com, angela.stevens@procopio.com

Benjamin S. Klehr on behalf of Creditor GAM Development, LLC
bklehr@smallherrin.com, klemons@smallherrin.com

David S. Klein on behalf of Creditor Buckhead 14th KB, LLC
dklein@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com

David S. Klein on behalf of Creditor Fairburn KB Freestanding, LLC
dklein@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com

David S. Klein on behalf of Creditor KB Ringgold GA, LLC
dklein@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com

David S. Klein on behalf of Creditor Krystal Columbus DT, LLC
dklein@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com

David S. Klein on behalf of Creditor LakePoint KB, LLC
dklein@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com

Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com

Matthew W. Levin on behalf of Debtor The Krystal Company
mlevin@swlawfirm.com,
fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com

T. Charlie Liu on behalf of Creditor Wells Fargo Bank, National Association
charlie.liu@morganlewis.com

Roy E. Manoll, III on behalf of Creditor Jackson Electric Membership Corporation
kdd@fbglaw.com

Michael E. Mayo on behalf of Creditor SPP Investments, LLC
mayo@mayohill.law, sherrie@mayohill.law

Leah Fiorenza McNeill on behalf of Creditor US Foods Inc.
Leah.Fiorenza@bclplaw.com,
debbie.hopkins@bclplaw.com;REC_KM_ECF_ATL@bclplaw.com

Evan T. Miller on behalf of Creditor Krystal V, LLC
emiller@bayardlaw.com, lmorton@bayardlaw.com

Victor W. Newmark on behalf of Creditor Harden Oil Company, Inc. and Willis N. Harden, Jr. Family Partnership, LP

bankruptcy@evict.net, vnewmark@evict.net

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Lisa M. Peters on behalf of Creditor CNL Net Lease Funding 2001, LP
lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com

Lisa M. Peters on behalf of Creditor VEREIT Real Estate, L.P.
lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com

Sarah T. Reise on behalf of Creditor STORE Capital Corporation
reises@ballardspahr.com, southerlandl@ballardspahr.com;LitDocket_East@ballardspahr.com

Sarah T. Reise on behalf of Creditor STORE Master Funding I, LLC
reises@ballardspahr.com, southerlandl@ballardspahr.com;LitDocket_East@ballardspahr.com

Thomas D. Richardson on behalf of Creditor Florida Power & Light Company
TRichardson@Brinson-Askew.com, Tdr82454@gmail.com

Thomas D. Richardson on behalf of Creditor Georgia Power Company
TRichardson@Brinson-Askew.com, Tdr82454@gmail.com

Thomas D. Richardson on behalf of Creditor Orlando Utilities Commission
TRichardson@Brinson-Askew.com, Tdr82454@gmail.com

Michael D. Robl on behalf of Creditor Tindell Properties, LLC
michael@roblgroup.com

Paul M. Rosenblatt on behalf of Creditor Flowers Foods, Inc. and Affiliates
prosenblatt@kilpatricktownsend.com

William A. Rountree on behalf of Creditor Buckhead 14th KB, LLC
wrountree@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

William A. Rountree on behalf of Creditor Fairburn KB Freestanding, LLC
wrountree@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

William A. Rountree on behalf of Creditor KB Ringgold GA, LLC
wrountree@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

William A. Rountree on behalf of Creditor Krystal Columbus DT, LLC
wrountree@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

William A. Rountree on behalf of Creditor LakePoint KB, LLC
wrountree@rlklawfirm.com,
swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com

David S. Rubin on behalf of Creditor Tarek Mogharbel, Trustee of the Tarek Mogharbel Trust, and Mira Majzoub, Trustee of the Mira Majzoub Tru
David.Rubin@butlersnow.com

Andres H. Sandoval on behalf of Creditor United States of America
andres.sandoval@usdoj.gov, charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov

Gus H. Small on behalf of Creditor GAM Development, LLC
gsmall@smallherrin.com, klemons@smallherrin.com

Robert J. Solomon on behalf of Creditor Ladas Development, Inc.
rsolomon@sb-law.com, mlee@sb-law.com;efc-sblaw@sb-law.com;mabedinzadeh@sb-law.com;mflower@sb-law.com

Michael Charles Sullivan on behalf of Creditor Wells Fargo Bank, National Association
msullivan@phrd.com

Cater C. Thompson on behalf of Creditor MetroAir & Refrigeration Service, Inc.
cater.thompson@jonescork.com, stacey.davis@jonescork.com;debi.richards@jonescork.com

Hannah Leah Uricchio on behalf of Creditor Pension Benefit Guaranty Corporation
uricchio.hannah@pbgc.gov, efile@PBGC.gov

Thomas R. Walker on behalf of Creditor Georgia Power Company
thomas.walker@fisherbroyles.com

C. Brent Wardrop on behalf of Creditor Hachmann, LLC
brent.wardrop@qpwblaw.com

Jason H. Watson on behalf of Creditor Cadence Bank, N.A
jwatson@mmmlaw.com

J. Robert Williamson on behalf of Debtor The Krystal Company
rwilliamson@swlawfirm.com,
centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com

J. Robert Williamson on behalf of JointAdmin Debtor K-Square Acquisition Co., LLC
rwilliamson@swlawfirm.com,
centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com

J. Robert Williamson on behalf of JointAdmin Debtor Krystal Holdings, Inc.
rwilliamson@swlawfirm.com,
centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com

Stuart Freeman Wilson-Patton on behalf of Creditor TN Dept of Revenue
agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov

Adolyn C. Wyatt on behalf of Creditor Regions Bank
awyatt@burr.com, brobinson@burr.com

               */s/ Benjamin R. Keck*
               Benjamin R. Keck, Ga. Bar No. 943504