**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-61065-PWB |
| THE KRYSTAL COMPANY, *et al.*[1] | CHAPTER 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the law firms of Arnall Golden Gregory LLP and Kelley Drye & Warren LLP represent The Official Committee of Unsecured Creditors (the "Committee") in above-captioned jointly administered chapter 11 cases of The Krystal Company and its debtor affiliates (collectively, the "Debtors"). Arnall Golden Gregory LLP and Kelley Drye & Warren LLP enter their appearance on behalf of the Committee pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Rules 2002, 3017, and 9007 of the Bankruptcy Rules. All such notices should be communicated as follows:

> Darryl S. Laddin
> Sean C. Kulka
> ARNALL GOLDEN GREGORY LLP
> 171 17th Street NW, Suite 2100
> Atlanta, Georgia 30363-1031
> darryl.laddin@agg.com
> sean.kulka@agg.com
> (404) 873-8500 (phone)
> (404) 873-8121 (fax)
>
> -and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

14657117v1

>James S. Carr
>Jason R. Adams
>Maeghan J. Mcloughlin
>KELLEY DRYE & WARREN LLP
>101 Park Avenue
>New York, NY 10178
>KDWBankruptcyDepartment@kelleydrye.com
>jadams@kelleydrye.com
>mmcloughlin@kelleydrye.com
>(212) 808-5087 (phone)
>(212) 808-7897 (fax)

PLEASE TAKE FURTHER NOTICE THAT this *Notice of Appearance and Request for Notices* includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by e-mail, mail, hand-delivery, telephone, or fax, or otherwise filed with regard to the Debtors' bankruptcy cases and any related proceedings.

This *Notice of Appearance and Request for Notices* shall not be deemed or construed to be a waiver of any rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Respectfully submitted this 13th day of February 2020.

        ARNALL GOLDEN GREGORY LLP

        */s/ Darryl S. Laddin*
        Darryl S. Laddin
        Georgia Bar No. 460793
        Sean C. Kulka
        Georgia Bar No. 648919
        171 17th Street NW, Suite 2100
        Atlanta, Georgia  30363-1031
        Telephone:  (404) 873.8500
        Fax:  (404) 873.8121
        Email: darryl.laddin@agg.com
               sean.kulka@agg.com

        -and-

        James S. Carr
        Jason R. Adams
        Maeghan J. Mcloughlin
        KELLEY DRYE & WARREN LLP
        101 Park Avenue
        New York, New York 10178
        Telephone:  (212) 808-5087
        Fax:  (212) 808-7897
           jcarr@kelleydrye.com
           jadams@kelleydrye.com
           mmcloughlin@kelleydrye.com

        *Proposed Co-Counsel for The Official Committee of Unsecured Creditors of The Krystal Company, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2020, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was deposited in the U.S. Mail with sufficient postage to ensure delivery, addressed to:

Benjamin Keck
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, GA 30329

Sarah Robinson Borders
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Leia Ashlin Clement Shermohammed
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Matthew W. Levin
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Thomas Wayne Dworschak
Office of the U.S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kurtzman Carson Consultants LLC
Noticing Agent
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

*/s/ Darryl S. Laddin*
Darryl S. Laddin

14657117v1