

**IT IS ORDERED as set forth below:**


**Date: February 14, 2020**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Cases No. 20-61065 (PWB) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE
REJECTION OF CERTAIN UNEXPIRED LEASES AS OF THE PETITION DATE
AND (II) GRANTING RELATED RELIEF**

This matter is before the Court on the *First Omnibus Motion for Entry of an Order (I)*

*Authorizing and Approving the Rejection of Certain Unexpired Leases as of the Petition Date*

*and (II) Granting Related Relief* (the "Motion") [Docket No. 13] of the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"). All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the First Day Declaration, and the matters reflected in the record of the hearing held on the Motion on February 13, 2020.  It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that proper and adequate notice of the Motion has been given; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, IT IS HEREBY ORDERED:

1.      The Motion is granted to the extent set forth herein.

2.      The requirements of section 365 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6006 have been satisfied with respect to the Rejected Leases.

3.      The Rejected Leases identified on **<u>Schedule 1</u>**, **<u>Schedule 2</u>**, and **<u>Schedule 3</u>** to this Order are hereby rejected *nunc pro tunc* to the Petition Date.

4.      The Debtors shall relinquish control of the leased premises that are the subject of this Order, and the automatic stay is lifted to allow the landlords to take all actions necessary to secure possession of the leased premises.

5.      Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, counterparties to the Rejected Leases are prohibited from setting-off or otherwise utilizing any amounts deposited by the Debtors with any of the counterparties as a security deposit or pursuant to another similar agreement, or owed to the Debtors by any of the

counterparties under the Rejected Leases or other agreements between the same parties, without further order from this Court.

6.    Pursuant to Bankruptcy Code section 554(a), the Debtors are authorized to abandon any personal property (the "Abandoned Property") that remains on the premises that are the subject of the Rejected Leases.  Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such Abandoned Property without further notice or liability to the Debtors or any third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

7.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.    To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.    Nothing herein shall prejudice the rights of the Debtors to argue that any of the Rejected Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such Rejected Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

10.    Nothing in the Motion or this Order shall prohibit the Debtors from filing one or more additional motions to reject executory contracts or unexpired leases.

11.    The Debtors reserve all rights to contest any rejection claims and/or the characterization of any lease as an unexpired lease.

12.     The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order, including resolving any disputes between any landlord and the respective sub-tenant of the Debtors for any of the Rejected Leases.

13.     Counsel for the Debtors is directed to serve a copy of this Order on the parties that received service of the Motion within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of Court.

[END OF ORDER]

Prepared and presented by:

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Proposed Counsel for the Debtors in Possession*

**Schedule 1**

**Dark Store Leases**

| # | Landlord | Store | Store Address | Lease | Landlord Address |
|---|----------|-------|---------------|-------|------------------|
| 1 | 747 Russell Parkway, LLC | WRG002 (Dark) | 747 Russell Pkwy Warner Robins, GA 31088 | Land and Building Lease dated as of 5/18/2012 | 747 Russell Parkway, LLC c/o Lina Gallnurova 4101 Alma Avenue St. Louis, MO 63116 |
| 2 | 923 6th Street LLC | MNT008 (Dark) | 8020 Vaughn Road Montgomery, AL 36116 | Lease Agreement dated as of 3/14/2016 | 923 6th Street LLC 923 6th Street, Suite 1 Santa Monica, California 90403 E-mail: phbq@aol.com |
| 3 | ARC DB5PROP001, LLC | NSH010 (Dark) | 807 S Gallatin Rd Madison, TN 37115 | Master Land and Building Lease dated as of 3/21/2012 | ARC DB5PROP001, LLC c/o AR Global Attn: Legal Dept/Stacey Runk 650 Fifth Avenue 30th Floor New York, NY 10019 |
| 4 | ARC KLATLGA00l, LLC | ATL023 (Dark) | 2068 North Druid Hills Road Atlanta, Georgia 30329 | Lease Agreement dated as of 9/21/2012 | ARC KLATLGA00l, LLC c/o VEREIT, Inc. 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |

| 5 | ARC KLGFPMSOOI , LLC | GPM003 (Dark) | 12045 Highway 49 Gulfport, Mississippi 39503 | Lease Agreement dated as of 9/21/2012 | ARC KLGFPMSOOl, LLC c/o VEREIT, Inc. 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 6 | ARC KLKNXTN00l, LLC | KNX007 (Dark) | 4100 Chapman Highway Knoxville, Tennessee 37920 | Lease Agreement dated as of 9/21/2012 | ARC KLKNXTN00l, LLC c/o VEREIT, Inc. 2325 East Camelback Road, 9th Floor Phoenix, Arizona 85016 Attention: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 7 | ARC KLMGY AL002, LLC | MNT002 (Dark) | 3201 Atlanta Highway Montgomery, AL 36109 | Land and Building Lease dated as of 4/23/2013 | ARC KLMGY AL002, LLC c/o VEREIT, Inc. 2325 East Camelback Road, 9th Floor Phoenix, Arizona 85016 Attention: Asset Manager RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |

| 8 | ARC KLMPSTN002, LLC | MFS003 (Dark) | 4431 Summer Ave Memphis, TN 38122 | Land and Building Lease dated as of 4/19/2013 | ARC KLMPSTN002, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com With copy to: ARC KLMPSTN002, LLC c/0o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 9 | ARC KLORLFL002, LLC | ORL007 (Dark) | 11052 East Colonial Drive Orlando, Florida 32825 | Lease Agreement dated as of 9/21/2012 | ARC KLORLFL002, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 10 | ARC KLSAGFL00 1, LLC, | JAX026 (Dark) | 2370 State Rd 16 St Augustine, FL 32084 | Lease Agreement dated as of 9/21/2012 | ARC KLCTNTN00I, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |

| 11 | ARC KLSNVGA00l, LLC | ATL039 (Dark) | 2484 Main Street Snellville, Georgia 30078 | Lease Agreement dated as of 9/21/2012 | ARC KLSNVGA00l, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 12 | ARC KL VVHAL001, LLC | BIR012 (Dark) | 2415 Acton Rd Vestavia Hills, AL 35243 | Land and Building Lease dated as of 4/22/2013 | ARC KLVVHA1001, LLC c/0 VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLVVHA1001, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 13 | Barkers Village, Incorporated | CTW001 (Dark) | 2615 West Main St Tupelo, MS 38801 | Net Land and Building Lease dated as of 12/23/2010 | Barkers Village, Incorporated 3085 Ridgeway Road Manchester, NJ 08759 |
| 14 | Brian S. Munn and Jennifer R. Munn | MFS022 (Dark) | 712 US Hwy Covington, TN 38019 | Lease Agreement 3/31/2014 | Brian Munn 1928 Fields Pond Glen Marietta, Georgia 30068 |
| 15 | Brice Shannon, LLC | ATL046 (Dark) | 4644 Jonesboro Rd Union City, GA 30291 | Lease Agreement dated as of 11/19/1975 | Brice Shannon, LLC c/o The Blackstock Group, Inc. 3782 Highgreen Drive Marietta, GA 30068 |
| 16 | Crescent Sunset Properties, LLC | ORL010 (Dark) | 3250 West Vine Street Kissimmee, FL 34741 | Land and Building Lease dated as of 9/12/2012 | 1093 A1A Blvd., Suite 401 St. Augustine, FL 32080 |

4

| 17 | DSS Kyrstal Jonesboro, LLC | ATL058 (Dark) | 10457 Tara Blvd Jonesboro, Georgia 30236 | Land and Building Lease dated as of 5/18/2012 | DSS Krystal Jonesboro, LLC 1370 Mitchell Falls CT Marietta GA 30066 Attn: Nirmal Bivek |
| 18 | FAN Properties, a Tennessee general partnership, (successor to Nick F. Varallo and Frances P. Varallo) | NSH001 (Dark) | 5316 Harding Rd Nashville, TN 37205 | Ground Lease dated as of 7/18/2014 | Edwin B. Raskin Company, Fifteenth Floor, Third National Bank Building, Nashville, Tennessee 37219 with copy to: Edwin B. Baskin Company 5210 Maryland Way, Ste.300 Brentwood, TN 37027 Attn: David L. Battis |
| 19 | J. BRIAN GLEGHORN and DIANA DENISE GLEGHORN, as Trustees of The DB Gleghorn Family Revocable Trust dated February 16, 2006 | DOA002 (Dark) | 1051 Ross Clark Circle Dothan, AL 36303 | Lease Agreement dated as of 11/23/2016 | 216 Wildwood Ave. Piedmont, California 94610 Attention: J. Brian Gleghorn |
| 20 | Jay Shree Ambe, LLC | ATL063 (Dark) | 2740 Hamilton Mill Road, Buford, GA 30519 | Lease dated as of 1/21/2016 | Dasharath J. Patel, Managing Member Daksha D. Patel, Member 657 West Minton Drive Tempe, AZ 85282 |
| 21 | JER Ocala LLC | ORL012 (Dark) | 2420 SW College Rd Ocala, FL 34471 | Land and Building Lease dated as of 11/19/2012 | JER Ocala LLC P.O. Box 880 Apopka, Florida 32704 |
| 22 | JET-10 Partnership, a Tennessee General Partnership | NSH027 (Dark) | 1631 Ft. Campbell Blvd., Clarksville, TN 37042 | Lease date as of 6/15/2016 | 3842 E. Thunderbird Road Ste 300 Phoenix, AZ 85032 Attn: Terry Kelman Email: tk@doitnow.com |

| 23 | Kenneth W. Valk and Jessica H. Stansberry 2002 Revocable Trust | NOL010 (Dark) | 3117 Loyola Drive Kenner, LA 70065 | Ground Lease dated as of 1/21/2014 | 4717 NW Dahlia Drive Camas, WA 98607 with copy to: Hand, Holmes, Pile' & Matthews, LLC Timothy F. Hand 901 Derbigny Street Gretna, LA 70053 |
| 24 | Krystal - Cleveland MS, LLC | GVM001 (Dark) | 201 South Davis Avenue Cleveland, Mississippi 38732 | Lease Agreement dated as of 7/28/2014 | Krystal - Cleveland MS, LLC c/o Phalanx Properties Partnership 3805 Cherokee Woods Way Knoxville, Tennessee 37920 Attention: J. Randy Sadler Email: randysadler@volcondos.com |
| 25 | Krystal Commerce, LLC | MFS023 (Dark) | 735 South State Street Clarksdale, MS 38614 | Lease Agreement dated as of 8/1/2014 | Krystal Commerce, LLC c/ o Reza Jafari P.O. Box 9091 Rancho Santa Fe, California 92067 Email: rjafaril@cox.net |
| 26 | LOREN, LLC | CAR001 (Dark) | 1109 Maple Street Carrollton, GA 30117 | Land and Building Lease dated as of 9/16/2019 | Loren LLC c/o Capkey Real Estate Advisors 4401 Northside Parkway, Suite 711 Atlanta, GA 30327 Attention: Loren Wimpfheimer with a copy to: Marshall Siegel & Associates LLC 5607 Glenridge Drive, Suite 500 Atlanta, GA 30342 Attention: Marshall Siegel, Esq. |
| 27 | Maria, George and Dimitrios Hrysikos | GSA001 (Dark) | 2 Ketron Court Greenville, SC 29607 | Lease dated as of 2/12/2007 | 5033 Coach Hill Drive Greenville, SC 29615 |

| 28 | MARK LINEBERRY, AS TRUSTEE OF THE ANDREW J, LINEBERRY LIVING TRUST UNDER TRUST AGREEMENT DATED APRIL 2, 2001 | NSH029 (Dark) | 11321 Lebanon Road Mt. Juliet, TN 37122 | Lease dated as of 12/29/2015 | Andrew J. Lineberry Living Trust P.O. Box 1767 Mt. Juliet, TN 37121 Attn: Mark Lineberry |
|---|---|---|---|---|---|
| 29 | Marrero Land and Improvement Association, LTD. | NOL007 (Dark) | 1673 Barataria Blvd. Marrero, LA | Lease dated as of 7/26/2013 | 5201 Westbank Expressway, Ste 400 Marrero, LA 70072 Attn: Gary M. Guidry |
| 30 | Mile High, LLC a Colorado limited liability company Authorized to do business in Tennessee as Smokey Mountains, LLC  by: The Paladini Family Trust- Archille G. Paladini, Trustee | KNX003 (Dark) | 2684 Airport Highway Alcoa, TN 37701 | Land and Building Lease dated as of 7/18/2013 | 1700 South El Camino Real, #120 San Mateo, CA 94402 |
| 31 | OAK CREEK FAMILY LIMITED P AR1NERSHIP | SAV011 (Dark) | 101 Tanger Outlets Blvd. Pooler, GA 31322 | Sublease Agreement dated as of 11/16/2016 | Oak Creek Family Limited Partnership 7145 Via Mariposa Sur Bonsall, California 92003 Attention: James Mashburn E-mail: jameswmashburn@gmail.com with copy to: McCann & Carroll 2755 Jefferson Street, Suite 211 Carlsbad, California 92008 Attention: Kevin E. McCann, Esq. E-mail: kevin@mccannlegal.com |

| 32 | PAD P PARTNERS | JTN002 (Dark) | 12 Stonebridge Boulevard Jackson, Tennessee 38305 | Lease Agreement dated as of 11/13/2015 | Pad P Partners c/o Pat or Anna Walsh 12 Meryton Irvine, California 92603 E-mail: anna@walshrealtor.com |
| 33 | SHERRI MICELI RYAN, AS TRUSTEE OF THE SHERRI MICELI-HURLEY REVOCABLE TRUST | CHN023 (Dark) | 5401 Brainerd Rd Chattanooga, TN 37411 | Land and Building Lease dated as of 7/24/2013 | Sherrn Miceli-Hurley Revocable Trust 218 Foxtail Lane Yorkville, Illinois 60560 Attention: Sherri Miceli Ryan |
| 34 | Smith & Lee, LLC | JAX027 (Dark) | 1485 South 6th Street Macclenny, Florida 32063 | Lease Agreement dated as of 4/23/2014 | Smith & Lee, LLC 1465 South 6th Street Macclenny, Florida 32063 Attention: Susan Smith |
| 35 | Susan J Vose Trust of 2002 | CHN018 (Dark) | 5053 Hunter Rd Ooltewah, TN 37363 | Land and Building Lease dated as of 10/16/2019 | Susan J Vose Trust of 2002 Attn: Susan Vose 3633 Beverly Ridge Dr Sherman Oaks, CA 91423-4506 |
| 36 | William C. Smith | MBL018 (Dark) | 110 S. University Boulevard Mobile, Alabama 36609 | Lease Agreement dated as of 10/12/2016 | 147 Pointe Lane St. Simons, GA 31522 |
| 37 | William C. Demetree and Jack C. Demetree as assigned to Pickwick Plaza, LLC | JAX020 (Dark) | 9840 San Jose Blvd Jacksonville, FL 32257 | Lease dated as of 6/13/1994 | Po Box Drawer 47050 Jacksonville, FL 32247 Email contact: freinstine@demetreebrohters.com |
| 38 | Wright National, LLC | AUG004 (Dark) | 3403  Wrightsboro Road Augusta, GA 30909 | Lease dated as of 12/19/2012 | 227 East 56th Street, Suite 401 New York, NY 10022 Attn: Brett Levine Email: brett@elhcorp.com With copy to: Hull Barrett Attn: Davis A. Dunaway 801 Broad Street, 7th Floor, Augusta, GA 30901 Telephone: 706-772-4481 |

8

**Schedule 2**

**Master Leases**

| # | Sublessee | Store | Store Address | Lease | Landlord Address |
|---|-----------|-------|---------------|-------|------------------|
| 39 | 4248 South Dale Mabry Highway, LLC | TMP004 (Operating) | 4248 S. Dale Mabry Tampa, FL 33611 | Lease dated as of 9/28/2012 | 55 West Castor Place Staten Island, NY 10312 Attn: Biagio Meccia |
| 40 | ARC KLPLCFL001, LLC | TMP006 (Operating) | 2801 James L. Redman Pkwy Plant City, FL 33566 | Lease dated as of 9/21/2012 | ARC KLPLCFL001, LLC c/o VEREIT 2325 E. Camelback Road, 9th Floor Phoenix, AZ 85016 Attn: Asset Manager Email: RELegal@vereit.com with copy to: ARC KLORLFL002, LLC c/o VEREIT 1201 South Orlando Avenue Ste 365 Winter Park, FL 32789 Attn: Debbie Hester/Asset Management |
| 41 | B&M Development Properties, LTD. | SAT001 (Operating) | 6446 NW Loop 410 San Antonio TX 78238 | Lease dated as of 2/2/2007 | 9601 McAllister Freeway, Suite 1160 c/o Milam Real Estate Capital, LLC San Antonio, TX 78216 |
| 42 | Bohnebarn, LLC | JAX005 (Operating) | 208 Blanding Blvd, Orange Park, FL 32073 | Land and Building Lease dated as of 6/7/2013 | 18 Winslow Drive Atkinson New Hampshire 03811 Attn: Carl Bohne with copy to: 5468 Tice Street Lot 352 Fort Myers, FL 33905 |
| 43 | Colvis Investments, LLC | ATL060 (Operating) | 29 N 400 Center Lane, Dawsonville, Dawson County, Georgia 30534 | Land and Building Lease dated as of 10/31/2012 | 647 Gardenia Glen Escondido, CA 92925 |
| 44 | DiGiacomo Holdings, LLC | PCB001 (Operating) | 9958 Hutchison Blvd Panama City, FL 32407 | Net Land and Building Lease dated as of 11/17/2010 | Attn: Mark Degiacomo 20 Holton Avenue Essex Sells, NJ 07021 |

9

| 45 | Julia Deal Krystal Trust | MBL010 (Operating) | 2385 South Ferdon Blvd Crestview, FL 32536 | Lease Agreement dated as of 12/6/2013 | PO BOX 143636 Coral Gables, FL 33134 with copy to: Phillips, Cantor, Shalek & Rubin PA 4000 Hollywood Blvd. Ste 500N Hollywood, FL 33021 Attn: Jerold C. Cantor, Esq |
| 46 | Kenneth W Valk and Jessica H. Stansberry 2002 Revocable Trust | NOL010 (Operating) | 3117 Loyola Drive Kenner, LA 70065 | Ground Lease Agreement dated as of January 21, 2014 | Kenneth Valk and Jessica Stansbury c/o Kenneth W Valk and Jessica H. Stansberry 2002 Revocable Trust 4717 NW Dahila Drive Camas, WA 98607 with copy to: Hand, Holmes, Pilei' & Matthews, LLC 901 Derbigny Street Gretna, LA 70053 Attn: Timothy F. Hand |
| 47 | M&C Bohne, LLC | JAX012 (Operating) | 8151 Beach Blvd Jacksonville, FL 32216 | Land and Building Lease dated as of 6/7/2013 | 18 Winslow Drive Atkinson, New Hampshire 03811 Attn: Carl Bohne with copy to: 5468 Tice Street Lot 352 Fort Myers, FL 33905 |
| 48 | Malad Family Limited Partnership | NSH025 (Operating) | 1201 Murfreesboro Road Nashville, TN 37217 | Lease dated as of 10/5/2012 | Malad Familty Limited Partnership 3515 Ridgeford Drive Westlake Village, CA 91361 Attn: Shiraz Malad with copy to: Sohail Malad 8233 Station Village Lane #2306 San Diego, CA 92108 |
| 49 | Marrero Land and Improvement Association, LTD | NOL007 (Operating) | 1673 Barataria Blvd. Marrero, LA 70072 | Lease Dated July 26, 2013 | Marrero Land and Improvement Association, LTD 5201 Westbank Expressway Suite 400 Marrero, LA 70072 Attn: Vincent A. Vestola and Gary M. Guidry |
| 50 | Nancy Bradford Booth | TMP005 (Operating) | 600 Cypress Gardens, BLVD Winterhaven, FL 33880 | Ground Lease dated as of 7/20/2010 | PO BOX 1202 Attn: Nancy Bradford Booth Winterhaven, FL 33882-1202 |

10

| 51 | OceanSky International, LLC | (MBL016) (Operating) | 233 E. Nine Mile Road Pensacola, FL 32526 | Lease date as 1/25/2016 | 2506 Lucille Drive Fort Lauderdale, FL 33316 Attn: Jim Moran With copy to: Peterson & Price, APC 530 B Street, Ste 1800 San Diego, CA 32101-4476 Email: efw@petersonprice.com |
|---|---|---|---|---|---|
| 52 | Peach Willow, LLC | TMP007 (Operating) | 1916 E. Fletcher Avenue Tampa, FL 33612 | Lease dated as of 8/1/2013 | 2183 Taxiway F, Suite A6 Minden, Nevada 89423 Attn: Rodney Aiglstorfer |
| 53 | Sam Nasrallah, as successor trustee of the Julie Deal Trust, dated June 26, 2001 | ORL013 (Operating) | 815 N. 14th Street Leesburg, FL 34748 | Lease dated as of 9/10/2014 | 200 Ocean Avenue, Ste 202 Melbourne, FL 32951 With copy to: Phillips, Cantor, Shalek & Rubin PA 4000 Hollywood Blvd., Ste 500-N Hollywood, FL 33021 Attn: Jerald C. Cantor, Esq. With copy to: PO BOX 143636 Coral Gables, FL 33134 |
| 54 | Tarek M. Mogharbel, Trustee of the Tarek M. Mogharbel Trust, as undivided 50% interest and MIRA M. Majzoub, Trustee of the Mira M. Majzoub Trust | LAF002 (Operating) | 1928 Rees Street Breax Bridge LA 70517 | Lease Agreement dated as of 11/10/2016 | 7483 Preserve Crest Way Mclean, VA 22102 |

11

**Schedule 3**

**Subleases**

| # | Sublessee | Store | Store Address | Lease | Sublessee Address |
|---|-----------|-------|---------------|-------|-------------------|
| 55 | 1 Chix, LLC | TMP005 (Operating) | 600 Cypress Gardens, BLVD Winterhaven, FL 33880 | Sublease dated 8/22/2016 | 512 Gunwale Lane Longboat Key, FL 34228 Attn: John L. Ciotti, Jr. Email: john@chixs.net; becky@chixs.net |
| 56 | Amir Ibrahim LLC | TMP006 (Operating) | 2801 James L. Redman Pkwy Plant City, FL 33566 | Sublease dated 2/25/2019 | 29425 Crossland Drive Wesley Chapel, Florida 33543 Attn: Amir Ibrahim E-mail: amirtric@gmail.com with copy to: Gosh Enterprises, Inc. 2500 Farmers Drive, Suite 140 Columbus, Ohio 43235 |
| 57 | Best Choice Burger, LLC | NSH025 (Operating) | 1201 Murfreesboro Road Nashville, TN 37217 | Sublease dated 7/29/2019 | 5041 Olivia Drive Antioch, TN 37013 Attn: Othman Kokoyi with copy to: Bihzhar Kokoy Email: bkokoy80@gmail.com |
| 58 | Boutros Enterprises Inc. d/b/a The Sheik | JAX012 (Operating) | 8151 Beach Blvd Jacksonville, FL 32216 | Sublease dated 10/30/2018 | 422 Orange Avenue Green Cove Springs, FL 32043 Attn: Jamil Boutros Email: Jamilboutros50@yahoo.com; Brandyjalen14@hotmail.com |
| 59 | City Donuts & Café, LLC | NOL007 (Operating) | 1673 Barataria Blvd. Marrero, LA | Sublease dated 11/26/2018 | 3301 S. Clairborne Ave. New Orleans, LA 70125 Attn: Karim Taha/Raed Attallah Email: ktaha1012@yahoo.com; Raed_attallah@yahoo.com |

12

| 60 | City Donuts & Café, LLC (Operating) | NOL010 | 3117 Loyola Drive Kenner, LA 70065 | Sublease dated 11/26/2018 | 3301 S. Clairborne Ave. New Orleans, LA 70125 Attn: Karim Taha/Raed Attallah Email: ktaha1012@yahoo.com; Raed_attallah@yahoo.com |
|----|-----|-----|-----|-----|-----|
| 61 | Leena F&B Inc. (Operating) | ORL013 | 815 N. 14th Street Leesburg, FL 34748 | Sublease dated 10/24/2019 | 8041 Williams Road Seffner, Florida 33584 Attn: Samir Layeb Email: samir.layeb@yahoo.com |
| 62 | Los Balito's Taco Shop (Operating) | SAT001 | 6446 NW Loop 410 San Antonio TX 78238 | Sublease dated 8/24/2018 | 255 Tommy Lane La Vernia, Texas 78121 Attn: Ubaldo Castaneda Email: isabella.chapman@gmail.com |
| 63 | Mitchell Management of Florida, Inc. (Operating) | TMP004 | 4248 S. Dale Mabry Tampa, FL 33611 | Sublease dated 5/6/2015 | 410 S. Tamiami Trail Osprey, FL 34229 Email: ap@mmjj.co; heades@mmjj.co with copy to: Mitchell Management of FL, LLC 6921 E State Road 70 Bradenton, FL 34203 |
| 64 | Pope Shenouda and Ava Hedra LLC (Operating) | TMP007 | 1916 E. Fletcher Avenue Tampa, FL 33612 | Sublease dated 10/24/2019 | 2952 Carrickton Circle Orlando, FL 32824 Attn: Amgad Atalla Email: amgad@pope-shenouda.com with copy to: Gosh Enterprises, Inc. 2500 Farmers Drive Ste 140 Columbus, OH 43235 |
| 65 | Shake's of Orange Park, LLC (Operating) | JAX005 | 208 Blanding Blvd, Orange Park, FL 32073 | Sublease dated 4/16/2019 | 2 Buckthorne Drive Fernandina Beach, FL 32034 Attn: Aaron Osborne Email: acosborne75@gmail.com |
| 66 | Shiv Investment of Panama City, LLC (Operating) | PCB001 | 9958 Hutchison Blvd Panama City, FL 32407 | Sublease dated 7/30/2018 | 2908 Harrier Street Panama City, FL 32405 Attn: Bhavesh J. Amin Email: bob.amin@quickstopfl.com |

13

| 67 | Star Stores, LLC | LAF002 (Operating) | 1928 Rees Street Breax Bridge LA 70517 | Sublease dated 7/13/2018 | 3755 Ambassador Caffery Lafayette, LA 70503 Attn: Ramzan (Ramsey) Ali Email: Aliramsey1@gmail.com |
| 68 | The Franville Corporation | ATL060 (Operating) | 29 N 400 Center Lane, Dawsonville, Dawson County, Georgia 30534 | Sublease dated 2/3/2011 | The Franville Corporation Attn: Travis L Rogers PO Box 675 Gainesville, GA 30503 with copy to 2390 Thompson Bridge Road Gainesville, GA 30501 |
| 69 | WAC Enterprises, Inc. | MBL016 (Operating) | 233 E. Nine Mile Road Pensacola, FL 32514 | Sublease dated 10/1/2018 | 118 Riverpoint Rd. Signal Mountain, TN 37377 Attn: Wayne and Carolyn Hale With copy to: 515 Locust Drive Gadsden, AL 35901 |
| 70 | Yardbirds of Northwest Florida II, LLC | MBL010 (Operating) | 2385 South Ferdon Blvd Crestview, FL 32536 | Sublease dated 5/21/2019 | 928 Tanager Road Fort Walton Beach, FL 32547 Attn: Corey Campbell-Coleman |