**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 3, 2020 AT 10:00 A.M.**

Time and Date of Hearing:   March 3, 2020 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:   The Honorable Paul W. Bonapfel
United States Bankruptcy Court
Northern District of Georgia
Richard B. Russell Federal Building
United States Courthouse
75 Ted Turner Drive, SW
Courtroom 1401
Atlanta, Georgia 30303

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) and on the website of the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/krystal. Further information may be obtained by calling Kurtzman Carson Consultants LLC toll free at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

36371222

I. **Matters Going Forward**[2]

1. ***Cash Management Motion***.  Debtors' Emergency Motion for Entry of an Order (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief. [Docket No. 8].

   Responses Filed: None.

   Related Documents:

   A. Interim Order (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief. [Docket No. 48].

   B. Notices of Hearing. [Docket Nos. 56, 122, 160].

   C. Certificates of Service. [Docket Nos. 30, 86, 130, 176].

   Status: This Motion is going forward.

2. ***Ordinary Course Professional Motion***.  Debtors' Motion for Entry of an Order Authorizing the retention a Compensation of Certain Professionals utilized in the Ordinary Course of Business. [Docket No. 116].

   Responses Filed: None.

   Related Documents:

   A. Notice of Hearing. [Docket No. 160].

   B. Certificates of Service. [Docket No. 130, 176].

   Status: This Motion is going forward.

---

[2] The Debtors extended the response deadline on all motions to March 2, 2020 at 12:00 p.m. (prevailing Eastern time) for the Official Committee of Unsecured Creditors and Wells Fargo Bank, National Association, in its capacity as administrative agent.

3. ***Vendor Support Agreement Motion***. Emergency Motion for Entry of Interim and Final Orders (I) Authorizing and Confirming Vendor Credit Support Arrangement; (II) Granting Superpriority Administrative Expense Claims; and (III) Granting Related Relief. [Docket No. 16].

   Responses Filed:

   A. Wells Fargo Bank, National Association's (I) Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders (1) Authorizing the Debtors to Use Cash Collateral, (2) Granting Adequate Protection to Lenders, (3) Modifying the Automatic Stay, (4) Scheduling a Final Hearing, and (5) Granting Related Relief; (II) Limited Objection to Certain First Day Relief; and (III) Request for Adequate Protection. [Docket No. 28].

   Related Documents:

   A. Interim Order (I) Authorizing and Confirming Vendor Credit Support Arrangement; (II) Granting Superpriority Administrative Expense Claims; and (III) Granting Related Relief. [Docket No. 53].

   B. Notices of Hearing. [Docket No. 56, 122, 160].

   C. Certificates of Service. [Docket Nos. 30, 86, 130, 176].

   Status: This Motion is going forward.

4. ***Cash Collateral Motion***. Debtors' Emergency Motion for Entry of an Interim and Final Order (1) Authorizing the Debtors to Use Cash Collateral; (2) Granting Adequate Protection to Lenders; (3) Modifying the Automatic Stay; (4) Scheduling a Final Hearing; and (5) Granting Related Relief. [Docket No. 18].

   Responses Filed:

   A. Wells Fargo Bank, National Association's (I) Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders (1) Authorizing the Debtors to Use Cash Collateral, (2) Granting Adequate Protection to Lenders, (3) Modifying the Automatic Stay, (4) Scheduling a Final Hearing, and (5) Granting Related Relief; (II) Limited Objection to Certain First Day Relief; and (III) Request for Adequate Protection. [Docket No. 28].

      i. Wells Fargo Bank, National Association's Supplemental Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders (1) Authorizing the Debtors to Use Cash Collateral, (2) Granting Adequate Protection to Lenders, (3) Modifying the Automatic Stay, (4) Scheduling a Final Hearing, and (5) Granting Related Relief; (II) Limited Objection to Certain First Day Relief; and Supplemental Request for Adequate Protection. [Docket No. 205].

B. Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Interim and Final Order (1) Authorizing the Debtors to Use Cash Collateral; (2) Granting Adequate Protection to Lenders; (3) Modifying the Automatic Stay; (4) Scheduling a Final Hearing; and (5) Granting Related Relief. [Docket No. 197].

      i. Exhibits to the Limited Objection of the Official Committee of Unsecured Creditors. [Docket No. 198].

      ii. Amended Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Interim and Final Order (1) Authorizing the Debtors to Use Cash Collateral; (2) Granting Adequate Protection to Lenders; (3) Modifying the Automatic Stay; (4) Scheduling a Final Hearing; and (5) Granting Related Relief. [Docket No. 199].

Related Documents:

A. Interim Order (1) Authorizing the Debtors to Use Cash Collateral, (2) Granting Adequate Protection to Lenders, (3) Modifying the Automatic Stay, and (4) Providing Notice of Second Interim Hearing. [Docket No. 39].

B. Second Interim Order (1) Authorizing the Debtors to Use Cash Collateral, (2) Granting Adequate Protection to Lenders, (3) Modifying the Automatic Stay, and (4) Providing Notice of Final Hearing. [Docket No. 121].

C. Notices of Hearing. [Docket Nos. 56, 122, 160].

D. Certificates of Service. [Docket Nos. 30, 85, 86, 130, 176].

Status: This Motion is going forward.

5. ***Bidding Procedures Motion***. Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief. [Docket No. 148].

Responses Filed: None.

Related Documents:

    A. Notices of Hearing. [Docket No. 160].

    B. Certificates of Service. [Docket Nos. 175, 176].

Status: This Motion is going forward.

[*Remainder of Page Intentionally Blank*.]

|  |  |
|---|---|
| Date: March 2, 2020<br>Atlanta, Georgia | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br><br>*/s/ Sarah R. Borders*<br>Sarah R. Borders<br>Georgia Bar No. 610649<br>Jeffrey R. Dutson<br>Georgia Bar No. 637106<br>Leia Clement Shermohammed<br>Georgia Bar No. 972711<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Email: sborders@kslaw.com<br>Email: jdutson@kslaw.com<br>Email: lshermohammed@kslaw.com<br><br>*Counsel for the Debtors in Possession* |