IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | ; | |
| THE KRYSTAL COMPANY, *et al.*,: | | CASE NO. 20-61065-PWB |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| DESAI HOLDINGS, LLC, | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| THE KRYSTAL COMPANY, *et al.*,: | | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**OBJECTION TO CURE AMOUNT OF DESAI HOLDINGS, LLC CLAIM**

COMES NOW Desai Holdings, LLC ("Landlord") in the within action and objects to the cure amount assigned to the lease contract for non-residential real property located at 652 Highway 53 East SE, Calhoun, Georgia 30701 (lease CAL001) and in support thereof shows the following:

**Jurisdiction**

1. On January 19, 2020, Debtors filed their bankruptcy petitions under Chapter 11 of Title 11.

1

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§157(b)(1) and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is property pursuant to 28 U.S.C. §§1408 and 1409.

**Factual History**

3. On or about February 12, 2020, Debtors filed a motion to sell assets pursuant to Section 363 of the Bankruptcy Code (Doc. No. 148).

4. On March 4, 2020, the Court issued an order (Doc. No. 227) approving the bidding procedures for the sale of Debtor's assets pursuant to Section 363 of the Bankruptcy code.

5. On April 7, 2020, The Krystal Company, et al. ("Debtor" or "Tenant"), filed its ***Notice To Contract Parties To Potentially Assumed Executory Contracts and Unexpired Leases*** (Doc. No. 310)(Notice).

6. The Notice includes cure costs for each contract based upon Debtor's records.

7. The Notice includes Exhibit "A" which lists all potential executory contracts and unexpired leases subject to sale together with their proposed cure amounts.

8. On page 11 of the Notice, Landlord is listed as having a cure amount of $20,912.70 under the lease between Landlord and Tenant.

2

9. Tenant has underestimated the amount due to Landlord, neglecting to add fees and expenses permitted under the lease for Debtor's missed payments.

10. Landlord filed its Proof of Claim in this case on April 8, 2020 (Claim No. 403) in the amount of $25,432.70. This claim includes pre-petition rent for January 2020 in the amount of $11,456.35 (including late fees and interest), an administrative claim for post-petition rent for April 2020 in the amount of $11,456.35 (including late fees and interest), and $2,520.00 in attorney's fees. (See copy of Proof of Claim attached hereto as Exhibit "A").

**WHEREFORE**, Landlord respectively requests the following:

a. That this court increase Defendant Tenant's cure amount for Desai Holdings, LLC to $25,432.70 as set forth in Landlord's Proof of Claim

b. That this Court order Defendant Tenant to change the cure amount for Desai Holdings, LLC to $25,432.70 in the documents provided to potential purchasers of Debtor Tenant's assets; and

c. Whatever other relief this Court deems just and proper.

[END OF DOCUMENT]

This 17th day of April, 2020.

*/s/ Gai Lynn McCarthy*
Gai Lynn McCarthy
Georgia Bar No. 482223
Kumar, Prabhu, Patel & Banerjee, LLC
990 Hammond Drive, Suite 800
Atlanta, Georgia 30338
(678) 443-2215 (Direct)
(678) 443-2230 (Facsimile)
gmccarthy@kppblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | ; | |
| THE KRYSTAL COMPANY, *et al.*, | : | CASE NO. 20-61065-PWB |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| DESAI HOLDINGS, LLC, | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| THE KRYSTAL COMPANY, *et al.*, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing *Objection To Cure Amount Of Desai Holdings, LLC* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Austin B. Alexander   aalexander@balch.com, myoung@balch.com;jolaughlin@balch.com
- Brad Baldwin   brad@hmhwlaw.com
- Brian S. Behar   bsb@bgglaw.com, jgarcia@bgglaw.com
- William H. Blalock   wblalock@smf-law.com, scash@smf-law.com
- J. Steven Bloodworth   sbloodworth@bushlawfirm.com
- Sarah Robinson Borders   sborders@kslaw.com, cpope@kslaw.com
- Jacob A. Brown   jacob.brown@akerman.com, jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
- Joseph J. Burton   jburton@mfllaw.com, sbowers@mfllaw.com
- Wade Kyle Cannon   wcannon@gearhiserpeters.com, myoung@gearhiserpeters.com
- James S. Carr   kdwbankruptcydepartment@kelleydrye.com
- John A. Christy   jchristy@swfllp.com, amcrae@swfllp.com

- Leia Ashlin Clement Shermohammed    LShermohammed@kslaw.com, jdutson@kslaw.com
- David F. Cooper    dcooper@kkgpc.com, sfarland@kkgpc.com
- S. Nathaniel De Veaux    ndeveaux@kkgpc.com, kaaron@kkgpc.com
- Frank W. DeBorde    fwd@mmmlaw.com, lwolgast@mmmlaw.com
- C. Edward Dobbs    edobbs@phrd.com
- Mark I. Duedall    Mark.Duedall@bclplaw.com, debbie.hopkins@bclplaw.com
- Erich N. Durlacher    edurlach@burr.com, brobinson@burr.com
- Thomas Wayne Dworschak    thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
- T. Lawrence Evans    levans@olivermaner.com, mboehlke@olivermaner.com
- Ian M. Falcone    legalassistant@falconefirm.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com
- Anna Mari Humnicky    ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com
- John F. Isbell    john@JFI-Law.com
- Steven M. Jampol    sjampol@northatlantalaw.net, sengle@northatlantalaw.net
- Leon S. Jones    ljones@joneswalden.com, jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
- Walter E. Jones    wjones@balch.com, fednoticesatl@balch.com
- Benjamin Keck    bkeck@rlklawfirm.com, mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com
- Charles N. Kelley    ckelley@kelleyclements.com, twinkler@cummingskelley.com;1663@notices.nextchapterbk.com;3667002420@filings.docketbird.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Benjamin S. Klehr    bklehr@smallherrin.com, klemons@smallherrin.com
- David S. Klein    dklein@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com
- Sean C. Kulka    sean.kulka@agg.com
- Kurtzman Carson Consultants LLC    ECFpleadings@kccllc.com
- Darryl S. Laddin    bkrfilings@agg.com, darryl.laddin@agg.com
- Raymond H. Lemisch    rlemisch@klehr.com, afoody@klehr.com
- Matthew W. Levin    mlevin@swlawfirm.com, fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com
- T. Charlie Liu    charlie.liu@morganlewis.com
- Roy E. Manoll    kdd@fbglaw.com
- Michael E. Mayo    mayo@mayohill.law, sherrie@mayohill.law
- Gai Lynn McCarthy    gmccarthy@kppblaw.com, gaimccarthy@gmail.com
- Leah Fiorenza McNeill    Leah.Fiorenza@bclplaw.com, debbie.hopkins@bclplaw.com
- David J. Merbaum    dmerbaum@mbpclaw.com, abecker@mbpclaw.com;dmerbaum@bellsouth.net
- Evan T. Miller    emiller@bayardlaw.com, lmorton@bayardlaw.com

2

- Mississippi Power Company    vcstaten@southernco.com
- Victor W. Newmark    bankruptcy@evict.net, vnewmark@evict.net
- Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
- Lisa M. Peters    lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com
- Stephen B. Porterfield    sporterfield@sirote.com
- Sarah T. Reise    reises@ballardspahr.com, southerlandl@ballardspahr.com;LitDocket_East@ballardspahr.com
- Thomas D. Richardson    TRichardson@Brinson-Askew.com, Tdr82454@gmail.com
- Christopher S. Roberge    croberge@boselaw.com, eroberge@boselaw.com;kroberge@boselaw.com
- Michael D. Robl    michael@roblgroup.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com
- William A. Rountree    wrountree@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com
- David S. Rubin    David.Rubin@butlersnow.com
- Andres H. Sandoval    andres.sandoval@usdoj.gov, charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov
- Gus H. Small    gsmall@smallherrin.com, klemons@smallherrin.com
- Robert J. Solomon    rsolomon@sb-law.com, mlee@sb-law.com;efc-sblaw@sb-law.com;mabedinzadeh@sb-law.com;mflower@sb-law.com
- Shayna M. Steinfeld    shayna@steinfeldlaw.com
- Michael Charles Sullivan    msullivan@phrd.com
- Graham W. Syfert    gsyfert@soudlawfirm.com, graham@syfert.com
- Ronald M. Terenzi    rterenzi@tcpclaw.com, cgoldstein@tcpclaw.com
- Cater C. Thompson    cater.thompson@jonescork.com, stacey.davis@jonescork.com;debi.richards@jonescork.com
- Ryan David Thompson    rthompson@maynardcooper.com, rcthomps@samford.edu
- Hannah Leah Uricchio    uricchio.hannah@pbgc.gov, efile@PBGC.gov
- Kelly E. Waits    kwaits@burr.com
- Thomas R. Walker    thomas.walker@fisherbroyles.com
- C. Brent Wardrop    brent.wardrop@qpwblaw.com
- Jason H. Watson    jwatson@mmmlaw.com
- Erin A. West    ewest@gklaw.com, elewerenz@gklaw.com;kboucher@gklaw.com
- J. Robert Williamson    rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com
- Stuart Freeman Wilson-Patton    agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov
- Adolyn C. Wyatt    awyatt@burr.com, brobinson@burr.com

3

    A copy of the forgoing *Objection To Cure Amount Of Desai Holdings, LLC Claim* was served on the parties on the attached two pages via first class mail with adequate postage thereon.

This 17th day of April, 2020

   */s/ Gai Lynn McCarthy*
Gai Lynn McCarthy

4

Jason R. Adams
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Andrew J Becker
Merbaum & Becker, P.C.
Suite 284
5755 North Point Parkway
Alpharetta, GA 30022

Christopher L. Carter
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

John M Craig
Law Firm of Russell R Johnson III PLC
14890 Washington Street, First Floor
Haymarket, VA 20169

Paul J. Delcambre
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501-1931

Michael DiGiacomo
Ballard Spahr LLP
1 E. Washington St
Suite 2300
Phoenix, AZ 85004

F.E. (Gene) Montgomery - Mont-Js', LLC
1002 Choctaw Ridge Nort 61
Prattville, AL 36067

Craig Solomon Ganz
Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004

Eric S. Goldstein
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

David W. Houston
Burr & Forman LLP
222 Second Ave. South
Suite 2000
Nashville, TN 37201

Thomas B. Humphries
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. BOX 55727
Birmingham, AL 35255-5727

Lee County Revenue Commissioner
215 Sout 9th Street
PO Box 2413
Opelika, AL 36803

Maeghan J. McLoughlin
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Ashley S. Nunneker
Stokes Wagner, ALC
One Atlantic Center, Suite 2400
1201 W. Peachtree Street
Atlanta, GA 30309

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
Suite 2200
112 E. Pecan Street
San Antonio, TX 78205

UnitedHealthcare Insurance Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Sabin Willett
Morgan, Lewis & Bockius LLP
One Federal St.
Boston, MA 02110

Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178