**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br>THE KRYSTAL COMPANY, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-61065 (PWB)<br><br>(Jointly Administered) |

**NOTICE OF HEARING FOR COMMITTEE STANDING MOTION**

　　　　**PLEASE TAKE NOTICE** that on April 20, 2020, The Official Committee of Unsecured Creditors (the "Committee"), filed its *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting the Official Committee of Unsecured Creditors Leave, Standing, and Authority to Commence, Prosecute, and if Appropriate, Settle Certain Causes of Action on Behalf of the Debtors' Estates* [Docket No. 333] (the "Motion").[2] Pursuant to the Motion the Committee seeks an order pursuant to Sections 105(a), 1103(c)(5), 1107(a), and 1109(b) of the Bankruptcy Code granting the Committee standing to commence, prosecute and, if appropriate, settle the Challenges on behalf of the bankruptcy estates of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors");

　　　　**PLEASE TAKE FURTHER NOTICE** that the Motion is available for review in the Clerk's Office: Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users);

　　　　**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss them with your attorney, if you have one in these Bankruptcy Cases. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on any of the Motion, then you and/or your attorney **must**: (1) file a written objection, stating the grounds of such objection or objections, on or before May 15, 2020, with Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, (2) serve a copy of such objection so that it is received by May 15, 2020, upon counsel for the Committee, Arnall Golden Gregory LLP, Attention: Darryl S. Laddin and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined in this Notice shall have the meanings ascribed to such terms in the Motion.

1

Sean C. Kulka Esq. 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, and (3) advocate the objection at the Hearing (defined below) on the Motion;

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed to the Motion, the Court will hold a hearing on the Motion **on May 26, 2020 at 10:00 a.m.**, **in Courtroom 1401**, **United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia (the "Hearing")._ _Given the current public health crisis, the Hearing may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the Hearing for instructions on whether to appear in person or by phone_**;

**PLEASE TAKE FURTHER NOTICE** that any objection that is not timely filed, served, and advocated at the Hearing as set forth above may be deemed waived; and

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed as set forth in this Notice, the Motion may be approved without further notice or hearing.

**_Your rights may be affected._  You should read these papers carefully and discuss them with your attorney, if you have one in these Bankruptcy Cases. If you do not have an attorney, you may wish to consult one.**

Dated:    Atlanta, Georgia
          April 20, 2020

ARNALL GOLDEN GREGORY LLP

 */s/ Darryl S. Laddin*
Darryl S. Laddin
Georgia Bar No. 460793
Sean C. Kulka
Georgia Bar No. 648919
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
darryl.laddin@agg.com
sean.kulka@agg.com

*Counsel to the Official Committee of
Unsecured Creditors of The Krystal Company*

2