

**IT IS ORDERED as set forth below:**

**Date: April 20, 2020**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, et al.,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| RACHEL M. PRUETT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| THE KRYSTAL COMPANY, | ) | |
| | ) | |
| Respondent. | ) | |

**CONSENT ORDER ON LANDLORD RACHEL M. PRUETT'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Krystal Company and Rachel M. Pruett hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases include: The Krystal Company; Krystal Holdings Inc.; and K-Square Acquisitions Co., LLC.

36755311

Rachel M. Pruett filed the *Motion of Landlord Rachel M. Pruett for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) or, Alternatively, for Payment Pursuant to 11 U.S.C. § 365(d)(3) or, Alternatively, for Adequate Protection Pursuant to 11 U.S.C. § 363(e) or, Alternatively, for Treatment as an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(7)* (the "Motion") [Docket No. 270] along with the *Declaration of Rachel M. Pruett in Further Support of the Motion of Landlord Rachel M. Pruett for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 302].[2]  In response, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Objection to Rachel M. Pruett's Motion for Relief from the Automatic Stay* [Docket No. 306] and the *Declaration of Jonathan Tibus in Support of Debtors' Objection to Rachel M. Pruett's Motion for Relief from the Automatic Stay* [Docket No. 309].  A hearing was held on the Motion on April 7, 2020 at 10:00 a.m.

At the hearing, the parties agreed to enter into a consent order on the Motion. Accordingly, it is hereby

**ORDERED** that the Movant's request for relief from the automatic stay is **DENIED**; it is further

**ORDERED** that Debtor The Krystal Company shall pay postpetition pro rata rent from January 19 through January 31, 2020 in the amount of $2,455.96 and in no event later than 14 days from the entry of this Order; it is further

**ORDERED** that Movant's request for payment of any 2019 real property taxes allegedly owed by The Krystal Company pursuant to the Lease shall be reserved for a status conference to be held on **May 13, 2020 at 11:00 am** in Courtroom 1401, United States Bankruptcy Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States

---

[2]  Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Motion.

2

Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.  **Given the current public health crisis, the status conference may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone**; it is further

**ORDERED** that nothing in this Order shall operate to preclude Rachel M. Pruett from seeking other or further relief with respect to the payment of rents for May 2020 and each month thereafter.

END OF ORDER

| Prepared and presented by: | Consented to by: |
|---|---|
| GEARHISER, PETERS, ELLIOTT & CANNON, PLLC<br>Counsel for Movant | KING & SPALDING<br>Counsel for Debtor/Respondent |

/s/ *Wade K. Cannon*
Georgia Bar No. 564275
320 McCallie Avenue
Chattanooga, Tennessee  37402
Phone: (423) 756-5171
Fax:    (423) 266-1605
Email: wcannon@gearhisepeters.com

*Counsel for Movant Rachel M. Pruett*

/s/ *Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Phone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Counsel for the Debtors in Possession*

4