GLORIA D. McCOLL POWELL
PO Box 7081
Rancho Santa Fe, CA 92067
April 14, 2020

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

**APR 2 0 2020**

By:_____
Deputy Clerk

Certified Mail, Return Receipt

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303

RE:  Case 20-61065-pwb  Doc 310  Filed 04/07/20

Dear Sir/Madam

In the Bankruptcy Court's Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases, I note that on page 11 under counterparty Gloria D. McColl Powell, Trustee that the Cure Amount is $16,083.33.  My records show that Krystal owes me rent for January 2020, April 2020 plus late fees for January's unpaid rent.

Rent and fees owed:

| | | |
|---|---|---:|
| - | January 2020 rent | $ 9,000.00 |
| - | January late fee | 450.00 |
| - | April 2020 rent | 9,000.00 |
| | Total Cure Amount | $18,450.00 |

Please correct the Cure Amount to $18,450 for Gloria D. McColl Powell, Trustee on the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases.

Enclosed are copies of the January 16, 2020 email to Marta Church requesting the January rent of $9,000 plus late fee of $450; copy of the January 16, 2020 letter sent Certified Mail, Return Receipt to the attention of the Real Estate Department of The Krystal Company and the Certified Mail Receipt and Return Mail Delivery Receipt with Monica Misdom's signature.  Also, a copy of Krystal's March 24, 2020 letter to Landlords stating that they will not pay April's rent when due.

Thank you.

Sincerely,

*Gloria M. Powell, Ttee*
Gloria D McColl Powell, Trustee

Enclosures

## Gloria Powell

**From:** "Gloria Powell" <mcpow920@gmail.com>
**Date:** Thursday, January 16, 2020 9:12 AM
**To:** <marta.church@krystal.com>
**Subject:** Delinquent rent - Store CHM#019

Marta Church:

I am the landlord for Krystal's store CHM#019 located at 5071 Highway 136, Trenton, GA. This email is your notice that the $9,000 rent due January 1, 2020 has not been received. According to the Rent Addendum to the lease, paragraph 7, there is a 5% delinquent fee to be installed after the 10th of the month. The delinquent fee is $450.

Please wire the $9,450 immediately to bring your rent current.

Gloria McColl Powell, Trustee
Leo J Demers Testamentary Trust B

1/16/2020

GLORIA D. McCOLL POWELL
PO Box 7081
Rancho Santa Fe, CA 92067
January 16, 2020

Sent Certified Mail, Return Receipt

The Krystal Company
1455 Lincoln Parkway E
Dunwoody, GA 30346

Attention: Real Estate Department

Re: Delinquent January 2020 rent for Store CHM#019
5071 Highway 136, Trenton, GA

Dear Madam/Sir:

This letter is a demand for the $9,000 rent, plus $450 late fee owed by The Krystal Company for the January rent, due Jan 1, 2020 and delinquent, Jan 10, 2020, for store CHM#019 located at 5071 Highway 136, Trenton, Georgia.

Please wire the $9,450 immediately to bring your rent current.

Today a phone message with this information was left with the Real Estate Department's Rent and Processing answering machine. Also, an email was sent to Marta Church with the same information.

Sincerely,

Gloria McColl Powell, Trustee
Leo J. Demers Testamentary Trust B



7019 0700 0001 5978 6664

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ATLANTA, GA 30346 OFFICIAL USE

Certified Mail Fee $3.50
$ $2.80
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.55
$
Total Postage and Fees $6.85
$

0067
05
Postmark Here
RANCHO SANTA FE ... 01/16/2020

Sent To The Kryptal Company Attn: Real Estate Dept
Street and Apt. No., or PO Box No. 1455 Lincoln Parkway E
City, State, ZIP+4® Dunwoody, GA 30346

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Kryptal Company
1455 Lincoln Parkway E
Dunwoody, GA 30346
attn: Real Estate Dept

9590 9402 5334 9154 2399 36

2. Article Number *(Transfer from service label)*
7019 0700 0001 5978 6664

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Monica McSdom
C. Date of Delivery 1/22/2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

GLORIA D. McCOLL POWELL
PO Box 7081
Rancho Santa Fe, CA 92067
April 14, 2020

Sent email and
Certified Mail, Return Receipt

Michael Wood
VP & Chief Real Estate Officer
The Krystal Company
1455 Lincoln Parkway, Suite 605
Dunwoody, GA 30346

    RE: CHN019

Dear Mr. Wood:

In the Bankruptcy Court's Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases, I note that on page 11 under counterparty Gloria D. McColl Powell, Trustee that the Cure Amount is $16,083.33. My records show that Krystal owes me rent for January 2020, April 2020 plus late fees for January's unpaid rent.

    Rent and fees owed:

| | | |
|---|---|---:|
| - | January 2020 rent | $ 9,000.00 |
| - | January late fee | 450.00 |
| - | April 2020 rent | 9,000.00 |
| | Total Cure Amount | $18,450.00 |

Please correct the Cure Amount to $18,450 for Gloria D. McColl Powell, Trustee on the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases.

Enclosed are copies of the January 16, 2020 email to Marta Church requesting the January rent of $9,000 plus late fee of $450; copy of the January 16, 2020 letter sent Certified Mail, Return Receipt to the attention of the Real Estate Department of The Krystal Company and the Certified Mail Receipt and Return Mail Delivery Receipt with Monica Misdom's signature. Also, a copy of Krystal's March 24, 2020 letter to Landlords stating that they will not pay April's rent when due.

Thank you.

                Sincerely,

                /s/

                Gloria D McColl Powell, Trustee

Enclosures

Gloria McColl Powell
PO Box 7081
Rancho Santa Fe, CA 92067

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 0700 0001 5978 6626

UNITED STATES POSTAL SERVICE®

1000

30303

U.S. POSTAGE PAID
FCM LETTER
RANCHO SANTA FE, CA
92091
APR 15, 20
AMOUNT
$7.10
R2305H128648-05

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303

CLEARED
APR 20 2020
U.S. Marshals
Atlanta, GA

30303-336799

