**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>THE KRYSTAL COMPANY, et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-61065 (PWB)<br><br>(Jointly Administered) |
| KRY WARNER ROBINS REALTY, LLC,<br><br>　　　　Movant,<br><br>v.<br><br>THE KRYSTAL COMPANY,<br><br>　　　　Respondent. | CONTESTED MATTER |

**OBJECTION OF KRY WARNER ROBINS REALTY, LLC TO DEBTORS'
NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

　　　　KRY Warner Robins Realty, LLC ("KRY"), a creditor, party-in-interest, and landlord of Debtor The Krystal Company[1] (collectively "Debtor"), objects to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (the "Notice") [Doc. 310] and states as follows:

　　　　1.　　This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334.

　　　　2.　　This is a core proceeding under 28 U.S.C. § 457(b).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

3. KRY's predecessor, WIL-ALT Warner Robins LLC, entered into a Lease as lessor with Debtor as tenant on February 27, 2017 (the "Lease"), for the premises located at Highway 96 and Lake Joy Road in Warner Robins, Georgia (the "Leased Premises") as more particularly described in the Lease.

4. WIL-ALT Warner Robins LLC assigned its interest in the Lease to KRY by that certain Assignment of Landlord's Interest in Lease (the "Assignment") dated September 1, 2017.

5. Debtor performed its obligation under the Lease until it failed to pay pre-petition rent to KRY for November and December, 2019, and for January 1-18, 2020.

6. Debtor failed to pay Warner Robins and Houston County, Georgia 2019 property taxes that were due by December 20, 2019.

7. Debtor failed to pay post-petition stub rent to KRY under the Lease for January 19-31, 2020, contrary to the provisions of 11 U.S.C. § 365(d)(3).

8. On January 19, 2020, Debtor filed its Chapter 11 Bankruptcy Petition.

9. On February 12, 2020, Debtor filed a Motion to sell all assets [Doc. 148].

10. On March 4, 2020, the Court entered an Order Approving All Bidding and Sale Procedures of Debtors' Assets [Doc 227] in which it established various deadlines, including April 27, 2020, at 5:00 P.M. as the deadline to object to Debtors' proposed cure under 11 U.S.C. § 365(b)(1).

11. Debtor failed to pay post-petition rent to KRY under the Lease for April 2020 in its entirety, contrary to the provisions of 11 U.S.C. § 365(d)(3).

12. On April 7, 2020, Debtors filed a Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Doc. 310] that provided for cure costs for each unexpired lease which the Debtors may assume (the "Notice").

13. The Notice included in its Exhibit A the cure amount for KRY's Lease as $38,593.80. KRY objects to Debtors' proposed cure amount as it fails to indicate what is included in the proposed sum, or how much of that cure is attributable to taxes, insurance, pre- or post-petition rent, attorney's fees, or any other obligation of Debtors to KRY under the Lease.

14. Landlord KRY shows that it is owed **$47,071.45** as of April 27, 2020, itemized as follows:

   A. pre-petition rent for November and December, 2019 and January 1-18, 2020 in the amount of **$25,006.68**;

   B. Stub rent for January 19-31, 2020, in the amount of **$4,123.73**;

   C. Post-petition rent for April 2020 in the amount of **$9,648.45**;

   D. 2019 Real property taxes assessed by the City of Warner Robins, Georgia in the amount of **$2,502.95;**

   E. 2019 Real property taxes assessed by Houston County, Georgia in the amount of **$5,789.64**; and

15. KRY further objects to the Notice to the extent the cure fails to include rent of **$9,648.45** due on May 1, 2020, and attorney's fees that Landlord incurred as a result of Debtors' default under the Lease.

WHEREFORE, KRY respectfully requests the following:

    A.    That this Court Order that Debtor's cure amount for KRY is **$47,071.45** as of April 27, 2020, for (i) the pre-petition rent for November and December 2019 and January 1-19, 2020, (ii) post-petition rent for January 20-31, 2020, (iii) post-petition rent for April 2020; and (iv) 2019 City and County real property taxes;

    B.    An Order compelling Debtor to pay May 2020 rent of $9,648.45 if Debtor fails to pay it when due on May 1, 2020;

    C.    Attorneys' fees and expenses; and

    D.    Such other and further relief as this Court deems just.

**EVANS HARRISON HACKETT PLLC**

By: */s/Everett L. Hixson, Jr.*
Everett L. Hixson, Jr.
Georgia Bar No. 358108
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
Telephone: (423) 648-7890
Facsimile: (423) 648-7897
Email: bhixson@ehhlaw.com

*Attorney for Creditor KRY Warner Robins Realty, LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 27, 2020, a copy of the foregoing Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases was electronically filed and served via the Court's ECF filing system upon all parties registered to receive notice and listed on the attached mail notice list. Others listed on the attached mail notice list who do not receive notice of filing by operation of the Court's electronic filing system, and the parties listed below were served a copy of the foregoing Objection via first class U.S. Mail, with adequate postage prepaid.

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Thomas Wayne Dworschak
Office of the U.S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
*Attorney for the U.S. Trustee*

Sarah Robinson Borders
Leia Ashlin Clement Shermohammed
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
*Attorneys for Debtors*

Matthew W. Levin
J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Ste. 450
4401 Northside Parkway
Atlanta, GA 30327
*Attorneys for Debtors*

Jason R. Adams
James S. Carr
Maeghan J. McLoughlin
Eric R. Wilson
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
*Attorneys for the Creditor Committee Of Unsecured Creditors of The Krystal Company, et al.*

Sean C. Kulka
Darryl S. Laddin
Arnall Golden Gregory, LLC
Suite 2100
171 17th Street, NW
Atlanta, GA 30363
*Attorneys for the Creditor Committee Of Unsecured Creditors of The Krystal Company, et al.*

Kurtzman Carson Consultants
222 N. Pacific Coast Highway
Suite 300
El Segundo, CA 90245
*Claims Agent*
*Noticing Agent*

5

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Austin B. Alexander aalexander@balch.com, myoung@balch.com;jolaughlin@balch.com
- Brad Baldwin brad@hmhwlaw.com
- Brian S. Behar bsb@bgglaw.com, jgarcia@bgglaw.com
- William H. Blalock wblalock@smf-law.com, scash@smf-law.com
- J. Steven Bloodworth sbloodworth@bushlawfirm.com
- Sarah Robinson Borders sborders@kslaw.com, cpope@kslaw.com
- Jacob A. Brown jacob.brown@akerman.com, jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
- Joseph J. Burton jburton@mfllaw.com, sbowers@mfllaw.com
- Wade Kyle Cannon wcannon@gearhiserpeters.com, myoung@gearhiserpeters.com
- James S. Carr kdwbankruptcydepartment@kelleydrye.com
- John A. Christy jchristy@swfllp.com, amcrae@swfllp.com
- Leia Ashlin Clement Shermohammed LShermohammed@kslaw.com, jdutson@kslaw.com
- David F. Cooper dcooper@kkgpc.com, sfarland@kkgpc.com
- S. Nathaniel De Veaux ndeveaux@kkgpc.com, kaaron@kkgpc.com
- Frank W. DeBorde fwd@mmmlaw.com, lwolgast@mmmlaw.com
- C. Edward Dobbs edobbs@phrd.com
- Mark I. Duedall Mark.Duedall@bclplaw.com, debbie.hopkins@bclplaw.com
- Erich N. Durlacher edurlach@burr.com, brobinson@burr.com
- Thomas Wayne Dworschak thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
- T. Lawrence Evans levans@olivermaner.com, mboehlke@olivermaner.com
- Ian M. Falcone legalassistant@falconefirm.com
- Jennifer Feldsher jennifer.feldsher@morganlewis.com
- Whitney W. Groff wgroff@law.ga.gov
- Anna Mari Humnicky ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com
- John F. Isbell john@JFI-Law.com
- Steven M. Jampol sjampol@northatlantalaw.net, sengle@northatlantalaw.net
- Leon S. Jones ljones@joneswalden.com, jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
- Walter E. Jones wjones@balch.com, fednoticesatl@balch.com
- Benjamin Keck bkeck@rlklawfirm.com, mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com
- Charles N. Kelley ckelley@kelleyclements.com, twinkler@cummingskelley.com;1663@notices.nextchapterbk.com;3667002420@filings.docketbird.com
- Gerald P. Kennedy gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

- Benjamin S. Klehr bklehr@smallherrin.com, klemons@smallherrin.com
- David S. Klein dklein@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com;1030641420@filings.docketbird.com
- Sean C. Kulka sean.kulka@agg.com
- Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com
- Darryl S. Laddin bkrfilings@agg.com, darryl.laddin@agg.com
- Raymond H. Lemisch rlemisch@klehr.com, afoody@klehr.com
- Matthew W. Levin mlevin@swlawfirm.com, fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com
- T. Charlie Liu charlie.liu@morganlewis.com
- Roy E. Manoll kdd@fbglaw.com
- Michael E. Mayo mayo@mayohill.law, sherrie@mayohill.law
- Gai Lynn McCarthy gmccarthy@kppblaw.com, gaimccarthy@gmail.com
- Leah Fiorenza McNeill Leah.Fiorenza@bclplaw.com, debbie.hopkins@bclplaw.com
- David J. Merbaum dmerbaum@mbpclaw.com, abecker@mbpclaw.com;dmerbaum@bellsouth.net
- Evan T. Miller emiller@bayardlaw.com, lmorton@bayardlaw.com
- Mississippi Power Company vcstaten@southernco.com
- Victor W. Newmark bankruptcy@evict.net, vnewmark@evict.net
- Office of the United States Trustee ustpregion21.at.ecf@usdoj.gov
- Lisa M. Peters lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com
- Stephen B. Porterfield sporterfield@sirote.com
- Sarah T. Reise reises@ballardspahr.com, southerlandl@ballardspahr.com;LitDocket_East@ballardspahr.com
- Thomas D. Richardson TRichardson@Brinson-Askew.com, Tdr82454@gmail.com
- Christopher S. Roberge croberge@boselaw.com, eroberge@boselaw.com;kroberge@boselaw.com
- Michael D. Robl michael@roblgroup.com
- Paul M. Rosenblatt prosenblatt@kilpatricktownsend.com
- William A. Rountree wrountree@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;dlamonte@rlklawfirm.com
- David S. Rubin David.Rubin@butlersnow.com
- Andres H. Sandoval andres.sandoval@usdoj.gov, charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov
- Gus H. Small gsmall@smallherrin.com, klemons@smallherrin.com
- Robert J. Solomon rsolomon@sb-law.com, mlee@sb-law.com;efc-sblaw@sb-law.com;mabedinzadeh@sb-law.com;mflower@sb-law.com
- Shayna M. Steinfeld shayna@steinfeldlaw.com
- Michael Charles Sullivan msullivan@phrd.com
- Graham W. Syfert gsyfert@soudlawfirm.com, graham@syfert.com
- Ronald M. Terenzi rterenzi@tcpclaw.com, cgoldstein@tcpclaw.com
- Cater C. Thompson cater.thompson@jonescork.com, stacey.davis@jonescork.com;debi.richards@jonescork.com

- Ryan David Thompson rthompson@maynardcooper.com, rcthomps@samford.edu
- Hannah Leah Uricchio uricchio.hannah@pbgc.gov, efile@PBGC.gov
- Kelly E. Waits kwaits@burr.com
- Thomas R. Walker thomas.walker@fisherbroyles.com
- C. Brent Wardrop brent.wardrop@qpwblaw.com
- Jason H. Watson jwatson@mmmlaw.com
- Erin A. West ewest@gklaw.com, elewerenz@gklaw.com;kboucher@gklaw.com
- J. Robert Williamson rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com
- Stuart Freeman Wilson-Patton agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov
- Adolyn C. Wyatt awyatt@burr.com, brobinson@burr.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Jason R. Adams
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178


Andrew J Becker
Merbaum & Becker, P.C.
Suite 284
5755 North Point Parkway
Alpharetta, GA 30022

Christopher L. Carter
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

John M Craig
Law Firm of Russell R Johnson III PLC
14890 Washington Street, First Floor
Haymarket, VA 20169

8

Paul J. Delcambre
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501-1931

Michael DiGiacomo
Ballard Spahr LLP
1 E. Washington St
Suite 2300
Phoenix, AZ 85004

F.E. (Gene) Montgomery - Mont-Js', LLC
1002 Choctaw Ridge Nort 61
Prattville, AL 36067

Craig Solomon Ganz
Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004

Eric S. Goldstein
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

David W. Houston
Burr & Forman LLP
222 Second Ave. South
Suite 2000
Nashville, TN 37201

Thomas B. Humphries
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. BOX 55727
Birmingham, AL 35255-5727

Tiffany Johnson Cole
Lee County Revenue Commissioner
215 Sout 9th Street
PO Box 2413
Opelika, AL 36803

Maeghan J. McLoughlin
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Ashley S. Nunneker
Stokes Wagner, ALC
One Atlantic Center, Suite 2400
1201 W. Peachtree Street
Atlanta, GA 30309

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
Suite 2200
112 E. Pecan Street
San Antonio, TX 78205

UnitedHealthcare Insurance Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Sabin Willett
Morgan, Lewis & Bockius LLP
One Federal St.
Boston, MA 02110

Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

This 27th day of April, 2020.

**EVANS HARRISON HACKETT PLLC**

By:/s/*Everett L. Hixson, Jr.*
Everett L. Hixson, Jr.
Georgia Bar No. 358108
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402

10