THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-61065 (PWB) |
| THE KRYSTAL COMPANY, *et al*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | Jointly administered |

## SUPPLEMENTAL LIMITED OBJECTION OF ALETHEIA MARKETING AND MEDIA, LLC TO THE DEBTORS' PROPOSED CURE AMOUNT

**COMES NOW,** Aletheia Marketing and Media, LLC ("Aletheia"), a creditor of The Krystal Company, and files this Supplemental Objection to the Cure Amount of Aletheia Marketing and Media, LLC in response to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Doc. 310] (the "Cure Notice") and states as follows:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334.

2. This is a core proceeding under 28 U.S.C. § 457(b).

3. On January 19, 2020 (the "Petition Date"), Debtors filed their petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

4. On February 12, 2020, Debtors filed a motion to sell their assets under section 363 of the Code [Doc. 148] (the "Sale Motion").

5. On March 4, 2020, the Court entered an order approving the bidding and sale procedures requested by Debtors in their Sale Motion [Doc 227] (the "Procedures Order").

6. On April 7, 2020, the Debtors filed the Cure Notice, which provided the Debtors' estimation of cure costs for each executory contract and unexpired lease which the

Debtors may assume and assign.

7. In Exhibit A to the Cure Notice, the cure amount for Aletheia is listed on page 2 of 28 in the amount of $26,878.50. Aletheia objects to this cure amount as it is incorrect. On the Petition Date, Aletheia was owed $634,961.03 pursuant to the terms of its contract, all as more fully set forth in the proof of claim filed by Aletheia on or about March 17, 2020 (the "PoC"). A true and correct copy of the PoC is attached hereto and incorporated herein by reference.

WHEREFORE, Aletheia respectfully requests the following:

a. That this Court increase Debtors cure amount for Aletheia to $634,961.03.

b. That this Court order Debtors to change the cure amount for Aletheia to $634,961.03 in the documents provided to potential purchasers of Debtors' assets; and

c. Such other and further relief as this Court deems just.

Dated: April 28, 2020

/s/ A. Christian Wilson, Esq.
A. CHRISTIAN WILSON
Attorney for Aletheia
State Bar Number: 357811
SIMPSON, UCHITEL & WILSON, L.L.P.
One Ameris Center, Suite 1100
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421
cwilson@suwllp.com

## CERTIFICATE OF SERVICE

      I certify that the foregoing was served on April 28, 2020, in accordance of the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure by using the Court's CM/ECF system, which generates an electronic notice of filing to all parties registered to receive notices thereby.

      /s/ A. Christian Wilson, Esq.
      A. CHRISTIAN WILSON

SIMPSON, UCHITEL & WILSON, L.L.P.   Attorney for Aletheia
One Ameris Center, Suite 1100   State Bar No: 357811
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421
cwilson@suwllp.com

      ACW/kep