UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE KRYSTAL COMPANY | ) | CASE NO. 20-61065-PWB |
| | ) | CHAPTER 11 |
| Debtor | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Scott B. Riddle, Esq. and the Law Office of Scott B. Riddle, LLC, as local counsel for PHSK, LLC, file this Entry of Appearance and Request for Notices. All pleadings, notices and other documents should be forwarded to the following address:

> Scott B. Riddle, Esq.
> Law Office of Scott B. Riddle, LLC
> Suite 1800 Tower Place
> 3340 Peachtree Road NE
> Atlanta, Georgia 30326
> Phone: 404-815-0164
> Fax: 404-815-0165
> E-mail: scott@scottriddlelaw.com

This 28th day of April 2020.

By:_____/S/_____
Scott B. Riddle, Esq.
GA Bar No. 604855

Law Office of Scott B. Riddle, LLC
Suite 1800 Tower Place
3340 Peachtree Road NE
Phone: 404-815-0164
Fax: 404-815-0165
E-mail: scott@scottriddlelaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have caused this day to be served a true and correct copy of the foregoing **Entry of Appearance** by depositing same in United States Mail in a properly addressed envelope with adequate postage thereon to:

Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Sarah Robinson Borders**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

This 28th day of April 2020.

_____/S/_____
Scott B. Riddle, Esq.