

20-61065

May 1, 2020

Clerk
U.S. Bankruptcy Court Ste 1340
75 Ted Turner Drive
Atlanta, GA 30303

To Whom It May Concern:

I wish to file an objection to the motion to extend the order for the Krystal Company, et al to assume or reject unexpired leases of non-residential real property through and including August 16, 2020 (Docket No. 315).

I am the landlord for the Krystal store located at 5219 Clinton Hwy in Knoxville, TN. I certainly empathize with tenants everywhere that have the added burden of financial survival during these days of Coronavirus. However, quick service restaurants like Krystal are actually faring well since they offer drive-thru service and curbside pickup.

I have a mortgage to pay and my bank is working with me until June to defer payments. I was willing and prepared to offer similar terms to Krystal however no one has returned my repeated calls or emails.

I was not expecting the company to push their motions out to August. The request seems excessive and opportunistic. Tennessee is one of the first states in the country to reopen. Business should start to improve. Krystal's rent is very low to begin with. I request they keep to the original motions schedule for May 12th.

Sincerely,

Douglas P. Aronson
Tenn Partners, LLC
828 Coverdale Lane
Virginia Beach, VA 23452

Cc: Sarah R. Borders
    King & Spalding LLP



Tenn Partners LLC
828 Coverdale Lane
Virginia Beach, VA 23452

RICHMOND VA 230

01 MAY 2020 PM 3 L





Clerk of Court
U.S. Bankruptcy Court Ste 1340
75 Ted Turner Drive
Atlanta, GA 30303

30303-336799