## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

THE KRYSTAL COMPANY, et al.,

DEBTORS.

CHAPTER 11

CASE NO. 20-61065-PWB

(Jointly Administered)

### JOINT STIPULATION REGARDING PRE-PETITION CLAIM OF GAM DEVELOPMENT, LLC AND DEADLINE TO FILE THE SAME

**NOW COME** The Krystal Company ("Debtor") and GAM Development, LLC., ("GAM"), a landlord in the above-styled jointly administered bankruptcy case, Case No. 20-61065-pwb ("Case"), and file this Joint Stipulation regarding GAM's pre-petition claim: GAM shall have through and including June 15, 2020, to file its pre-petition claim in the Case.

This 19th day of May 2020.

**Small Herrin, LLP**
Counsel to GAM Development, LLC

By: ___/s/ Anna M. Humnicky___
        Gus H. Small
        Georgia Bar No. 653200
        Anna M. Humnicky
        Georgia Bar No. 377850

2727 Paces Ferry Rd.
Building Two, Suite 200
Atlanta, GA 30339
(770) 783-1800
gsmall@smallherrin.com
ahumnicky@smallherrin.com

**KING & SPALDING LLP**
*Counsel for the Debtor in Possession*

By: /s/ Sarah R. Borders
        Sarah R. Borders
        Georgia Bar No. 610649
        Jeffrey R. Dutson
        Georgia Bar No. 637106
        Leia Clement Shermohammed
        Georgia Bar No. 972711

1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

4853-0430-1244, v. 3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

THE KRYSTAL COMPANY, et al.,

    DEBTORS.

CHAPTER 11

CASE NO. 20-61065-PWB

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, ANNA M. HUMNICKY, certify that I am over the age of 18 and that on May 19, 2020, I served copies of the foregoing **JOINT STIPULATION REGARDING PRE-PETITION CLAIM OF GAM DEVELOPMENT, LLC,** by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed document and an accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: May 19, 2020.

**Small Herrin, LLP**
Counsel to GAM Development, LLC

By:   /s/ Anna M. Humnicky
         Gus H. Small
         Georgia Bar No. 653200
         Anna M. Humnicky
         Georgia Bar No. 377850

2727 Paces Ferry Rd.
Building Two, Suite 200
Atlanta, GA 30339
(770) 783-1800
gsmall@smallherrin.com
ahumnicky@smallherrin.com