**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF PUBLICATION OF NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM IN THE CHARLOTTE OBSERVER, THE WALL STREET JOURNAL, THE BIRMINGHAM NEWS, THE ATLANTA JOURNAL-CONSTITUTION, THE FLORIDA TIMES-UNION, THE STATE, AND THE TENNESSEAN**

This Affidavit of Publication includes the sworn statements verifying that the Notice of Sale and Deadline for Filing of Proofs of Claim was published and incorporated by reference herein as follows:

1. In *The Charlotte Observer* on May 8, 2020, attached hereto as **Exhibit A**;
2. In *The Wall Street Journal* on May 9, 2020, attached hereto as **Exhibit B**;
3. In *The Birmingham News* on May 10, 2020, attached hereto as **Exhibit C**;
4. In *The Atlanta Journal-Constitution* on May 11, 2020, attached hereto as **Exhibit D**;
5. In *The Florida Times-Union* on May 11, 2020, attached hereto as **Exhibit E**;
6. In *The State* on May 11, 2020, attached hereto as **Exhibit F**; and
7. In *The Tennessean* on May 11, 2020, attached hereto as **Exhibit G**.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

# EXHIBIT A

The Charlotte Observer
charlotteobserver.com
LakeNorman MAGAZINE | MAGAZINE | Carolina Bride | CLT Digital

# AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification |
|---|---|---|
| 286499 | 0004641415 | |

**Attention:** Pete Egloff

MILLER LEGAL SERVICES
220 W 42ND ST, 12TH FLOOR
NEW YORK, NY 10036

North Carolina } ss

Mecklenburg County }

Before the undersigned, a Notary Public of said County and State, duly authorized to administer oaths affirmations, etc., personally appeared, being duly sworn or affirmed according to law, doth depose and say that he/she is a representative of The Charlotte Observer Publishing Company, a corporation organized and doing business under the laws of the State of Delaware, and publishing a newspaper known as The Charlotte Observer in the city of Charlotte, County of Mecklenburg, and State of North Carolina and that as such he/she is familiar with the books, records, files, and business of said Corporation and by reference to the files of said publication, the attached advertisement was inserted. The following is correctly copied from the books and files of the aforesaid Corporation and Publication.

1 Insertion(s)

Published On:
May 08, 2020

Cherri St. Foster
Cherri Foster, Regional Office Associate

In Testimony Whereof I have hereunto set my hand and affixed my seal on the 8th day of May, 2020

Judith M. Sears
Electronic Notary Public State of North Carolina

My Commission Expires May 17, 2021

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

In re: ) Chapter 11
THE KRYSTAL COMPANY, *et al.*,[1] ) Case No. 20-61065 (PWB)
Debtors. ) (Jointly Administered)

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim.** Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time.**

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

# State rejects change to high school senior grading policy

BY T. KEUNG HUI
khui@newsobserver.com

North Carolina high school seniors will not have the option to choose regular grades this semester instead of only pass or withdrawal grades.

The State Board of Education voted 8-3 on Thursday to stand by its March decision, amid the coronavirus pandemic, to only give seniors a "PC19" or "WC19" grade for the spring semester that won't be counted in their grade-point-average. Most board members said it was too late to change, especially considering how some seniors have already graduated.

"It's the right thing for us to stay the course and move on with this,' said state board member J. Wendell Hall. "It's hard, it's hard. But it's a decision that has to be made."

But dissenting board members said seniors deserve the option to choose a regular grade to try to improve their GPA. Seniors who had taken Advanced Placement, International Baccalaureate and Honors courses this spring to boost their GPA will lose that advantage.

"These students have gone above and beyond what's expected and they just want to see that on a simple piece of paper," said state board member Amy White. "The cohort of students who deserve this choice are the very ones who know that hard work matters. They know that recognition matters."

### SENIORS LOBBIED FOR GRADING CHANGE

The vote came after seniors and their parents sent many emails asking state board members to reconsider their March decision. They wanted the same option being given to students in grades 9-11 to choose regular grades or the pass/withdrawal grades.

Yvonne Honza, whose daughter is a senior at Perquimans County High School, expressed disappointment Thursday and said she's considering seeking legal action. She said awards that high schools give won't be an accurate representation since they'll only be based on how seniors were doing through the fall semester.

"Who's to say my daughter, or any other student, wouldn't have earned a high enough GPA to earn certain honors after their spring semester classes were calculated?" Honza said in an email Thursday.

Seniors will get a passing grade for a course if they were passing as of March 13 — the last day before schools were closed to try to slow the spread of COVID-19, the disease caused by the coronavirus.

Deputy Superintendent David Stegall said the grading policy was recommended to help ease the anxiety of seniors worried about graduating.

Education officials said seniors who've graduated, such as those at early colleges or who left to join the military, would be disenfranchised by a policy change. White asked about letting those graduates change their grades, but she was told it would be hard reaching some of them now.

### BOARD MEMBERS SAY TOO LATE TO CHANGE DECISION

"Six weeks ago we made the best decision we could on March 27 based on the situation at that time," said state board member Jill Camnitz. "Seniors across the state then made their own individual choices to continue instruction or not depending on their circumstances.

"To change the rules right now would be unfair to many who made their decision based on the policy we approved and they would have no way to revisit their decision or to get those six weeks back."

But Lt. Gov. Dan Forest said not counting the spring semester grades in the GPA will hurt seniors who want to raise their class rank, get a scholarship or go to college out of state.

"This to me is a no-brainer as it does nothing to hurt a student but can definitely make all the difference in an already hectic end of high school careers for those students who want the grade they earned," Forest said in a statement read by White at the board meeting.

Forest is a state board member but cited scheduling conflicts for not attending Thursday. Forest, a Republican, is running this fall against Democratic Gov. Roy Cooper.

Three board members appointed by former Republican Gov. Pat McCrory voted for the change, while seven members appointed by Cooper voted to stand by the March decision.

*T. Keung Hui: 919-829-4534, @nckhui*

FROM PAGE 1A

# PHASE

statewide order.

### WHAT SAFETY STEPS WILL STORES NEED TO TAKE?

Businesses can operate at 50% capacity instead of the current 20% capacity. Social distancing of 6 feet between people and cleaning measures are required.

### CAN I GO TO RESTAURANTS AND BARS?

Only for take-out and curbside pickup. Dining rooms remain closed until Phase 2 can begin, which could be as soon as May 22.

### WHAT ABOUT WORSHIP SERVICES?

Worship services of more than 10 people are allowed only if held outside and social distancing is followed.

### DO I NEED TO WEAR A MASK?

You are not required to wear a mask, but it is strongly recommended, as masks help reduce the spread of COVID-19, the disease caused by the new coronavirus. Health officials suggest wearing a cloth face covering, which can be made at home. Some retail stores have required shoppers to wear masks, such as The Fresh Market and Costco.

### HOW MANY PEOPLE CAN GET TOGETHER?

Gatherings of 10 or less are allowed, outside. No big graduation or other events allowed.

### WHAT CAN I EXPECT AT COUNTY PARKS?

Parks and their parking lots are open, but visitors should practice social distancing and avoid groups larger than 10. Masks are recommended when out in public, especially where social distancing can't be followed, parks officials said.

Group sports are not allowed, and people may find it's "self-service" only when they visit a boat ramp or other park amenity, with no staff. While tennis courts and golf courses remain open, playgrounds and restrooms are still closed.

The U.S. National Whitewater Center is restarting some activities, such as mountain biking, stand-up paddle boarding and kayaking. Its outdoor gear store will also open, as well as the trail and kayak centers, and food and beverages will be available to-go.

### ARE HAIR SALONS AND BARBERSHOPS OPEN?

Not yet. Businesses like hair and nail salons are included in reopenings in Phase 2, with reduced capacity and special social distancing measures. Phase 2 won't start until a minimum of two weeks after Phase 1.

### WILL MY KIDS HAVE TO GO BACK TO SCHOOL?

No. All N.C. public schools will reopen Aug. 17, adding five days to the school year as part of a COVID-19 response plan signed by Cooper.

### CAN I TAKE MY KID TO DAYCARE?

Childcare centers that follow strict cleaning requirements can open during Phase 1 for working parents or for those parents who are looking for work. Prior to Phase 1, childcare centers have only been open for parents who are essential workers.

### ARE GYMS OPEN?

No. Gyms can open on a limited basis under Phase 2.

### CAN I LOOK AT HOUSES FOR SALE OR SELL MY HOUSE?

You can conduct real estate transactions so long as other guidelines are followed, such as limits on gatherings of more than 10 people. That means some open houses may not be possible, but you could set up a private showing.

### ARE VAPING AND TOBACCO STORES OPEN?

They can reopen in Phase 1.

### ARE MOVIE THEATERS AND ENTERTAINMENT VENUES OPEN?

No. Event venues can reopen at limited capacity in Phase 2. However, Blumenthal Performing Arts has suspended all public shows and events through July 7 at its venues: Belk Theater, Booth Playhouse and Stage Door Theater at Blumenthal Performing Arts Center; McGlohon Theater and Duke Energy Theater at Spirit Square; and Knight Theater.

### ARE MAJOR SPORTS VENUES OPEN?

Venues can reopen at limited capacity in Phase 2.

Charlotte Motor Speedway's NASCAR Coca-Cola 600 scheduled for May 24 will take place without spectators and be broadcast on FOX at 6 p.m. The May 23 Alsco 300 NASCAR Xfinity Series Race has been postponed to May 25 and will take place without spectators. It will be broadcast live on FS1 at 7:30 p.m. and on PRN affiliate radio networks. Check the website for other race changes.

### CAN I VISIT RELATIVES IN A NURSING HOME OR JAIL?

Unlikely. To prevent the spread of COVID-19, North Carolina Department of Health and Human Services recommends all facilities that serve as residences for people at high-risk not allow visitors unless it is an end-of-life visit.

### WILL OFFICES OPEN?

The state is still continuing to encourage remote work when possible, but more businesses are allowed to open under Phase 1. Many Charlotte-area companies are continuing their work-from-home policies. Mecklenburg County officials said workplaces must follow rules similar to retail requirements — keeping employees 6 or more feet apart, disinfecting high-touch areas and encouraging workers to wear masks, if appropriate.

### IS THE DMV OPEN?

Yes, but you may be able to do your business online. Cooper also has extended the expiration date on more than two dozen DMV credentials, waiving penalties for a late registration renewal in March or April. The five-month extension applies to any credential that expires on or after March 1, and before Aug. 1.

### WHAT SHOULD I KNOW IF I'M GOING TO THE AIRPORT?

Airlines have slashed many flights as demand plummets, so check with your airline before you travel. Many carriers, including American Airlines, Delta and United, are requiring customers to wear masks on the flight. For up-to-date information on recommendations for travel, visit the CDC's website.

### WHAT ABOUT THE BUS OR LIGHT RAIL?

To maintain low ridership and encourage social distancing, CATS is urging the public to only ride transit for life-sustaining trips to access food, medical facilities/pharmacies or essential places of employment. All riders are asked to wear non-surgical cloth face coverings. Riders should only sit in seats noted by a floor marker.

Buses will accommodate loads of no more than 20 riders at once. CATS has been operating on a temporary modified schedule seven days-a-week, fare free, until further notice. Check the website for updates.

*Observer reporters Joe Marusak and Hannah Smoot, and Raleigh News & Observer reporter Brooke Cain, contributed to this report.*

FROM PAGE 1A

# TESTS

navirus benchmarks, including the percentage of positive test results, hospitalizations and deaths.

The first tier, or priority group, has already been eligible for coronavirus testing. Harris said this segment includes individuals with moderate to severe coronavirus symptoms, as well as those who are ages 65 and older with underlying health conditions. The group also includes health care workers in nursing homes and long-term care facilities, first responders, and people who may have been exposed to the virus based on contact tracing investigations.

Harris said testing will encompass the second priority group within the next two weeks. That covers adults and children with mild COVID-19 symptoms, and those with a medium to high risk of exposure to the coronavirus.

The third priority group will have access to testing within two weeks of North Carolina entering Phase 2 of Cooper's reopening plan, which could begin as early as May 22. Harris said individuals who "support critical infrastructure" could be eligible for testing, as well as those who are asymptomatic.

"The logistics of the plan are still being worked out," Harris said.

But the health director says she's relying on a combination of "high-volume," and "low-volume" providers to make the strategy effective. Beyond Atrium Health and Novant Health, that also means enlisting testing capacity from community health clinics and private providers, Harris said.

The greater Charlotte area is not expected to reach its coronavirus "peak" until mid-July, when a possible surge in cases could overwhelm hospital resources, officials said. The later date, originally projected to be sometime between mid-April and mid-May, is a result of Mecklenburg residents successfully "flattening the curve" — effectively, spreading infections over a longer time period.

In the last 14 days, Harris said, hospitalizations have decreased in the region's acute care facilities and fewer patients are requiring ventilators.

"There's still significant capacity in the hospitals at this point," Harris said. "I don't think we're going to be in a position where 100% of our beds are filled and it sneaks up on us."

### FROM 3 TO 700+ DAILY TESTS

As the coronavirus outbreak began in North Carolina in March, the state Department of Health and Human Services put forth strict testing criteria, reflecting severely limited supplies of test kits and personal protective equipment for health care workers.

Initially, testing was only available to people who had a fever or lower respiratory symptoms — and who had traveled to a location of a known outbreak or come into close contact with someone already infected with COVID-19. Once those criteria were met, people needed to first test negative for the flu before becoming eligible for a coronavirus test.

In the last two months, the testing landscape has changed dramatically.

In a startling acknowledgment of scarce resources, Harris revealed on March 13 that Mecklenburg was receiving three test kits from the state. At the time, there were 15 confirmed cases statewide, with just one in Mecklenburg.

"We're doing the best we can ... ," Harris had told reporters. "We really do not have the information we need to say what the total extent of the issue is in Mecklenburg County right now."

In late March, state health officials said people with only mild COVID-19 symptoms should stay home and skip testing in an effort to stop the virus' spread and conserve limited supplies.

Limits on testing mean the numbers of COVID-19 cases reported by the county "only represent a fraction of the true burden of COVID-19 in our community," the public health department has said.

Harris has repeatedly said Mecklenburg adheres to a "judicious" testing approach, emphasizing the county lacks the capacity to pursue widespread coronavirus screening.

But in recent weeks, Harris has also guaranteed that all residents who need to be tested — particularly, those with severe symptoms and most at risk for contracting COVID-19 — would be tested.

Both private labs, such as the North Carolina-based LabCorp, and hospital labs have ramped up testing capacity.

As testing expanded in mid-April, Atrium Health and Novant Health launched mobile testing sites to reach minority communities in Charlotte. Some elected officials have intensely criticized early decisions on testing site locations, saying some of the most vulnerable neighborhoods were initially neglected even as data showed black residents were disproportionately impacted by the virus.

Public health officials say increased testing is crucial to reopening businesses and loosening social distancing restrictions. The state aims to administer between 5,000 and 7,000 tests daily.

*Alison Kuznitz: 704-358-5474, @AlisonKuznitz*

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim.** Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

# EXHIBIT B

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for Southern distribution for

1 insertion(s) on the following date(s): MAY- 09-2020;

ADVERTISER: THE KRYSTAL COMPANY;

and that the foregoing statements are true and correct to the best of

Sworn to
before me this
11 day of May
2020

Notary Public



ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

AVIATION

30% LESS THAN JET CARDS & FRACTIONAL OWNERSHIP.

100% MORE PEACE OF MIND.

IN THESE UNSETTLING TIMES, YOU'RE LOOKING FOR SOLUTIONS.

WHEN IT COMES TO PRIVATE TRAVEL, TURN TO UNITY JETS.

TRIP-BY-TRIP SOLUTION

LEADING SAFETY STANDARDS

NO MEMBERSHIP FEES

NO 7.5% FET TAX THROUGH 2020

UNITYJETS

888.758.5387 | UNITYJETS.COM

AUCTIONS

AUCTION WITHOUT RESERVE

SATURDAY, MAY 23 | 11 AM

UPDATED 3/3 IN PARK PLACE

Just Renovated | Great Opportunity West of U.S. 41

730 SOUTHERN PINES DR, NAPLES, FL

PREVIEWS EVERY WEEKEND

SAT & SUN | 1-4 PM

REMOTE BIDDING AVAILABLE

844.94.ELITE

EliteAuctions.com

ELITE AUCTIONS®

America's Fastest-Growing Private Companies Inc. 5000

This property is listed for sale by licensed real estate agent Mary Charters (LIC #SL32225494) of Keller Williams Realty Naples (LIC # CQ1040696), PH: 239-450-5698. Elite Auctions is a marketing service provider for auctions and is not a licensed real estate broker. The auction services referred to herein are not available to residents of any state where prohibited by applicable state law. Elite Auctions, its agents and affiliates, broker partners, auctioneer, and sellers do not warrant or guarantee the accuracy or completeness of any information and shall have no liability for errors or omissions or inaccuracies under any circumstances in this or any other property listings or advertising, promotional or publicity statements and materials. This is not meant as a solicitation for listings. Brokers are protected and encouraged to participate. All bidders are required to pre-register for each property auction in accordance with the Terms and Conditions. Equal Housing Opportunity. James Gall, Jr., is a licensed FL auctioneer (#AU-2). Elite Auctions is a licensed Florida auction business AB3687.

NOTICE OF SALE

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

In re: THE KRYSTAL COMPANY, *et al.*,[1] Debtors. ) Chapter 11, Case No. 20-61065 (PWB) ) (Jointly Administered)

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim.** Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

ANNOUNCEMENTS

**$33M at 1.686% to Medical Group for Building Loan**

The loan was fixed for 10 years without personal guarantees. It paid more than $10M in cash out to the doctors. The financing also reduced the bloated equity to ease partner buy-ins and buyouts. Contact for more info.

smadden@cmacpartners.com

**Do your Kids need help with Math?**

APlusTutorsoft is accessible online 24/7, Program is designed for children struggling with Math; Level K-Algebra I. Family Math Packages 1-10 students. Makes Learning math fun and easy! www.aplustutorsoft.com Use Promo code **365tutor** for 20% discount, No space for promo code means no discount but enter 365tutor at end of last name to qualify for laptop drawing. Then email us at ***kidsscholasticcares@gmail.com*** with name, address, phone, # kids enrolled in Aplus. Receive 1 entry per student enrolled.

BUSINESS OPPORTUNITIES

INVESTMENT OPPORTUNITY

Earn Consistent, Targeted Returns

8-12% ANNUALLY

Secured, First Lien Mortgages

- Monthly Dividends
- 7 Yr. Average: 10.44%

*Past performance not an indicator of future results. Visit website for details & disclosures.*

www.LYNKCapital.com (844) 489-8454

**Partner** wanted for established quality sanitary manufacturing business. Internet and traditional marketing experience needed to monetize many domains and to meet growing worldwide demand for patented proprietary product line -- www.toilets.com www.disasterrelief.com www.handsanitizers.com

See Products: www.toilet.org Earl: 800-521-6310

**Investors Wanted**

An exclusive breeder of non-GMO soybeans is looking for investors concerned about sustainable food safety. We are an agricultural R&D company using only traditional plant breeding practices to develop new soybean genetics. We are the first step in a food chain improving the health and well-being of consumers worldwide.

To learn more, contact Joe at 507-220-0107

**SOLAR COMPANY**

wishes to employ independent lead generators to provide warm transfers to their inbound call room

Please Respond To John Livingston ☞ 727.851.9500

**Seeking Partner**

For A.I. related mobile app. Experience in real estate a plus.

Please email: k8s.techteam@gmail.com

For Addt'l Info

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit: wsj.com/classifieds

© 2020 Dow Jones & Company, Inc. All Rights Reserved.

## BUSINESS & FINANCE NEWS

# Former Goldman Banker Takes on Climate Change

By Scott Patterson

COLE WILSON/BLOOMBERG NEWS

Robert Litterman says fossil-fuel incentives are wrongheaded.

When he managed billions of dollars for **Goldman Sachs Group** Inc., Robert Litterman used sophisticated mathematical models to control risk. Now he is advising the government, and he believes it isn't doing enough to avoid serious losses, including taking drastic steps to deal with the coronavirus pandemic.

The coronavirus crisis shows the cost of failing to properly assess risks. "It's a perfect example of when you have a risk-management problem—it's urgent, you don't know how much time you have," Mr. Litterman said. "With coronavirus, we wasted so many weeks."

Mr. Litterman, 68 years old, left Goldman a decade ago and now chairs a group working on the risks of climate change for the Commodity Futures Trading Commission. While he doesn't invest for Goldman anymore, he is betting his personal cash that the world will more rapidly address the risks. "We've got to slam on the brakes" on carbon emissions, he said. "It's way past time."

In March, he testified before a congressional committee looking into the economic impact of global warming. Mr. Litterman told Congress that his analysis of the issue, partly based on models he used to manage risk in financial markets, shows failure to act quickly could result in a "tragic and potentially catastrophic mistake." The way to offset that risk, he says, is to rapidly decrease emissions of carbon dioxide, a key greenhouse gas.

Rostin Behnam, the CFTC commissioner who launched the climate-change group, said he chose Mr. Litterman to lead the effort because of his "gravitas on financial markets" and experience in the economics of global warming.

One way to curb fossil-fuel emissions, Mr. Litterman says, is through a carbon-tax proposal named after two former Republican secretaries of state, James Baker and George Shultz. The Baker-Shultz plan envisions a $40 per ton tax that would increase every year by roughly 5%. Money collected would be returned to U.S. citizens at a rate of $500 per person a year. A goal of the tax—which Mr. Litterman thinks might be too low—is to affect incentives for consumers, business owners and investors, possibly changing their behavior. A higher price for gasoline could prompt people to drive less, and they might purchase an electric car instead of an SUV. Businesses might switch to solar- or wind-generated electricity.

Incentives granted the fossil-fuel industry today, such as state-sponsored subsidies, are wrongheaded, Mr. Litterman said. He concedes that the current economic downturn likely makes a tax on fossil fuels politically unpalatable. President Trump has long played down the risk of global warming. His administration has rolled back rules to curb carbon emissions, such as restrictions on coal-fired power plants.

Mr. Litterman is putting his money where his mouth is. After leaving Goldman, he helped found a New York trading firm, Kepos Capital, that is planning a fund that will invest in assets related to a rapid transition to a low-carbon economy.

In his personal account, Mr. Litterman says he owns a derivative constituting a bet that one basket of stocks—coal, tar sands and oil companies—will underperform the broader market. He says the stranded-asset total return swap has gained about 13% this year as oil prices slumped world-wide. So-called stranded assets are fossil fuels some expect will be left in the ground as the world shifts toward renewable-energy sources, such as solar and wind.

Mr. Litterman enjoyed a storied career at Goldman. As head of a giant quantitative investment team that used mathematical models to buy and sell assets, he helped manage billions of dollars' worth of investments for Goldman.

After leaving Goldman, Mr. Litterman began meeting with people in the environmental community, and joined the board of the World Wildlife Fund. He agreed about the risk of climate change but thought the potential cost wasn't being properly calibrated. "No one knew where to price the risk. I took that as a challenge."

Mr. Litterman started applying methods he had used to assess risk on Wall Street. Many conventional models of climate change, including other carbon-tax proposals, factor in too much certainty into future outcomes, he said. Because of that, they don't apply a high enough price on carbon right now.

Instead, the models should take into account periods of extreme volatility in global circumstances—just like the stock market has seen in recent months. The world needs to do the same with climate change, Mr. Litterman argues.

ANDREW KELLY/REUTERS

Losses widened to $4.5 billion for the three months ended March 31, more than double from a year ago.

# Virus Puts Postal Service in Deeper Hole

By Paul Ziobro And Natalie Andrews

A boost in package deliveries won't be enough to offset the steep decline in mail, **U.S. Postal Service** officials said Friday, as they made another plea for federal funding in the face of $22 billion in projected losses due to the coronavirus pandemic.

The Postal Service is petitioning Congress for up to $75 billion in funding to offset losses, modernize operations and for additional borrowing capacity. The agency received a $10 billion Treasury loan in the first coronavirus stimulus bill. President Trump has said he wouldn't authorize the loan unless the Postal Service raises the rates it charges to deliver packages for customers like Amazon.com Inc.

The pandemic has caused a jump in online shopping that is boosting the Postal Service's package business. But mail, which is the agency's more profitable segment, has suffered significant declines, and officials project that volume will fall more than 50% over the next few months, according to people familiar with the matter.

"The stark reality is that the pandemic will cause meaningful near-term and long-term implications from the steep decline in revenue we will suffer this year and in the coming years that endanger our ability to fulfill our universal service mission absent congressional intervention," said Megan Brennan, the outgoing postmaster general, on Friday during a meeting of the agency's governing board.

Providing emergency aid to the Postal Service is a priority for House Speaker Nancy Pelosi (D., Calif.) in the next round of coronavirus legislation, and the agency also has bipartisan support in the Senate. Still, aid for the Postal Service faces resistance from some GOP lawmakers, including Senate Majority Leader Mitch McConnell (R., Ky.).

The impact of the pandemic wasn't fully reflected in the Postal Services' latest quarterly report, which showed revenue up 2% to $17.8 billion in the three months ended March 31.

Package revenue rose 7.1% on a late jump in online orders during the last half of March. Business picked up from large customers, like Amazon.com, FedEx Corp. and United Parcel Service Inc., due to capacity constraints in their networks.

First-class mail revenue rose 1.4% in the March quarter, helped by an increase in mailing tied to the U.S. Census. The Postal Service's loss widened to $4.5 billion in the period, more than double the $2 billion loss a year ago. Excluding uncontrollable expenses, the loss was $792 million, down slightly from a year earlier.

While online shopping is expected to remain high, the Postal Service expects that is likely going to plateau and later decline due to the weakened U.S. economy, where unemployment has increased to nearly 15%.

# EXHIBIT C

AL.ABAMA MEDIA GROUP

The Birmingham News

LEGAL AFFIDAVIT

AD#: 0009601037 Total $462.00

State of Alabama,) ss
County of Jefferson)
Catherine Copas being duly sworn, deposes that he/she is principal clerk of Alabama Media Group; that The Birmingham News is a public newspaper published in the city of Birmingham, with general circulation in Jefferson County, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

**The Birmingham News 05/10/2020**

Principal Clerk of the Publisher

Sworn to and subscribed before me this 11th day of May 2020

Notary Public

JUANITA DEPUY MY COMMISSION EXPIRES APRIL 17, 2021 NOTARY PUBLIC STATE OF ALABAMA

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No.20-61065 (PWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim.** Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy

of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

Bham News: May 10, 2020 A9601037-01

## CEMETERY LOTS

**Jefferson Memorial - Trussville**
Serenity Section - Lot 156, 1 & 2
Inclues 1 COMPANION MARKER and openings & closings, $8500 for both
Call 803.507.4691

**Masonic Garden**
Jefferson Memorial
2 plots. $4000 for both.
**Call (205) 542-6058**

**SOUTHERN HERITAGE** Two adjoining plots. Located in desirable Stonewall Jackson Phase I Hilltop Section. Upright headstones permitted.

Retail price for the pair is $19,990! Will sacrifice for only $7,500! AND will pay transfer fee.
Call (612) 751-1428 or email: boblea@comcast.net

**VALHALLA** - 3 Plots, side-by-side. Sec. 15, Block 259, Spaces 1 ,2 & 3 West. Retail $1995 each, will sell ALL THREE for $1800. Call (205) 853-2674

**Writers** -I have collected and saved all of the Birmingham News newspapers since 2016 and many of the Time magazine articles about what hashappened to change our country since the last election. There is more than enough material to write a book.
Call (205) 571-8102 for details.

## BUSINESS OPPORTUNITY

**NOTICE TO READERS:**
To the best of our knowledge all of the ads in this column represent legitimate offerings. The Birmingham News recommends that readers exercise normal business caution in responding to ads.

## APPLIANCES

**Large Capacity DRYERS**
Good condition!! $150 & up
30 day WARRANTY - Call (205) 541-2437

## FARMING MACHINERY

**JOHN DEERE 1025R** LIke new, 73 hours, front end loader, belly mower, & a box blade. 16ft trailer. $14,000 Call (205) 799-5501

## WANT TO BUY

**APPLIANCES - Refrigerators**
GAS & ELECTRIC STOVES, STACKED WASHERS & DRYERS $285 & UP
CALL 205.744.8132 OR 205.613.2999

**Long Needle Pinestraw** $5.50 Bale/Installed. Split Firewood $175 for 2 loads or $100 for 1. Cash Only! Call Pinestraw Man! 205-914-1347

**WANTED FREON R12** . We pay CA$H. R12 R500 R11. Convenient. Certified professionals. (312) 291-9169 RefrigerantFinders.com/ad

## EXERCISE/SPORTS EQUIPMENT

**MULTI-STATION WORKOUT Machine** Olympic style freeweights, benches, dumbells, exercise bikes, punching bags, curl bars & much more! 205.427.4707

## MOTORCYCLES

**2010 Can-Am Spyder RS** Pearl color, 5250 miles, $8,500 Cash ONLY
Call 205.966.7786 No Texts, Please.

**2009 Harley-Davidson FXDL** Low Rider. Very LOW MILES & GARAGEKEPT. Exc. cond./extras. $8900. 205.296.4852

## PERSONAL WATERCRAFT

**2007 SEADOO GTX,** 155HP, low hours, with trailer. $4000.
Call: (205) 612-6164

## RVS AND CAMPERS

**Bring your RV!** Live on Smith Lake all year in Cullman, or unlimited days of use, Newer 20-acre park, large, full hook up sites, boat ramp & dock, laundry room, & pavilions. 5 miles from I-65. Call 256-841-508

**2017 Flagstaff A Frame Hardwall** Camper. 21 ft long, Excellent Condition! Hardly Used! $9000 205.519.5189

**2016 SUNCRUISER, ITASCA** 37-ft, V-10 engine, 3 slides. 7,000 mi. Cherry wood interior. Like New! 5K Watt gen. Reduced! $110K. 205-234-2716

## VEHICLES WANTED

**Buy Junk & Classic CARS (Wrecked or Not Running) & buy Converters ; 205-383-6297 or 205-540-6939**

**SELL YOUR CAR**
Up to **$900!** We handle all title transfers and Requirements
(Varies on vehicle make, model & year)
NO CHARGE FOR TOWING
**205-810-2131**

## LEGALS

LEGAL AD INFORMATION

ON-LINE:
Find daily legal notices from The Birmingham News on-line at: www.al.com

STATEWIDE:
Find public notices from newspapers across the state of Alabama. Notices can be searched by county, keywords, or pub date https://www.alabamapublicnotices.com

TO PLACE LEGAL ADS or for deadline info:
Email: legals@al.com
Call: 205/325-3306
Fax: 205/320-3550

ADVERTISEMENT FOR BIDS
City of Dothan, Alabama
BID#: 20-039

Separate, sealed bids for the " New City of Dothan Operations Center" in Dothan, Alabama, will be received by the Finance Department, Room 213, on the second floor of the Civic Center, located at 126 N. Saint Andrews Street, until 1:30 p.m. on the date of the bid, and then from 1:30 p.m. to 2:00 p.m. bids will be received in Room 203. Final bids must be received before the deadline at 2:00 p.m., May 26th, 2020. Bids will be publicly opened and read aloud in the City Commission Chambers, Room 203, second floor of the Civic Center.
The project work consists of "A New ICC-500 Operations Facility ," located at 201 Kilgore Drive, Dothan, Alabama, 36301, as indicated in the project documents, include partial civil work to be coordinated with the City Engineering Department thereafter a full ground up completed facility.
The Plans, Specifications, and other Contract Documents may be examined at the following:
CITY OF DOTHAN
General Services Department
288 Complex Drive
Dothan, AL 36303
334-615-3400
Bid Documents & Plans be obtained from G. Mark Pepe Architect, 307 W. Adams St, Dothan, AL 36303. Call 334-712-9721. Bidding Documents for all interested bidders may be obtained upon payment of a deposit of $200.00 per set. The deposit will be refunded in full to each prime contractor upon return of the documents in reusable condition within 10 days after bid opening. For non-prime contractors, the deposit shall be refunded less $50.00 to cover the cost of printing, reproduction, handling, and distribution, upon return of the documents in reusable condition within 10 days after bid opening. No partial sets will be sold.
The owner reserves the right to waive any informality or to reject any or all bids.
Prime bidders will be required to attend a mandatory Pre-Bid Conference on May 12th, 2020, at 2:00 p.m., at the project site: 201 Kilgore Drive, Dothan, Alabama. Only proposals from bidders with registered attendance at the Pre-Bid Conference will be accepted.
Each bidder must deposit with his bid, security in the amount, form, and subject to the conditions provided in the Information for Bidders.
No bidder may withdraw his bid within sixty (60) days after the actual date of the opening thereof.
Bids will be received only from Qualified Contractors duly licensed by the State Licensing Board for General Contractors and meeting the qualifications indicated in the Project Documents.
Mark Saliba, Mayor
CITY OF DOTHAN, ALABAMA

Bham News: April 26, May 3, 10, 2020

ADVERTISEMENT FOR BID

Sealed proposals will be received from prequalified bidders by Mr. Walker Davis on behalf of Dr. G. Jay Gogue, President of Auburn University at 1161 West Samford Avenue, Auburn University, AL 36849 until 3:00 PM Central Time, May 28, 2020 for:
19-189 - Leach Science Center - Butler Building Addition, New HVAC System & Fire Alarm System
AUBURN UNIVERSITY
at which time and place they will be publicly opened and read in Facilities Management Building One, Training Room A/B
A. SCOPE OF WORK:
The general scope of the work includes but is not limited to:
Replacement of four (4) air handling units (AHU) located in Butler building section of Leach Science Center with one (1) externally mounted unit; Provide hydronic VAV boxes throughout the building for individual zone climate control. Replacement of existing fire detection and alarm system with new fire alarm and mass notification system. Electrical support of Mechanical portion of work. Replacement of existing light fixtures with LED fixtures in areas where ceiling is removed for HVAC upgrade. Paint exterior of building to match the finish of the recent Leach Science Center addition.
The Pre-Bid Conference will be held on May 19, 2020 at 3:30 P.M. CST. Due to the ongoing contact limitations of COVID-19, the Pre-Bid Conference will be held virtually. Contact Bob Hix for more information.
For prequalification or additional info, please contact: Bob Hix, bobhix@auburn.edu; 334-740-8247
B. DOCUMENTS:
Drawings may be examined at the following locations:
Drawings and specifications may be examined at the Office of the Owner: Facilities Design and Construction Services, Facilities Management, Auburn University, AL. See link below.
Auburn University Website:
https://sites.auburn.edu/admin/facilities/bidcalendar/Lists/Calendar/calendar.aspx
BONDS:
A certified check or bid bond payable to Auburn University in an amount not less than five percent (5%) of the amount of the bid, but in no event more than $10,000.00, must accompany the bidder's proposal. Performance and Statutory Labor and Material Payment Bonds will be required at the signing of the Contract.
BIDS:
Bids must be submitted on proposal forms or copies thereof furnished by the Architect.
Dr. G. Jay Gogue, President
Auburn University
Auburn University, AL 36849

Bham News: May 10, 2020

ADVERTISEMENT FOR BIDS

Electronic proposals will be received by John Corgill, Assistant Director, Procurement & Business Services, Auburn University, on behalf of G. Jay Gogue, President of Auburn University, and the Board of Trustees at bids @auburn.edu with the appropriate Auburn University bid number as the subject line until 10:30am, Wednesday, June 3, 2020 for:
Bid Number: B0008556
Runway 18-36 Overlay Project
at Auburn University Regional Airport
Auburn, Alabama
at which time and place they will be publicly opened and read via the conference call information below:
Telephone: +1 646 876 9923 (US Toll)
+1 312 626 6799 (US Toll)
Meeting ID: 921 523 189
A. SCOPE OF WORK:
The general scope of the work includes but is not limited to: milling, paving, and marking.
Documents: Drawings may be examined at the following locations:
Owner:
Auburn University
Auburn University Regional Airport
2150 Mike Hubbard Blvd.
Auburn, AL 36830
Phone: (334) 844-4606
Fax: (334) 844-4272
Engineer:
Garver, LLC
5125A Research Drive
Huntsville, AL 35805
Phone: (256) 534-5512
Fax: (256) 534-5544
Email: cwtomberlin@garverusa.com
B. MANDATORY FEDERAL REQUIREMENTS
Certain mandatory federal requirements apply to this solicitation and will be made a part of any contract awarded:
1. Buy American Preferences (Title 49 U.S.C. Chapter 501)
2. Foreign Trade Restrictions (49 CFR 30.17)
3. Davis Bacon Labor Provisions (29 CFR Parts 1, 3, and 5)
4. Requirement for Affirmative Action (41 CFR Part 60-4)
5. Debarment, Suspension, Ineligibility, and Voluntary Exclusion
6. Requirements for Drug-free Workplace
Davis Bacon Act wage rules shall apply. All laborers and mechanics employed by contractors and subcontractors on projects funded directly by or assisted in whole or in part by and through the Federal Government shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of Chapter 31 of Title 40, United States Code. The Department of Labor provides all pertinent information related to compliance with labor standards, including prevailing wage rates and instructions for reporting. For more information please refer to www.wdol.gov.
All bidders and proposers shall make good faith efforts, as defined by Appendix A of 49 CFR Part 26, Regulations of the Office of the Secretary of Transportation, to subcontract a minimum of 4.13 percent of the dollar value of the prime contract to small business concerns owned and controlled by socially and economically disadvantaged individuals (DBE).
C. BIDS BY PRIME CONTRACTOR BIDDERS
Documents: Digital copies of the bid documents are available at www.GarverUSA.com. These documents may be downloaded by selecting this project from the "Plan Room" link, and by entering eBidDocTM Number 7067860 on the "Browse Projects" page. For assistance and free membership registration, contact QuestCDN at 952.233.1632 or info@questcdn.com. Addendums to the bid package will be issued through the online Plan Holders List; therefore, all bidders shall be responsible for downloading the bid documents from the online plan room in order to be included in the Plan Holders List.
Bonds:
A certified check or bid bond payable to Auburn University in an amount not less than five percent (5%) of the amount of the bid must accompany the bidder's proposal. Performance and Payment Bonds will be required at the signing of the Contract.
Pre-Bid Meeting:
The OPTIONAL virtual Pre-Bid Meeting shall be held at 10:30 am, Wednesday, May 27, 2020 via teleconference. The meeting log-in information is as follows:
Telephone: +1 501.214.8852 (US Toll)
Conference ID: 417 742 400#
G. Jay Gogue, President
Auburn University
Auburn University, AL 36849

Bham News: May 10, 2020

ADVERTISEMENT FOR BIDS
HALLMARK HOUSE
WARRIOR, ALABAMA

Sealed bids will be received at the office of Williams Blackstock Architects, 2204 1st Avenue South Suite 200, Birmingham, AL 35233, until 2:00 p.m., CT, Thursday, May 28th, 2020, for Renovation of the Hallmark House located at 9484 Old Highway 31 Warrior, AL, at which time they will be publicly opened and read in the Main Conference Room, of Williams Blackstock Architects.
A MANDATORY Pre-Bid Conference and walkthrough of the existing house and grounds will be held at 10:00 a.m., Thursday May 14th, 2020 at the Hallmark House 9484 Old Highway 31 Warrior, AL 35180.
Certified checks or bid bonds payable to "The Hallmark Farms Cooperative" in an amount not less than five (5) per cent of the amount of the bid, but in no event more than $10,000.00 per project, must accompany the bidder's proposal. Completed Disclosure Statements are preferred to accompany the proposal. Performance and Payment bonds will be required at the signing of the contract.
All bidders bidding in amounts exceeding $50,000.00 must be licensed under the provisions of Title 34, Chapter 8, Code of Alabama, 1975.
Plans and specifications may be purchased from Alabama Graphics beginning on May 12th, 2020 at 12:00 p.m. CT, or obtained electronically by contacting Lauren Gwaltney, lauren@wba-architects.com. Office 205-252-9811. Questions should be addressed, in writing, to Lauren Gwaltney, lauren@wba-architects.com. Only those bidders who have officially received "Bid Documents" from Alabama Graphics or Williams Blackstock Architects, P.C. will be included on the distribution lists as "official plan holders" for Addenda or other project information during the bidding period. Any prospective bidders other than "official plan holders" must notify, in writing, Williams Blackstock Architects, P.C., of their intent to bid the project by 2:00 p.m., CT, Tuesday, May 26th, 2020.

Bham News: April 26, May 3, 10, 2020

ADVERTISEMENT FOR BIDS

Sealed proposals, in duplicate, from Qualified General Contractors will be received by the Awarding Authority: Alexander City Board of Education, 375 Lee Street, Alexander City, Alabama 35010, until 2:00 p.m. local time, Thursday, May 28, 2020, for:
ADDITION AND ALTERATIONS TO
JIM PEARSON ELEMENTARY SCHOOL
Package B - Kitchen and Cafeteria Renovations
Alexander City Board of Education
Architect Job No. 19-43B
At such time and place, the bids will be opened and read. Bids that are received via mail and not presented at the bid opening are to be considered non-responsive. It is the responsibility of the bidder to assure that bids are presented at the time of the bid. Contractors must notify the Awarding Authority if a bid is to be received by mail.
A cashier's check or bid bond payable to Alexander City Board of Education in an amount not less than five (5) percent of the amount of the proposal, but in no event more than $10,000.00, must accompany the bidder's proposal for each project. Performance and Payment Bonds and evidence of insurance as required in the bid documents will be required at the signing of the Contract.
Drawings and specifications for the project may be examined at the Office of Lathan Associates Architects, P.C., 300 Chase Park South, Suite 200, Hoover, AL 35244, and at the Digital Plan Room at Alabama Graphics ( http://dpr.algraphics.com). Password is lathan.
Prior to issuance of plans and specifications, all Contractors must provide evidence that they are properly licensed for the classification of work for this project. Evidence shall be in the form of a copy of current license clearly indicating all classifications, or subclassifications, bid limits, license number; and expiration date.
General Contractor Bidders may obtain two (2) sets of hard copy drawings and specifications from the Architect upon receipt of deposit check in the amount of $200.00 per set made payable to Lathan Associates Architects, P.C. General Contractors will then be placed on Official Bidders List. Deposit will be refunded in full on the first two sets issued to each General Contractor Bidder upon the return of documents in reusable condition within ten (10) days after receipt of bids. Additional sets of drawings/ specifications and digital copies will be available to General Contractors for purchase directly from the documents printer: Alabama Graphics. Addenda and other proposal information will be issued only to holders of drawings and specifications distributed by the Architect and on the Official Bidders List. Release of contract documents to the bidder does not imply acceptance of the bidder's qualifications by the Owner or Architect.
General Contractors who obtain drawings and wish to withdraw from the Bidders List must do so in writing to the office of the Architect prior to bid date, otherwise deposit will be forfeited. Deposit will be refunded in full on sets issued to each General Contractor Bidder submitting a bonafide bid, upon the return of documents in good, reusable condition within ten (10) days after receipt of proposals.
Bids received from General Contractors who are not on the Official Bidders List may not be accepted or opened. Lathan Associates Architects, P.C. makes no guarantee for plans and specifications obtained by Contractors and Vendors from sources other than the printed contract documents provided by their firm. Contractors and Vendors who base their pricing from contract documents obtained from other electronic sources, either in part or whole, do so at their own risk.
Bids must be submitted on proposal forms furnished by the Architect or copies thereof, issued either with the original contract documents or by addendum. General Contractors shall not use Proposal Forms other than those provided in the contract documents.
All bidders bidding in amounts exceeding that established by the State Licensing Board for General Contractors must be licensed under the provisions of Title 34, Chapter 8, Code of Alabama, 1975. The Bidder must display current General Contractor's License Number on the outside of the sealed envelope in which the proposal is delivered or it will not be considered by the Architect or Owner. The Owner reserves the right to reject any or all proposals and to waive technical errors if, in the Owner's judgment, the best interests of the Owner will thereby be promoted.
Alexander City Board of Education
Awarding Authority
Lathan Associates Architects, P.C.
205-988-9112

Bham News: May 8, 10, 17, 2020

ADVERTISEMENT FOR BIDS

Sealed proposals will be received by DeKalb County Board of Education at the office of the Facility Manager, 393 Main Street East, Rainsville, Alabama 35986 until 2:00 P.M. CST June 18th, 2020 for:
A NEW AG BUILDING FOR
COLLINSVILLE HIGH SCHOOL
which includes a storm shelter, life skills lab, classrooms, and a parking area, at which time and place they will be publicly opened and read. There will be a Mandatory Pre-Bid at Collinsville HS front office, 802 S Valley Ave, Collinsville, AL 35961 May 26, 2020 at 10:00 A.M. CST
A cashier's check or bid bond payable to DeKalb County Board of Education (Owner's legal title) in an amount not less than five (5) percent of the amount of the bid, but in no event more than $10,000, must accompany the bidder's proposal. Performance and Payment Bonds and evidence of insurance required in the bid documents will be required at the signing of the Contract.
Drawings and specifications may be examined at the office of Bill Whittaker, P.C. Architecture, 2956 Old Gadsden Highway, Anniston, Alabama 36206 and appropriate plan rooms.
Bid Documents may be obtained from the Architect (Engineer) upon deposit of $ 250.00 per set, which will be refunded in full on the first 2 sets issued to each general contract bidder submitting a bonafide bid, upon return of documents in good condition within ten days of bid date. Other sets for general contractors, and sets for subcontractors and dealers, may be obtained with the same deposit, which will be refunded as above, less cost of printing, reproduction, handling, and distribution.
Bids must be submitted on proposal forms furnished by the Architect (Engineer) or copies thereof. All bidders bidding in amounts exceeding that established by the State Licensing Board for General Contractors must be licensed under the provisions of Title 34, Chapter 8, Code of Alabama, 1975, and must show evidence of license before bidding or bid will not be received or considered by the Architect (or Engineer); the bidder shall show such evidence by clearly displaying his or her current license number on the outside of the sealed envelope in which the proposal is delivered. The Owner reserves the right to reject any or all proposals and to waive technical errors if, in the Owner's judgement, the best interests of the Owner will thereby be promoted.
P.S.C.A.
(Awarding Authority)
DeKalb County Board of Education
(Local Awarding Authority)
Bill Whittaker, P.C. Architecture
(Architect/Engineer)

Bham News: May 10, 17, 24, 2020

ADVERTISEMENT FOR BIDS

Sealed proposals will be received by the Tuscaloosa City Board of Education, until 2:00PM, legally prevailing time, May 28, 2020, for the Southview Elementary School Renovations. Tuscaloosa City Board of Education, Dr. Michael Daria, Superintendent, Tuscaloosa, Alabama, at the Tuscaloosa City Board of Education, Regions Room, 1210 21st Avenue, Tuscaloosa, Alabama 35401, at which time and place they will be publicly opened and read.
A Non-Mandatory Pre-Bid Conference for all contractors will be held at Tuscaloosa City Board of Education, Administrative Conference Room on May 21, 2020 at 10:00AM. During bidding, potential bidders will have the opportunity to visit the campus and inspect work. Bidders shall contact the architect prior to visiting the campus for all procedures associated with visiting a school campus.
The project consists of classroom HVAC improvements and instructional wall upgrades in specified building zones for the existing Southview Elementary School campus with base bid and additive alternates noted below.
Base bid work includes and is not limited to - HVAC upgrades: mechanical removal of 7 classrooms bard units and installation of new exterior pad mounted mechanical units, including patching openings in the exterior walls, adding or extending mechanical court yards and screen walls, and interior finishes as related to this work.
Alternate work includes, but not limited to HVAC upgrades for 10 classrooms, Instructional wall upgrades for Four 4th grade classrooms, Four 5th grade classrooms, Two 3rd grade classrooms, Three 2nd grade classrooms.-
A cashier's check or bid bond payable to Tuscaloosa City Board of Education in an amount not less than five (5) percent of the amount of the bid, but in no event more than $10,000 must accompany the bidder's proposal. Performance and Payment Bonds and evidence of insurance required in the bid documents will be required at the signing of the Contract.
Drawings and Specifications may be examined at the office of the Architect, Ellis Architects, Inc., 1490 Northbank Pkwy., Ste. 212, Tuscaloosa, Alabama 35406; Tuscaloosa Blueprinting and Reprographics, Tuscaloosa, Alabama; ConstructConnect CMD Group and Dodge Construction Plan Room.
Digital PDF copies of Bid Documents shall be provided to all General Contractors and upon request to Subcontractors and/or Dealers. If requested by each General Contractor, a maximum of 2 sets of printed hard copy Bid Documents will be available upon a deposit of $200.00 per set, which will be refunded in full on the first 2 sets issued to each General Contract Bidder submitting a bona fide bid upon return of documents in good condition within ten days of bid date. Upon request, additional printed hard copy Bid Documents will be available to General Contractors, Subcontractors, and/or Dealers with the same deposit, which will be refunded as above, minus the cost of printing, reproduction, handling, and distribution.
Bids must be submitted on proposal forms furnished by the Architect or copies thereof. All bidders bidding in amounts exceeding that established by the State Licensing Board for General Contractors must be licensed under the provisions of Title 34, Chapter 8, Code of Alabama, 1975, and must show evidence of license before bidding or bid will not be received or considered by the Architect; the bidder shall show such evidence by clearly displaying his or her current license number on the outside of the sealed envelope in which the proposal is delivered. The Owner reserves the right to reject any or all proposals and to waive technical errors if, in the Owner's judgment, the best interests of the Owner will thereby be promoted.
Nonresident Bidders must accompany any written bid documents with a written opinion of an attorney at law licensed to practice law in such nonresident Bidder's state of domicile, as to the preferences, if any or none, granted by the law of that state to its own business entities whose principal place of business are in that state in the letting of any or all public contracts.
Tuscaloosa City Board of Education
1210 21st Avenue
Tuscaloosa, AL 35401
(205) 759-3700
Ellis Architects, Inc.
1490 Northbank Parkway, Suite 212
Tuscaloosa, Alabama 35406
(205) 752-4420

Bham News: May 8, 10, 17, 2020

ADVERTISEMENT FOR COMPLETION
LEGAL NOTICE
In accordance iwth Chapter 1, Title 39, Code of Alabama, 1975, notice is hereby given that Comfort System USA Mid South, Inc., Contractor, has completed the Contract for Memorial Park Natatorium HVAC Unit Replacement, Jasper, Alabama at Memorial Park Natatorium for the State of Alabama and the City of Jasper, Owner(s), and have made request for final settlement of said Contract. All persons having any claim for labor, materials, or otherwise in connection with this project should immediatley notify LBYD, Inc., 880 Montclair Road, Suite 600, Birmingham, AL 35213, Architect. Comfort Systems USA Mid South, Inc. 3100 Richard Arrington Jr. Blvd. N. Birmingham, AL 35203
Bham News: May 3, 10, 17, 24, 2020

ADVERTISEMENT FOR COMPLETION
LEGAL NOTICE
In accordance with Chapter 1, Title 39, Code of Alabama, 1975, notice is hereby given that Murray Building Company, Inc., Contractor, has completed the Contract for UAB Boshell Diabetes Building 5th & 6th Floor Renovation; UAB Project No. 160015AD at 1808 7th Ave S, Birmingham, Alabama 35233 for The Board of Trustees of the University of Alabama, Owner, and have made request for final settlement of said Contract. All persons having any claim for labor, materials, or otherwise in connection with this project should immediately notify Ghafari Associates, LLC, (Architect); Murray Building Company, Inc. (Contractor), 1900 28th Ave. S, Ste 100, Birmingham, AL 35209
Bham News: April 19, 26, May 3, 10, 2020

ADVERTISEMENT FOR COMPLETION
MODULAR CONNECTIONS, LLC has completed its work on the Tornado Safe Room for the City of Center Point located at 2227 Center Point Parkway, Center Point, AL 35215. All persons having a claim for labor, materials or otherwise in connections with this project should notify the City of Center Point at 2209 Center Point Parkway, Center Point, Alabama 35215. No claims will be considered after 14 days of the last date of publication.
Bham News: May 3, 10, 17, 24, 2020

ADVERTISEMENT FOR COMPLETION
MODULAR CONNECTIONS, LLC has completed its work on the Tornado Safe Room for the Town of Sylvan Springs located at 130 Rock Creek Road, Sylvan Springs, AL 35118. All persons having a claim for labor, materials or otherwise in connection with this project should notify the Town of Sylvan Springs at 100 Rock Creek Road, Sylvan Springs, Alabama 35118. No claims will be considered after 14 days of the last date of publication.
Bham News: May 3, 10, 17, 24, 2020

ADVERTISEMENT FOR
PREQUALIFICATION AND BIDS

PREQUALIFICATION PROPOSALS will be received via email, or other electronic transmission only, on behalf of the Owner by Goodwyn, Mills & Cawood, Inc., 2039 Main Street, Daphne, Alabama 36526, for the below referenced project, until 2:00 PM Local Time, May 28, 2020. The prequalification procedure is intended to identify responsible and competent bidders relative to the requirements of the Project. Prequalification proposal requirements may be obtained from the Architect, by request either by phone (251-460-4006) or e-mail doris.howard@gmcnetwork.com, to Doris Howard. Additional qualifications and requirements for General Contractor Bidders and separate Subcontractors are indicated in the Bid and Contract Documents.
SEALED BIDS will be received only from previously PRE-QUALIFIED General Contractors by the City of Gulf Shores (Council Chambers), located at 1905 W 1st Street, Gulf Shores, Alabama, 36547 until 2:00 PM Local Time, June 4, 2020 for this project:
Renovations to Gulf Shores High School
Gymnasium and Locker Room
City of Gulf Shores, Alabama
ABC #2020158
at which time and place they will be publicly opened and read. Due to current coronavirus concerns, attendees at bid opening are limited to one person per organization.
A cashiers check or bid bond payable to the City of Gulf Shores, Alabama in an amount not less than five (5) percent of the amount of the bid, but in no event more than $10,000, must accompany the bidder's proposal. Performance and statutory Labor and Material Payment Bonds, insurance in compliance with requirements, and verification of E-verify enrollment will be required at the signing of the Contract.
Drawings and specifications may be examined at the office of GOODWYN MILLS AND CAWOOD, 2039 MAIN STREET, DAPHNE ALABAMA, (251) 626-2626, at the City of Gulf Shores, 1905 W. 1st Street, Gulf Shores, Alabama 36547, F.W. Dodge Plan Rooms in Montgomery and Birmingham, CMD Group, Document Processing Center, 30 Technology Parkway South, Suite 500, Norcross, GA 30092-2912, and through Skysite.
Bid documents (Plans, Specifications, and Addenda) will be sent to prequalified General Contractors only from the Architect electronically with no deposit. Subcontractors should contact a General Contractor or plan room for documents.
Only General Contractors who have completed the prequalification process within the stated time limits, and which are properly licensed in accordance with criteria established by the State Licensing Board for General Contractors under the Provision of Title 34, Chapter 8, Code of Alabama, 1975, as amended, will be considered for prequalification for the Work of this project.
A Mandatory Pre-Bid Meeting is scheduled to be held on Thursday, May 28th, 2020 at 10:00 a.m. local time at the City of Gulf Shores (Council Chambers), located at 1905 W 1st Street, Gulf Shores, Alabama, 36547, for the purpose of reviewing the project and answering Bidder's questions. Participation in the Pre-Bid Conference is MANDATORY for all General Contractor Bidders intending to submit a Proposal, and is highly recommended for Subcontractors. A call-in number will be provided to pre-bid meeting participants in advance. Contact Barbara Garner (barbara.garner@gmcnetwork.com) by 4pm CST, May 19, 2020 to receive the number.
IMPORTANT NOTICE FOR THE PRE-BID AND BID OPENING:
Only (1) ONE representative from each bidding GENERAL CONTRACTOR (No SUBCONTRACTORS will be allowed) are being allowed into the Pre-Bid and Bid Opening as we must practice social distancing amid the COVID-19 outbreak.
WE ARE TRYING TO KEEP THE ATTENDEES DOWN TO ONLY (10) TEN PEOPLE IN THE ROOM AND WILL SPREAD OUT KEEPING A MIN. (6') SIX FEET OF DISTANCE BETWEEN ALL OF US.
Please be mindful of this directive and plan accordingly.
General Contractors may procure plans and specifications from the Architect upon payment of a deposit of Twenty dollars ($20.00) for a one time administrative fee for digital/file sharing access or Two Hundred dollars ($200.00) (printed) per set. Contractors are encouraged to use the digital plans.
Checks shall be made payable to "Goodwyn, Mills & Cawood, Inc." Bid documents will be mailed only upon receipt of deposit. No bid documents will distributed later than 24 hours prior to the scheduled opening of bids. Partial sets of Bidding Documents will not be available from the Issuing Office. Neither Owner nor Architect will be responsible for full or partial sets of Bidding Documents, including Addenda if any, obtained from sources other than the Issuing Office.
For the list of plan holders on this project visit http://www.gmcnetwork.com/bids/ .
All bidders bidding in amounts exceeding that established by the State Licensing Board for General Contractors must be licensed under the Provision of Title 34, Chapter 8, Code of Alabama, 1975, as amended, and must show such evidence of license before bidding or bid will not be received or considered by Architect or Owner. The bidder shall show such evidence by clearly displaying his or her current license number on the outside of the sealed envelope in which the proposal is delivered; Bidder must also include his or her current license number on the Proposal Form. No bid may be withdrawn after the scheduled closing time for receipt of bids for a period of sixty (60) days.
This project is being bid, under the provisions of Alabama Act 2000-684, which require the General Contractor, in part, to take advantage of the Owner's tax exempt status, obtain necessary certificates and other documentation required from the Alabama Department of Revenue, make payment for all materials, and to administer the sales and use tax savings portion of the project, as a part of their Bid.
Additional qualifications and requirements for General Contractor Bidders and separate Subcontractors are indicated in the Bid and Contract Documents.
The Owner reserves the right to reject any or all proposals and to waive technical errors if, in their judgment, the best interests of the Owner will thereby be promoted.
City of Gulf Shores, Alabama
1905 W 1st Street
Gulf Shores, AL 36547
GOODWYN, MILLS & CAWOOD, INC.
MEMBERS, AMERICAN INSTITUTE OF ARCHITECTS
2039 Main Street
Daphne, Alabama 36526
Phone: (251) 626-2626
Fax: (251) 626-6934

Bham News: May 10, 2020

ADVERTISEMENT FOR
PREQUALIFICATION AND BIDS

PREQUALIFICATION PROPOSALS will be received via email, or other electronic transmission only, on behalf of the Owner by Goodwyn, Mills & Cawood, Inc., at 2701 1st Avenue South, Ste. 100, Birmingham, AL 35233, for the below referenced project, until 2:00 PM Local Time, May 26, 2020. The prequalification procedure is intended to identify responsible and competent bidders relative to the requirements of the Project. Prequalification proposal requirements may be obtained from the Architect, by request either by phone (205.879.4462) or e-mail alyssa.martin@gmcnetwork.com, to Alyssa Martin. Additional qualifications and requirements for General Contractor Bidders and separate Subcontractors are indicated in the Bid and Contract Documents.
SEALED PROPOSALS will be received only from previously PRE-QUALIFIED General Contractors by Goodwyn, Mills and Cawood, Inc., located at 2701 1st Avenue South, Birmingham, AL 35233; until 2:00 PM Local Time, June 18, 2020 for this project:
Renovations and Additions to
Colbert County Department of
Human Resources
Muscle Shoals, ALABAMA for
Colbert County Commission
(LOCALLY FUNDED)
at which time and place they will be publicly opened and read. Due to current coronavirus concerns, attendees at bid opening are limited to one person per organization.
A cashiers check or bid bond payable to Double Springs Pubic Building Authority in an amount not less than five (5) percent of the amount of the bid, but in no event more than $10,000, must accompany the bidder's proposal. Performance and statutory Labor and Material Payment Bonds, and insurance in compliance with requirements, will be required at the signing of the Contract.
Drawings and Specifications may be examined at the Office of the Architect; Dodge Data & Analytics; Data Fax; and ConstructConnect.
Bid documents (Plans, Specifications, and Addenda) will be sent to prequalified General Contractors only from the Architect electronically with no deposit. Subcontractors should contact a General Contractor or plan room for documents.
Only General Contractors who have completed the prequalification process within the stated time limits, and which are properly licensed in accordance with criteria established by the State Licensing Board for General Contractors under the Provision of Title 34, Chapter 8, Code of Alabama, 1975, as amended, will be considered for prequalification for the Work of this project.
A PRE-BID CONFERENCE will be held at the same location as bids are to be opened, at 2:00 PM local time June 2, 2020 for the purpose of reviewing the project and answering Bidder's questions. Participation in the Pre-Bid Conference IS HIGHLY RECOMMENDED for all General Contractor Bidders intending to submit a Proposal, and is highly recommended for Subcontractors. A Microsoft Teams meeting invite will be provided to pre-bid meeting participants in advance.
Per the Owner and the Alabama Department of Revenue (ADOR), Act 2013-205, the project will be bid EXCLUDING TAXES and will require the Contractor to complete ABC Form C-3A Accounting of Sales Tax Attachment to ABC Form C-3 Proposal Form (October 2013) which will be submitted with the Contractors Proposal at the time of the Bid. If awarded the bid, both tax exempt entity and contractor shall apply for certificates of exemption. ADOR shall issue certificates of exemption from sales and use tax for each tax exempt project. Certificates shall only be issued to contractors licensed by the State Licensing Board for General Contractors or any subcontractor working under the same contract. Items eligible for exemption are building materials, construction materials and supplies and other tangibles that become part of the structure. ADOR will handle the administration of the certificates and the accounting of exempt purchases.
The Owner reserves the right to reject any or all proposals, to waive technical errors and/or abandon the prequalification and bid process if, in their judgment, the best interests of the Owner will thereby be promoted.
Colbert County Commission
201 N. Main Street
Tuscumbia, AL 35674
GOODWYN, MILLS & CAWOOD, INC.
MEMBERS, AMERICAN INSTITUTE OF ARCHITECTS
2701 1st Avenue South, Suite 100
Birmingham, Alabama 35233
Phone: (205) 879-4462
Fax: (205) 879-4493

Bham News: May 10, 2020

ADVERTISEMENT FOR
PREQUALIFICATION AND BIDS

Sealed proposals will be received by the City of Montevallo at City Hall, 541 Main Street, Montevallo, AL 35115, until 2:00 PM, CST May 26, 2020 for
PROJECT: Renovations to Perry Hall
(Mahler House)
2679 Montevallo Road; Montevallo, AL 35115
at which time and place they will be publicly opened and read. General Contractor's License number and type must be on the envelope.
A cashier's check or bid bond payable to the City of Montevallo in an amount not less than five (5) percent of the amount of the bid, but in no event more than $10,000.00, must accompany the bidder's proposal.
Performance and Payment Bonds and evidence of insurance required in the bid documents will be required at the signing of the Contract.
Drawings and specifications may be examined at the office the Architect and will be available on or after May 11, 2020.
Name of Architect:
Rob Walker Architects, LLC
Address: 2229 1st Avenue South, Suite 110, Birmingham, Alabama 35233
Phone No.:(205) 254-3212
Fax No.: (205) 254-3269
Bid Documents can also be reviewed at obtained from Alabama Graphic Digital Plan Room. Cost of printing plans and specifications are non-refundable.
Qualified General Contractor Bidders may obtain a digital copy of the documents from Rob Walker Architects, LLC; Rob Walker – rob@rw4arch.com. Also, hard copy sets of drawings and specifications will be available to qualified General Contractors and others for the cost of printing and handling directly from the documents printer: Alabama Graphics (2801 Fifth Avenue South, Birmingham, Alabama 35233; phone 205/252-8505). Addenda and other bidding information will be issued only to holders of drawings and specifications distributed by the Architect. Release of the Bid Documents to the bidder does not imply acceptance of the bidder's qualifications by the Owner or Architect.
Bids must be submitted on proposal forms furnished by the Architect or copies thereof.
All bidders bidding in amounts exceeding that established by the State Licensing Board for General Contractors must be licensed under the provisions of Title 34, Chapter 8, Code of Alabama, 1975, and must show evidence of license before bidding or bid will not be received or considered by the Architect; the bidder shall show such evidence by clearly displaying his or her current license number on the outside of the sealed envelope in which the proposal is delivered.
The Owner reserves the right to reject any or all proposals and to waive technical errors if, in the Owner's judgment, the best interests of the Owner will thereby be promoted.
Alabama law (section 41-4-116, code of Alabama 1975) provides that every bid submitted and contract executed shall contain a certification that the vendor, contractor, and all of its affiliates that make sales for delivery into Alabama or leases for use in Alabama are registered, collecting, and remitting Alabama state and local sales, use, and/or lease tax on all taxable sales and leases in Alabama. By submitting a response to this solicitation, the bidder is hereby certifying that they are in full compliance with Act No. 2006-557; they are not barred from bidding or entering into a contract pursuant to 41-4-116, and acknowledges that the Owner may declare the contract void if the certification is false.
A Pre-Bid Conference will be held at City of Montevallo City Hall, 541 Main Street, Montevallo, AL 35115, at 10:00 AM, CST, May 19, 2020. Access to the Site may be arranged with the City of Montevallo, Herman Lehman.
The Owner reserves the right to reject any or all proposals and to waive technical errors if, in the Owner's judgement, the best interests of the Owner will thereby be promoted.
Awarding Authority: City of Montevallo
Architect:
Rob Walker Architects, LLC
Rob Walker, AIA - Principal

Bham News: May 10, 17, 24, 2020

## LEGALS

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE KRYSTAL COMPANY, *et al.*,[1] | Case No. 20-61065 (PWB) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim**. Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim**. Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information**. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

Bham News: May 10, 2020 A9601037-01

## LEGALS

# EXHIBIT D

The Atlanta Journal-Constitution
Credible. Compelling. Complete.

# PUBLISHER'S AFFIDAVIT

STATE OF GEORGIA
COUNTY OF FULTON

**Kelly Platek** who states she is an Employment Advertising Account Executive of **THE ATLANTA JOURNAL-CONSTITUTION** newspaper, a newspaper of general circulation published in the City of Atlanta, Georgia, and who further states under oath that an ad for: **"Notice of Sale and Deadline for Filing of Proofs of Claim"** was placed by **THE KRYSTAL COMPANY** in the Atlanta Journal-Constitution newspaper on **05/11/2020.**

Sworn or affirmed to, and subscribed before me, this 18th day of May, 2020 in Testimony whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.

(Advertising Agent)

223 Perimeter Center Parkway Atlanta, GA 30346-1301



GWINNETT SCHOOLS

# School board meeting will be online this week

Those who would like to comment need to sign up.

By Arlinda Smith Broady
abroady@ajc.com

Gwinnett County Public Schools made history last month when it conducted its first online meeting where attendees could watch the proceedings from home.

District officials will use the Zoom platform again this month, and people who want to address the school board must sign up to speak by noon today, so they can be placed on the agenda for the Thursday meeting.

No one signed up to speak before the deadline for last month's meeting, when the online audience was 163 for the work session and 250 for the business meeting.

Georgia requires that government meetings must be open to the public, but there are no mandates on how or if public comment should be conducted. With meetings being held on public domain platforms like Zoom, Microsoft Teams and Google Meets, issues of security and decorum have come up, said Justin Pauly, a spokesman for the Georgia School Board Association.

"We have all seen and heard stories of unwanted guests hacking in," Pauly said. "This is a way of business that is not the norm for school boards. There will always be a learning curve and a transition period when new operations are required."

Gwinnett isn't alone. Most government bodies continue holding virtual meetings for social distancing.

"There is not a mechanism for public comments during these (virtual) meetings," Fulton County Public Schools Board President Julia Bernath said. "But that being said, the board does receive constant feedback from our community with emails, texts, social media, and phone calls."

Similarly, Henry County advises people to send comments via email.

Hall County appears to have a plan that works – an email address dedicated to public comments. The board begins accepting comments a half-hour before the start of its meetings, and continues accepting them until the public comment portion of the meeting begins.

"We did this successfully at our March Board of Education business meeting and feel confident we can continue that trend moving forward," spokesman Stan Lewis said.

Parent Tracy Brown said she reached out to Gwinnett school officials a few weeks ago to make sure she would be allowed to comment at this month's meeting. Brown said she received an email saying she would be alerted about the new procedure, but hasn't heard anything more from the district.

"I wonder if they really don't want to hear from the public, she said.

### MORE DETAILS

**PUBLIC COMMENT PROCEDURE FOR GWINNETT SCHOOL BOARD MEETING**

While the board is conducting meetings virtually, there will no longer be the 6:15 p.m. public forum where speakers may sign up just prior to the meeting. Anyone who wishes to address the board must be on the agenda and inform the Superintendent's Office in writing by noon on the Monday immediately prior to the Board meeting.

The form is accessible at: data.gwinnett.k12.ga.us/ReqsforAddrGCPSBOE.nsf/RequestXPage.xsp

Individuals requesting to speak to the Board will be notified by the Coordinator of Board Services that the request has been received.

Questions: MySchoolBoard@gwinnett.k12.ga.us

In-depth local news and details you won't find anywhere else.

Know what's really going on with expanded county by county coverage.

The Atlanta Journal-Constitution
Credible. Compelling. Complete.

EXPANDED COUNTY BY COUNTY COVERAGE.
Know what's really going on. AJC The Atlanta Journal-Constitution Credible. Compelling. Complete.
COVERAGE FROM YOUR COMMUNITY

# DAILY LAW JOURNAL

## articles/diss. of incorporation

Notice is given that Articles of Incorporation that will incorporate PHOW Community Outreach, Inc., have been delivered to the Secretary of State for filing in accordance with the Georgia Business Corporation Code (or Georgia Nonprofit Corporation Code). The initial registered office of the corporation is located at 118 North Avenue Suite L, Jonesboro, GA 30236 and its initial registered agent Robinette Sanford located at 10499 Starling Trail Hampton, GA 30228.
5/11/20, 5/18/20
0000622638-01

## legal notice to appear

All Creditors of the estate of Otis Dan Carter Sr., Estate # 1994-2166 last of Dekalb County, deceased May 8, 1994, are hereby notified to render in their demands to the undersigned accordingly to law, and all persons indebted to said estate are required to make immediate payments.
4/27/20, 5/4/20, 5/11/20, 5/18/20
0000620348-01

## legal notice to bid

**INVITATION FOR BIDS
METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (MARTA)
will accept Bids as follows:**
RFP P43068 Procurement of Uninterruptible Power Supply (UPS) Preventative Maintenance and Services. Proposal Submittal May 20, 2020 from 9:00AM to 2:00PM at MARTA Annex. For more information contact Arlene Campbell at acampbell1@itsmarta.com.
IFB B45467 Procurement of Pest Control Services for MARTA's Vehicles. Bid Submittal May 26, 2020 from 9:00AM to 2:00PM at MARTA Annex. Bid Opening May 27, 2020 at 2:00PM, MARTA Headquarters. For more information contact Anette Ray at nray@itsmarta.com.
Solicitation documents and opportunities can be viewed on MARTA's website. Contact MARTA's Contract Control Office at 404-848-5580 to purchase Bid documents or CDs when applicable. Bid documents should be received at MARTA's Annex Building, 2400 Piedmont Road, NE, Atlanta, GA 30324 by the aforementioned date and local time. Envelopes containing bids MUST BE marked with the Bid Number. Contracts are subject to Federal Grant Regulations and to MARTA's Resolution on Equal Opportunity prohibiting discrimination based on race, color, sex, religion or national origin.
**View MARTA's Home Page
About MARTA
http://www.itsmarta.com**
0000622574-01

WE'RE ATLANTA'S TRUSTED MARKETPLACE
Call 404-577-5772
ajcclassifieds.com

## legal public notice

AT&T Mobility is filing an FCC ASR Form 854 for a new monopole tower located at 1923 Smith Drive, Kennesaw, GA 30144, Cobb County; Latitude 34-02-12.5° North and Longitude 084-36-22.6° West. The height of the tower is 11.6 meters above ground level and 360.0 meters above mean sea level. Lighting is not required for this tower. Interested persons may review the application for this project at www.fcc.gov/asr/applications by entering Antenna Structure Registration (Form 854) file number A1165407 and may raise environmental concerns about the project by filing a Request for Environmental Review with the Federal Communications Commission. Requests for Environmental Review must be filed within 30 days of the date that notice of the project is published on the FCC's website. The FCC strongly encourages interested parties to file Requests for Environmental Review online at www.fcc.gov/asr/environmentalrequest. Parties wishing to submit the request by paper may do so by mailing the request to "FCC Requests for Environmental Review, Attn: Ramon Williams, 445 12th Street SW, Washington, DC 20554.
5-11/2020
0000622860-01

## legal notices

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) Case No. 20-61065 (PWB) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim**. Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim**. Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information**. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

SHUMATE Electric
LET SHUMATE ELECTRICIANS HELP YOU WITH:
• Switch out Lights
• Installing and fixing ceiling fans
• Installing flood lights
• Surge protection
• Electric car chargers
Call Today 678-829-4104
$25 OFF
All Electric Service
24 HOUR
Service Guaranteed

# EXHIBIT E

THE FLORIDA TIMES UNION
Jacksonville
FL Affidavit of Publication

Florida Times-Union

Miller Advertising Agency
Pete Egloff
220 West 42nd Street, 12 floor
New York, NY 10036

ACCT: 16379
AD# *3279295*

State of Florida County of Duval

Before the undersigned authority personally appeared Brenda Ramirez who on oath says he/she is a Legal Advertising Representative of The Florida Times Union, a daily newspaper published in Duval in Duval County, Florida; that the attached copy of advertisement is a legal ad published in The Florida Times Union. Affiant further says that The Florida Times-Union is a newspaper published in Duval, in Duval County, Florida, and that the newspaper has heretofore been continuously published in Duval County, Florida each day, has been entered as second class mail matter at the post office in Duval, in Duval County, Florida for a period of one year preceding the first publication of the attached copy of advertisement and affiant further says the he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission, or refund for the purpose of securing this advertisement for publication in said newspaper.

PUBLISHED ON: 5/11/2020

Name: Brenda Ramirez
Title: Legal Advertising Representative

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim**. Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim**. Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information**. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

# KINNE

*From Page A1*

and literature, Dr. Kinne was a resplendent fixture at numerous special events and concerts at the university into her second century, up until the coronavirus pandemic suspended the routines of normal campus life.

She described some of her central values as vision, persistence and what Cost called an "impenetrable and tenacious" optimism, fused with a strong sense of duty to use one's talents for good.

"Each of us can do something that nobody else can do. I think that it's a gift. It's a gift you've received. So, how much can you give back?" Dr. Kinne said in a 2015 Times-Union profile.

"What I'd really have to say is just how kind she was to people, over and over and over," said John Delaney, former mayor of Jacksonville and former president of the University of North Florida. "It could be a waiter in a restaurant, it could be a 17-or 18-year-old student at JU. She just was overwhelmingly kind."

Born on May 23, 1917, six days before future president John F. Kennedy, Dr. Kinne was raised in Story City, Iowa, and retained close ties with the town for more than a century. As recently as September, she donated $40,000 for the repair of the town's famed Swinging Bridge, a 1936 Works Progress Administration project that sustained damage last year from flood-driven ice.

In a small Iowa town that remains small — Story City's population was listed at 3,431 as of the 2010 census — her father, Charles, published the town's newspaper, the Story City Herald. Her mother, Bertha, who also lived to see her own 100th birthday, helped found the town's library, which still bears her name today.

From a background steeped in the written word, she became a trailblazer in education: becoming the first American woman to receive a doctorate from the University of Frankfurt in Germany, and still later the first female president of a college in Florida, holding the role for 10 years at JU from 1979 to 1989.

At the age of 16, she entered Iowa State Teachers College in Cedar Falls, Iowa, an institution now known as the University of Northern Iowa, and subsequently transferred to Drake University in nearby Des Moines.

During World War II, she served as a United States Army Hostess at Camp Crowder in Missouri, ultimately becoming the head hostess in a program that served 70,000 troops.

Following the war's end, she went to China, where her first husband, Col. Harry L. Kinne, was serving under Gen. Douglas MacArthur. Following the chaos of the Communists' accession to power in China, she was evacuated to Japan, where she helped launch a volunteer teaching program as Americans assisted in the redevelopment and recovery of the nation after the war.

She also spent four years in divided Germany, where she overcame lingering postwar hostility toward Americans to attain her doctorate and acquired a Steinway piano that ultimately became a treasured object in her Atlantic Beach home.

In 1958, with her husband posted to St. Augustine as a liaison between the U.S. Army and the Florida National Guard, Dr. Kinne initially joined Jacksonville University as a humanities professor in an arrangement she initially expected to last for only a short time. But her life soon took root on the First Coast, forging strong bonds to the college in a blossoming academic career that in time spanned from the rising tensions of the early Cold War to the year of the coronavirus.

In 1960, she founded JU's College of Fine Arts. In 1969, she rose to dean of the program, the first female dean of an American fine arts program, before taking over as the school's president for a decade in 1979.

Dr. Kinne's tenure as president included the founding of the Davis College of Business and the Keigwin School of Nursing at JU.

In 1989, she moved to the new role of JU's chancellor, retiring from the role in 1994 but retaining the title of chancellor emerita.

"It's hard to find the words to truly capture the tremendous influence that Fran had on thousands of lives over the years," said Nina Waters, president of the Community Foundation for Northeast Florida. "Not just as students at the university but for a lifetime."

Dr. Kinne handed Waters her diploma when she graduated in 1980 from JU.

Waters said Dr. Kinne "continued to follow us through our personal lives and professional careers, writing personal notes and letting us know that she was proud of us."

She recalled how Dr. Kinne continued to write to her over the years — always handwritten notes — every time Waters was in the newspaper for her work.

"She continued to motivate, coach, mentor and teach," Waters said. "Most of all, I will remember how incredibly important it was for me to make her proud. She loved everything that is Jacksonville University and we all loved her right back."

Dr. Kinne was also active in Jacksonville's civic life and became the first female member of the Jacksonville Rotary and River Club. Her awards were numerous, from the inaugural Governor's Award for the Arts in 1973, to the first EVE Awards EVE of the Decade in 1979, to election to the Florida Women's Hall of Fame in 1986, to a lifetime achievement award from the Florida Federation of Business and Professional Women's Clubs in 1996.

"For many of us here she was a wonderfully kind and wise – friend who truly inspired us," Mayo Clinic chief executive officer Kent Thielen said. "With her persistence and always with a smile she had a unique ability to bring people together. There are some people is this world that truly enrich the lives of those lucky enough to have known them. Fran was one of those people. We are grateful for Fran's friendship, and we join the community in mourning her passing."

Longtime friend Martha Barrett had known Dr. Kinne since 1979, when Barrett was an aide to then-Mayor Jake Godbold.

"What a great lady," said Barrett, senior vice president at Bank of America and a former Duval County School Board member. "Dr. Kinne was a mentor to all of us, especially us women, back in the '70s when there weren't many women presidents of colleges. She paved the way for all of us.

"She was such a wonderful person. And she knew everybody. When she would see you, she wouldn't just say hello, she would call you by name, recall probably the last time she saw you. She was amazing at that."

Dr. Kinne brought to JU an array of eminent personalities across a wide range of fields — from Jack Benny to Arthur Fiedler, from Linus Pauling to Ross Perot.

In her many roles, she crossed paths with famous figures local and national — her autobiography, *Iowa Girl: The President Wears a Skirt,* was published in 2000 with forewords from Bob Hope, Charlton Heston and Winston Churchill, grandson of the wartime British prime minister.

She was preceded in death by her first husband, Col. Harry L. Kinne, who died in 1981, and her second husband, Col. M. Worthington Bordley Jr., who died in 1996.

Funeral services are expected to be in Dr. Kinne's hometown of Story City, Iowa. Cost said Jacksonville University will have a celebration to honor her life at some point this year.

*The Times-Union's Gene Frenette contributed to this story.*

**Dr. Frances Bartlett Kinne celebrates just after Jacksonville University won the Sun Belt men's basketball tournament in Birmingham, Ala.** [DAVE MARTIN/AP]

**Frances Kinne stands between Bob Hope and Jack Benny after the men were awarded honorary doctorates from Jacksonville University.** [REPRINTED WITH PERMISSION FROM IOWA GIRL THE PRESIDENT WEARS A SKIRT BY FRANCES BARTLETT KINNE.]

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| In re: | ) | Chapter 11 |
|---|---|---|
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim**. Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim**. Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information**. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

SENIOR
SALUTE

Due to risks associated with the COVID-19 pandemic, schools are closed and life for students has changed significantly. Of all students impacted, high school seniors may be the most affected. They have missed proms, graduations, state playoffs, big goodbyes and celebrations. While we can't replace these missed milestones, our high school sports awards team didn't want this moment to pass without recognition and a pause of celebration for these seniors.

The USA Today Network will pay tribute to senior high school athletes who did not get to participate in spring sports with a special segment in the High School Sports Awards Shows, premiering across the country on Thursday, June 18.

Join the movement, share the stories and submit yourself or the high school senior who should be included in this special tribute by May 14. And be sure to tune in to the awards shows at 6 p.m. on Thursday, June 18.

Don't stop learning.
Don't stop training.
Don't stop dreaming.
#DONTSTOPNOW

SUBMIT A H.S. SENIOR TO BE INCLUDED IN THE TRIBUTE AND FIND A LIVE SHOW NEAR YOU AT
SPORTSAWARDS.USATODAY.COM/SENIORS

JV-0003277404-01

# EXHIBIT F

THE STATE MEDIA CO. INC.
Columbia, South Carolina publisher of

NEWSPAPER • DIGITAL • MAGAZINES • DIRECT MAIL

# AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification |
|---|---|---|
| 528886 | 0004641401 | Krystal Company |

**Attention:** Pete Egloff

MILLER ADVERTISING AGENCY, INC.
220 WEST 42 STREET, 12TH FLOOR
NEW YORK, NY 10036

**State of South Carolina**

**County of Richland**

I, Michelle Long, makes oath that the advertisment, was published in The State, a newspaper published in the City of Columbia, State and County aforesaid, in the issue(s) of

1 Insertions

Published On:

May 11, 2020

Michelle Long
Inside Classified Accounts Representative

Subscribed and sworn to before me on this 11th day of May in the year of 2020

Amy L. Robbins
Notary Public
My Commission Expires:
11/27/2022

*"Errors- the liability of the publisher on account of errors in or omissions from any advertisement will in no way exceed the amount of the charge for the space occupied by the item in error, and then only for the first incorrect insertion."*

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | | |
|---|---|---|
| e: | ) | Chapter 11 |
| E KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**ASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition ") , each of the three Debtors (listed below) filed voluntary petitions for relief er Chapter 11 of the United States Bankruptcy Code. The cases are jointly inistered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in United States Bankruptcy Court for the Northern District of Georgia, Atlanta sion (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. ] (the "Bar Date Order")[2] establishing certain dates by which parties holding etition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The tal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including viduals, partnerships, estates, and trusts who have a claim or potential claim nst the Debtors, that arose prior to the Petition Date, no matter how remote ontingent such right to payment or equitable remedy may be, **MUST FILE A OOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern e** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or poten- claim against the Debtors that arose prior to the Petition Date, no matter how ote or contingent such right to payment or equitable remedy may be, MUST A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing tern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious er-related activity in their environment and the presence of malware on ain point of sale terminals associated with one of their payment processing ems. This malware was designed to copy payment card information from cards ed on infected point of sale terminals. Based on the Debtors' investigation, unauthorized access to payment card information for the impacted payment essing system generally occurred from July 2, 2019 through September 27, 9, with some stores impacted over a shorter timeframe. Additional information aining to the security incident can be found at https://krystal.com/security/. ndividuals holding a claim or potential claim arising from the security incident **ST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**NY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE RT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF ING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON O FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED ALL PURPOSES IN THE CASES.**

supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at https://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim.** Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time.**

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

Case 20-61065-pwb Doc 519 Filed 05/27/20 Entered 05/27/20 22:33:28 Desc Main Document Page 22 of 25

# Coronavirus death toll in state's nursing homes hits 107

BY JOHN MONK
*jmonk@thestate.com*

COLUMBIA, SC

The death toll in South Carolina nursing homes and other care facilities has grown to 107, up from 84 deaths earlier in the week, the S.C. Department of Health and Environmental Control reported Friday.

The deaths include both residents and staff, said Dr. Linda Bell, S.C. state epidemiologist, who spoke at a press conference with Gov. Henry McMaster.

Also, DHEC reported, the number of residents and staff testing positive in the state's 194 nursing homes has grown to 1,072 since earlier in the week, when the state health agency reported 851 cases.

Nearly all the care facility deaths concerned residents. Two staff members have died, and 105 facility residents, DHEC reported. Friday was the first day that DHEC reported a breakdown between staff and residents.

Positive COVID-19 cases among residents hit 743, compared with 329 positive cases for staff, DHEC said.

In all as of Friday, 320 South Carolinians have died from COVID-19, and 7,367 have been infected by the disease, which causes in some patients severe respiratory failure while attacking other parts of the body.

On Monday, DHEC will start testing the 40,000 residents and staff in the state's 194 nursing homes, Bell said.

To begin with, that testing will target 74 of those 194 facilities, she added.

Coronavirus deaths in nursing homes and care facilities have attracted national and statewide attention because the numbers of such deaths linked to those facilities are unduly high.

Care facilities are populated by those who are especially vulnerable to the disease — those over 60, who generally have weakened immune systems and may be in frail health, and those with underlying health conditions such as obesity, diabetes and high blood pressure. Moreover, many also live in close quarters.

COVID-19 is highly contagious, transmitted by the breath or touch, and can attack the lungs, heart, liver, kidneys and other organs. It is believed to be particularly dangerous because those who are infected can spread the disease before they begin to show any symptoms, such as headaches or shortness of breath.

More than 76,000 Americans have died of the disease in the last two months, and more than 1 million have been infected, according to Johns Hopkins University.

The highest number of SC care facility deaths were at Heartland Health and Rehabilitation Center in Hanahan, where 13 residents died, DHEC reported. In all, Heartland had 90 people test positive — 58 residents and 32 staff.

Other nursing homes with high death numbers:

- Greer Rehabilitation and Health Center in Greer also had nine deaths out of that facility's 82 total cases.
- Greenville Post Acute in Greenville had 48 cases and nine deaths.
- Midlands Health and Rehabilitation Center in Columbia had eight resident deaths and one staff death and a total of 89 COVID-19 cases.

Lexington Medical Center Extended Care has had four resident deaths, out of its 28 cases, according to DHEC.

On March 13, Gov. Henry McMaster stopped visitation to long-term care facilities to help protect the vulnerable population who tend to live in these types of facilities.

"DHEC prioritizes the identification of COVID-19 infections in congregate settings like nursing homes, assisted living facilities and extended care facilities because the spread of respiratory illnesses like COVID-19 is common in these types of facilities, and the residents who live there are at high risk for developing complications or even death from COVID-19 infection," the agency said.

Here are some of the 83 state care facilities DHEC has reported, along with their COVID-19 cases and deaths:

- Carlyle Senior Care of Florence: 83 cases, four resident deaths.
- Carlyle Senior Care of Kingstree: 56 cases, five deaths.
- Lake Marion Nursing Facility in Summerton: 32 cases, seven resident deaths and one staff death.
- Pruitt Health in Blythewood: 54 cases, five resident deaths.
- Windsor Manor Nursing Home in Manning: 54 cases, seven resident deaths.

*John Monk: 803-771-8344, @jmonkatthestate*

FROM PAGE 1A

## VA HOSPITAL

agency managers have refused to negotiate with the Union over changes in working conditions," Grant continued. "Employees have been charged with AWOL when they have symptoms of the virus while they wait for results of testing."

The union held a protest Saturday outside the Columbia VA, calling on officials to address these concerns. Photos of the event showed that roughly 20 people were in attendance.

The concerns raised by the Columbia union are similar to those that VA employees have raised throughout the country, according to an article from the Washington Post.

Internal emails reviewed by NPR also show the U.S. Department of Veterans Affairs has been telling employees to use the same mask for a week in what appears to be a widespread policy, despite the fact that re-using a surgical mask can diminish its effectiveness.

As of late April, more than 6,300 veterans in VA hospitals have tested positive for COVID-19, Military Times has reported.

The State was unable to reach spokespeople with the Columbia VA, or at national VA headquarters, for comment.

*Lucas Daprile: 803-771-8483, @LucasDaprile*

JOSHUA BOUCHER jboucher@thestate.com

At a socially distanced vigil Sunday for Ahmaud Arbery and other black victims of gun violence, speakers asked for prayers for Arbery's mother, who celebrated Mother's Day without her son for the first time.

FROM PAGE 1A

## VIGIL

Church and an organizer of the Sunday event.

This was the second local event held over the weekend to bring attention Arbery's death. On Friday, people around Midlands and the country jogged for 2.23 miles to represent the day Arbery was killed — part of a larger, #IRunWithAhmaud day of action around the country.

"It is time for it to stop," said Columbia Branch NAACP president Oveta Glover. "We talk about it but we don't do anything about it. This is a step in doing something about it. Bringing awareness is the first step.It is just to open up the ears of people to hear about what is being said in honor of all of those who have fallen."

State lawmakers have also been vocal in speaking out against Arbery's death. U.S. Sen. Tim Scott of South Carolina, the

> "THE NARRATIVE THAT PEOPLE OF COLOR ARE MORE SUSPICIOUS OR DANGEROUS . . . MUST BE CHANGED.
>
> *The Rev. James Smith, pastor at Sidney Park CME Church*

only black Republican in the Senate, called for justice on Thursday.

"Every.single.time. The excuses pour in — 'he looked suspicious' ... 'we thought he was committing a crime '... The fact remains, #AhmaudArbery was hunted down from a pickup truck and murdered in cold blood. My heart breaks for his family, and justice must be served.," Scott tweeted.

JOSHUA BOUCHER jboucher@thestate.com

Ovetta Glover, president of the Columbia branch of the NAACP, speaks at Sunday's vigil. Attendees were told to stay in their cars, circle the block and honk three times to symbolize the three times Ahmaud Arbery was shot.

The vigil Sunday also honored Joshua Ruffin, a black teenager who the Columbia Police Department said was shot in north Columbia in April by a white department officer. The officer stopped Ruffin as the teen was walking along a road where a series of car break-ins were reported, the department said.

Ruffin is alleged to have ran away and pulled a gun as the officer chased him, according to the department.

"The narrative that people of color are more suspicious or dangerous than their white counterparts when doing normal activities must be changed," said Smith.

*Lou Bezjak: (803) 771-8419, @LouatTheState*

FROM PAGE 1A

## VIRUS

eling off — but they have stressed that the raw total of cases will likely increase as testing is expanded. DHEC is planning to nearly double the amount of testing by the end of May with a goal of testing 2% of South Carolina's population each month. So far, about 1.3% of the state's residents have been tested.

DHEC announced Sunday that mobile testing clinics will be held in Charleston County this week. In addition, testing is currently scheduled this week for Clarendon, Florence, Lee and Saluda counties. Mobile testing clinics were previously held in Darlington, Richland and Greenville counties.

More mobile testing sites have currently been scheduled through May 22 and additional sites will continue to be added.

Beginning Monday, DHEC will test all residents and staff at nursing homes, where more than 100 people have died and more than 1,000 have tested positive.

At the same time, Gov. Henry McMaster has said he is confident that the state is ready to reopen and has taken increasing steps to restart the economy. On Monday, restaurants can open for limited dine-in service so long as they operate at 50% occupancy and tables are positioned six to eight feet apart.

McMaster is also expected to announce Monday when salons, gyms and other "close physical contact" businesses in South Carolina will be able to reopen.

Still, DHEC officials and McMaster have recommended residents continue to practice social distancing as businesses reopen, with a target date of June 16 for relaxing those recommendations. McMaster has also said law enforcement officials will still be able to intervene if they see groups of three or more people gathering in public.

As of Sunday afternoon, 4,079,388 people worldwide have been diagnosed with coronavirus and 283,313 people have died, according to Johns Hopkins University. The United States leads the world with 1,321,223 people who have been diagnosed with the novel virus. In the U.S., 79,058 deaths have been reported, including 26,535 in New York City.

*Lou Bezjak: (803) 771-8419, @LouatTheState*

## Bear print makes impression at Outer Banks

National Park Service rangers are telling beachgoers at Cape Lookout to be on the lookout for a black bear.

In a Facebook post, Cape Lookout National Seashore said Saturday that a park biologist found a bear's paw print in the sand on South Core Banks, part of the chain of Outer Banks barrier islands.

The park says it's rare for bears to make their way onto the barrier islands, but they're excellent swimmers and can generally make their way across inlets to hop from island to island.

Park officials don't believe the bear is a threat to humans.

— ASSOCIATED PRESS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

In re: ) Chapter 11
THE KRYSTAL COMPANY, *et al.*,[1] ) Case No. 20-61065 (PWB)
Debtors. ) (Jointly Administered)

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim**. Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim**. Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information**. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

# EXHIBIT G

Tennessean.
PART OF THE USA TODAY NETWORK

**KCC**
**222 N Pacific Coast Highway, 3rd Floor**
**El Segunda, CA 90245**

# Affidavit of Publication

**State of Wisconsin**
**County of Brown**

Personally appeared before me, Tara Mondloch, a Notary Public, Kia Thor, of GANNETT PUBLISHING COMPANY, a corporation, publishers of The Tennessean, morning and Sunday paper, published in Nashville, Tennessee, who makes oath in due form of law, that she is Legal Clerk of the said Gannett Publishing Company, and that the accompanying and hereto attached notice was published in the following edition of The Tennessean to-wit:

5/11/2020

Legal Clerk

Subscribe and sworn to before me this 14th day of May

**Notary** Public, State of Wisconsin, County of Brown

My commission expires on August 06, 2021

**Ad Number:** GCI0416983

TARA MONDLOCH
Notary Public
State of Wisconsin

THE TENNESSEAN place an ad online 24/7 at Tennessean.com/classifieds | call 615-242-SALE

# classifieds

wheels « homes « merch « announce « jobs

ALL CLASSIFIED ADS are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. The Tennessean reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. The Tennessean shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.
In some cases, statutes or regulations apply to advertising; you should consult a legal advisor in appropriate circumstances. We make no certifications, warranties, or representations that your advertising complies with laws. You are solely and exclusively responsible for your own advertising or advertising which you have placed.

the job network

jobs.usatoday.com

General | General | General

Part-Time Drivers Needed
Great 2nd Job Opportunity!

"Great place to work and the flexible hours work well with my other driving jobs." - Clay

$300 SIGNING BONUS • $16.00 per HOUR

The Tennessean has an immediate need for part-time truck drivers on the night shift. Our part-time drivers average 20-29 hours per week making deliveries to distribution centers in the circulation areas.

Qualified candidates must be able to lift and carry up to 40 lbs.; possess a valid CDL – Class A or B and a DOT medical card and have a satisfactory motor vehicle record

Apply online: usatodaynetworkcareers.com, Req#10625 or call 615-259-8351 for more information.

Tennessean. PART OF THE USA TODAY NETWORK

TN-GCI0404447-01

Your Source Public Notices for the latest...

## Public Notices

0004184833

**LEGAL NOTICE**

The annual report of the Thackston Family Foundation for calendar year 2019 is available for inspection at the office of the foundation by any citizen who requests it within 180 days after the date of publication of this notice. The principal office of the foundation is located at 2010 Priest Road, Nashville, TN 37215, telephone number 615-665-1325. The principal manager of the foundation is Eward Thackston.

## Public Notices

0004184133

ADVERTISEMENT FOR BIDS

Sealed bids for the furnishing of all labor, material, equipment and services for One Bridge Replacement In Cannon County, Tennessee will be received until 10:00 AM Local Time, May 28, 2020 at the office of Mr. Wayne Hancock, Road Superintendent, 900 Old McMInnville Road, Woodbury, Tennessee 37190 at which time and place they will be publicly opened and read aloud. Bids being mailed for this work should be addressed to Mr. Wayne Hancock, Road Superintendent, P.O. Box 260, Woodbury, Tennessee 37190.

Printed and electronic copies of Plans, Specifications and Contract Documents may be obtained from Nazel Engineering, LLC at kylehazel1122@email.com or PHONE: 931-6S0-0060 upon payment of $150.00 (non-refundable) to Hazel Engineering, LLC. Bids shall be submitted on a separate copy of the PROPOSAL supplied for this purpose, Plans, Specifications, and Contract Documents must be purchased from Hazel Engineering, LLC. prior to the bid opening for a bid to be considered qualified.

The Owner reserves the right to waive any informalities or reject any or all bids.

Cannon County Highway Department
Mr. Wayne Hancock,
Rood Superintendent

## Public Notices

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

In re: THE KRYSTAL COMPANY, *et al.*,[1] Debtors. ) Chapter 11 ) Case No. 20-61065 (PWB) ) (Jointly Administered)

**NOTICE OF SALE AND DEADLINE FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On January 19, 2020 (the "Petition Date"), each of the three Debtors (listed below) filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. The cases are jointly administered before the Honorable Paul W. Bonapfel under Case No. 20-61065, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). On March 17, 2020, the Court entered an order [Dkt. No. 283] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim ("Proofs of Claim").

**Debtor Name, Case Number, Federal Tax Identification Number:** The Krystal Company, Case No. 20-61065 (PWB), 62-0264140; Krystal Holdings, Inc., Case No. 20-61067 (PWB), 58-2325381; K-Square Acquisition Co., LLC, Case No. 20-61068 (PWB), 45-4698916.

**The Claims Bar Date.** Pursuant to the Bar Date Order, all entities, including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **May 19, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date").

**Governmental Bar Date.** Governmental entities who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 20, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Security Incident.** During the fall of 2019, the Debtors identified suspicious cyber-related activity in their environment and the presence of malware on certain point of sale terminals associated with one of their payment processing systems. This malware was designed to copy payment card information from cards swiped on infected point of sale terminals. Based on the Debtors' investigation, the unauthorized access to payment card information for the impacted payment processing system generally occurred from July 2, 2019 through September 27, 2019, with some stores impacted over a shorter timeframe. Additional information pertaining to the security incident can be found at https://krystal.com/security/. All individuals holding a claim or potential claim arising from the security incident **MUST FILE A PROOF OF CLAIM** on or before the Claims Bar Date.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM WITH THE COURT, IN EACH CASE ON OR BEFORE THE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN AND ANY PERSON WHO FAILS TO FILE A PROOF OF CLAIM WILL HAVE THEIR CLAIM BARRED FOR ALL PURPOSES IN THE CASES.**

**How to File a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by (i) electronically using the interface available on the Notice and Claims Agent's website at http://www.kccllc.net/Krystal (click "Submit Electronic Proof of Claim (ePOC)"); or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, so as to be ***received*** by KCC (the "Claims and Noticing Agent") on or before the Claims Bar Date at the following address: The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245, T: (888) 249-2792.

**Contents of Proofs of Claim.** Each proof of claim must (i) be legible and written in English; (ii) include a claim amount denominated in United States dollars (using the Petition Date rate of conversion, if applicable); (iii) conform substantially with the Proof of Claim Form; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include as attachments any and all supporting documentation on which the claim is based. ***Please note*** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against The Krystal Company.

**The Sale Objection Deadline and Sale Hearing.** On March 4, 2020, the Court entered an order [Docket No. 227], which, among other things, authorized the Debtors to solicit bids and approved bidding procedures to be employed by the Debtors in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"). The deadline to object to approval of the Sale is **May 12, 2020 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"). Any objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Complex Case Procedures, the Bankruptcy Local Rules for the Northern District of Georgia, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Bankruptcy Court by the no later than the Sale Objection Deadline. The hearing to consider approval of the Sale will take place on **May 13, 2020 at 5:00 p.m., prevailing Eastern Time**.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a Proof of Claim Form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (888) 249-2792 (U.S./Canada) or (310) 751-2607 (International); (ii) visiting the Debtors' restructuring website at: https://www.kccllc.net/krystal; and/or (iii) The Krystal Company Claims Processing Center, c/o KCC, 222 N. Pacific Coast Hwy, Suite 300, El Segundo, CA 90245. ***Please note*** that the Claims and Noticing Agent ***cannot*** offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

SELL IT BUY IT FIND IT

Place your classified ad today.

tnmedia To advertise call 615-881-7905 and press option 3 or email servicedirectory@gannett.com

# service directory

Professional Service all your needs...

Business Service

•Balconies •Handrails
Residential & Commercial
10 Years Experience
MARCOS WELDING SERVICES
615-586-0016

JIM'S CLOCK SERVICE
•Cleaning •Oiling
•Repairs •Set-Up
30 years exp.
Reasonable Rates
I Make House Calls
615-584-0466

BEST SERVICE
YES WE ARE OPEN!!!! YOUR TRANSMISSION Center Inc.
2411 Dickerson Pike
A Plus Rating with the BBB, Over 33 Yrs. in Business. Also doing General Repair Work.
Free Estimates!
Call 615-228-3987

Call 242-SALE to place your classified ad.

Business Service

PENTECOST
P
Tree Services

Tree Removal
• Trimming
•Firewood
• Pruning • Deadwooding
24 Hour Emergency Services
✓ Licensed ✓ Insured
Residential & Commercial
615-394-3498

Home Improvement

ED BROWN
PLASTERING
DRYWALL & PLASTER
REPAIR SPECIALIST
All Work Fully Guaranteed
No Dust or Mess
Rid your home of potentially dangerous cracks esp sagging celings
40 Years of Prompt, Reliable Service
Free Estimates & References
No job too small!
SENIOR DISCOUNTS!
615-227-2969
Call Anytime!

the job network Get started by visiting jobs.usatoday.com

Home Improvement

ACI SUPPLY
1/2 Price Pre-Spring Sale
Buy One Iron Security Storm Door at regular price, get Second Door at 1/2 price! 1/2 price on Burglar Bars & Iron Handrails. Don't be a victim this season! Install Burglar Bars, Doors & Fence today! We also install Replacement Windows, Entry Doors, Carports, & Decorative Iron Mailboxes.
Call 615-242-8882
Websites:
ironsecuritydoors.com
or windowburglarbars.com

Hertz Asphalt and Concrete Services
Parking Lots, Driveways, Seal Coating, and Repairs
• 2 Free Estimates for Asphalt or Concrete
• No Job Too Large or Too Small
Mention This Ad and Get $100 Off!
BBB A+ Member
615-941-2941 or 615-498-6008

Wanted: A mountain bike at a not-so-steep price. Find what you want in The Tennessean Classifieds

Home Improvement

LOOK
ENGLISH HOME IMPROVEMENTS
• Serving Middle TN & Western KY
• A+ Rating with the BBB
• Named a top 3 Nashville Contractor
• Licensed TN # 00068088 & Insured Complete Contractor
"We do it all from Roofs to Additions"
•Window Special•
Buy 10 - Get 2 FREE
Tell us you saw us in the Tennessean & save $500 off your home improvement.
615-746-0990
EnglishHomeImprovements.com

Junior Home Improvement
•Painting •Drywall •Kitchen & Bathrooms •Minor Plumbing & Electrical •All types of Customize Shower & Tile Work •All types of Flooring work.
Lic/Ins. & Bonded
Senior Citizen Discount
Call for Your Spring Specials
Call 615-684-2030

Tennessean. the job network

Home Improvement

Samuel's Home Improvement
615-397-0126
Decks •Trim •Doors •Roofing
•Windows •Hardwood Floors
Experienced/ Dependable
Any Home Improvement
*Free Estimates*

Lawn - Garden Care

ALL LANDSCAPING SERVICES
Lawn Maintenance, Mulching, Tree Trimming & Removal, Gutter Cleaning & MORE!
Free Estimates.
Alejandro Lopez
615-483-4683
allandscaping@hotmail.com

Paco's Tree Service
Bonded & Insured
CALL 615-946-3427
Removal, Topping, Trimming, Stump, Pruning, Lots/Fence Cleaning.
15 Yrs. Exp.

Dirt, Top Soil & Will Spread, Stone. 30 Mile Radius, Call Donnie 615-498-6008

Tennessean. the job network

Lawn - Garden Care

J'S Lawn Care
Lawn Mowing, Trimming, Mulch Instalation, Power Washing, Lawn-Clean Ups, Pavers, Patios, Core Aeration.
Lic/Ins Free Est.
615-999-8730
Jgsr222@gmail.com

LAWNCARE & LANDSCAPING
By CARLOS HERNANDEZ
25 Years Exp on Mulching, Mowing, Trimming, Gutter Cleaning, Pressure Washing, Driveway Seal & Deck Stain.
Insurance/Free Estimates
615-804-6480

LAWN CARE
✓ Gutter Cleaning
✓ Trimming
✓ Mowing
✓ Mulching
✓ Clean Up
✓ Pressure Washing
✓ Irrigation System Fix
✓ Set Up New Systems
Ramiro Hernandez 615-785-5372
Free Estimates

Moving

AtYourDoor Junk Hauling & Moving Service
Junk Hauling, Local & Long Distance Moving, Professional Storage, Trash Outs & Cleaning Services
Free Estimates!
★ 615-398-9588 ★

Place your ad online @ www.tennessean.com

Having A Garage Sale?

Let your community know by advertising in your local newspaper.

Don't wait, call today!

YARD SALE
GARAGE SALE SATURDAY
YARD SALE