UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE KRYSTAL COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-61065 (PWB)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS LEAVE, STANDING, AND AUTHORITY TO COMMENCE, PROSECUTE, AND IF APPROPRIATE, SETTLE CERTAIN CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

The Official Committee of Unsecured Creditors (the "Committee") of The Krystal Company, *et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), as required by that certain Settlement Agreement, which was attached as Exhibit 1 to the Debtors' Emergency Motion [Docket No. 415] approved by an Order of the Court [Docket No. 467], hereby withdraws its *Motion of The Official Committee of Unsecured Creditors for Entry of an Order Granting The Official Committee of Unsecured Creditors Leave, Standing, and Authority to Commence, Prosecute, and if Appropriate Settle Certain Causes of Action on behalf of the Debtor's Estates* [Docket No. 333].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

15008483v1

Dated:  Atlanta, Georgia
May 28, 2020

                              ARNALL GOLDEN GREGORY LLP

                              */s/ Darryl S. Laddin*
Darryl S. Laddin
Georgia Bar No. 460793
Sean C. Kulka
Georgia Bar No. 648919
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
darryl.laddin@agg.com
sean.kulka@agg.com

*Counsel to the Official Committee of
Unsecured Creditors of The Krystal Company*

2

15008483v1