**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on May 27, 2020, the Court entered the *Order Establishing Procedures for the Assumption or Rejection of Certain Executory Contracts and Unexpired Leases* (the "Procedures Order") [Docket No. 514].[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice of the assumption by the Debtors and assignment to the Purchaser of the Assigned Contracts (each as amended by agreement of the parties thereto) listed on Schedule 1 attached hereto. Pursuant to the terms of the Procedures Order, the Assigned Contracts are deemed assumed and assigned effective as of the date of this Notice.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Procedures Order.

| | |
|---|---|
| Date: June 1, 2020<br>Atlanta, Georgia | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br>*/s/ Sarah R. Borders*<br>Sarah R. Borders<br>Georgia Bar No. 610649<br>Jeffrey R. Dutson<br>Georgia Bar No. 637106<br>Leia Clement Shermohammed<br>Georgia Bar No. 972711<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Email: sborders@kslaw.com<br>Email: jdutson@kslaw.com<br>Email: lshermohammed@kslaw.com<br><br>*Counsel for the Debtors in Possession* |

**Schedule 1**

**Assigned Contracts**

List of Assumed and Assigned Contracts (as amended or modified)

| Counterparty | Attn: | Address | City | State | Zip | Description | Category | Accept/Reject |
|---|---|---|---|---|---|---|---|---|
| 1045 ELLIS AVENUE OWNER, LLC | ATTN: DAMON ANTHONY COLANGELO | 1211 SW 15TH STREET | BOCA RATON | FL | 33486 | Lease Agreement - Store JCM002 | Real Estate - Lease | Accept (as modified by amendment) |
| ADELINE PEPPER | ATTN: ADELINE PEPPER | 405 E MARKET STREET | ATHENS | AL | 35611 | Lease Agreement - Store DCA001 | Real Estate - Lease | Accept (as modified by amendment) |
| ANSONIA PROPERTIES, LLC | ATTN: ROBERT KAPUSTA | 100 2ND AVENUE SOUTH, SUITE 701 | ST. PETERSBURG | FL | 33701 | Lease Agreement - Store ATL054/ATLF33 | Real Estate - Lease | Accept (as modified by amendment) |
| ANSONIA PROPERTIES, LLC | ATTN: ROBERT KAPUSTA | 100 2ND AVENUE SOUTH, SUITE 701 | ST. PETERSBURG | FL | 33701 | Lease Agreement - Store NSH013 | Real Estate - Lease | Accept (as modified by amendment) |
| ANTHONY PERRICONE, TRUSTEE | ATTN: ANTHONY PERRICONE | 1343 NEPTUNE AVE | ENCINITAS | CA | 92024 | Lease Agreement - Store HTV007 | Real Estate - Lease | Accept (as modified by amendment) |
| AR GLOBAL | ATTN: KAREN MASSEY | P.O. BOX 205972 | DALLAS | TX | 75320 | Lease Agreement - Store CHN009/CHNF06 | Real Estate - Lease | Accept (as modified by amendment) |
| AR GLOBAL | ATTN: KAREN MASSEY | P.O. BOX 205972 | DALLAS | TX | 75320 | Lease Agreement - Store CHN022/CHNF08 | Real Estate - Lease | Accept (as modified by amendment) |
| AR GLOBAL | ATTN: KAREN MASSEY | P.O. BOX 205972 | DALLAS | TX | 75320 | Lease Agreement - Store CLV001 | Real Estate - Lease | Accept (as modified by amendment) |
| AR GLOBAL | ATTN: KAREN MASSEY | P.O. BOX 205972 | DALLAS | TX | 75320 | Lease Agreement - Store COL006 | Real Estate - Lease | Accept (as modified by amendment) |
| AR GLOBAL | ATTN: KAREN MASSEY | P.O. BOX 205972 | DALLAS | TX | 75320 | Lease Agreement - Store JAX015 | Real Estate - Lease | Accept (as modified by amendment) |
| BARKER'S VILLAGE, INC. | ATTN: CHARLES J. PLACEK | 92 HEULITT ROAD | COLTS NECK | NJ | 07722 | Lease Agreement - Store KNX020 | Real Estate - Lease | Accept (as modified by amendment) |
| BONANZA REAL ESTATE HOLDINGS, LLC | ATTN: DEBBIE CHALIFOUX | 365 TAFT-VINELAND ROAD, SUITE 105 | ORLANDO | FL | 32824 | Lease Agreement - Store NTN001 | Real Estate - Lease | Accept (as modified by amendment) |
| BROOKS HUBBARD/KATHLEEN T. HUBBARD | ATTN: BROOKS & KATHLEEN HUBBARD | 41825 GREEN TREE RD | TEMECULA | CA | 92592 | Lease Agreement - Store MBL002 | Real Estate - Lease | Accept (as modified by amendment) |
| C&L PROPERTIES, INC. | 2231 TILLMAN AVENUE | | WINTER GARDEN | FL | 34787 | Lease Agreement - Store JAX001 | Real Estate - Lease | Accept (as modified by amendment) |
| C&L PROPERTIES, INC. | 2231 TILLMAN AVENUE | | WINTER GARDEN | FL | 34787 | Lease Agreement - Store ORL005 | Real Estate - Lease | Accept (as modified by amendment) |
| CAPVIEW INCOME & VALUE FUND IV, LP | C/O CAPVIEW PARTNERS, LLC | 5910 N. CENTRAL EXPRESSWAY, SUITE 1625 | DALLAS | TX | 75206 | Lease Agreement - Store JCM004 | Real Estate - Lease | Accept (as modified by amendment) |
| CAPVIEW INCOME & VALUE FUND IV, LP | C/O CAPVIEW PARTNERS, LLC | 5910 N. CENTRAL EXPRESSWAY, SUITE 1625 | DALLAS | TX | 75206 | Lease Agreement - Store PHC001 | Real Estate - Lease | Accept (as modified by amendment) |
| CLAIRE MCFARLAND OSBORN | ATTN: JACK JENKINS | 4215 HARDING ROAD, UNIT 1004 | NASHVILLE | TN | 37205 | Lease Agreement - Store NSH016 | Real Estate - Lease | Accept (as modified by amendment) |
| CLARK/WILLMSCHEN HOLDINGS 2, LLC | ATTN: SANDRA CLARK | 7074 CORINTIA STREET | CARLSBAD | CA | 92009 | Lease Agreement - Store ALB005 | Real Estate - Lease | Accept (as modified by amendment) |
| CONRAD MARIETTA, LLC | ATTN: ROGER CONRAD | 7147 SURFBIRD CIRCLE | CARLSBAD | CA | 92011 | Lease Agreement - Store MAR024 | Real Estate - Lease | Accept (as modified by amendment) |
| CUMMINGS & ASSOCIATES, INC. | ATTN: MARL CUMMINGS, III | P.O. DRAWER 16227 | MOBILE | AL | 36616 | Lease Agreement - Store MBL003 | Real Estate - Lease | Accept (as modified by amendment) |
| DAVIS M BOHLER TRUST | ATTN: FRANK S. TOMMEY | 2536 HENRY ST | AUGUSTA | GA | 30904 | Lease Agreement - Store MAC008 | Real Estate - Lease | Accept (as modified by amendment) |
| DESAI HOLDINGS, LLC | ATTN: PRAKASH & SIDDHARTH DESAI | 1811 LAKEHURST COURT SE | SMYRNA | GA | 30080 | Lease Agreement - Store CAL001 | Real Estate - Lease | Accept (as modified by amendment) |
| DJ RASH REALTY COMPANY, LLC | ATTN: JOHN M. TANENBAUM | 350 THEODORE FREMD AVE, SUITE 210 | RYE | NY | 10580 | Lease Agreement - Store CHN004 | Real Estate - Lease | Accept (as modified by amendment) |
| DR. JOHN A. YOUNG/PEGGY D. YOUNG | ATTN: JOHN A. YOUNG | 227 COLVILLE ROAD | CHARLOTTE | NC | 28207 | Lease Agreement - Store ALB002 | Real Estate - Lease | Accept (as modified by amendment) |
| DUNG H. PHAM/REGINA T. PHAM | C/O JOHN PHAM | 18625 SAGE COURT | SARATOGA | CA | 95070 | Lease Agreement - Store ORL004 | Real Estate - Lease | Accept (as modified by amendment) |
| EDWIN M. BROWN/JESSIE A. BROWN | C/O MCMURRAY COMPANY REALTORS | 4117 WALLACE LANE | NASHVILLE | TN | 37215 | Lease Agreement - Store NSH012 | Real Estate - Lease | Accept (as modified by amendment) |
| FAITH SUMMERSON, TRUSTEE | ATTN: FAITH SUMMERSON | 6715 W SWEETWATER AVE | PEORIA | AZ | 85381 | Lease Agreement - Store PEN003 | Real Estate - Lease | Accept (as modified by amendment) |
| GAM DEVELOPMENT, LLC | ATTN: MANUEL C. JARDIN | 3230 ARENA BLVD, SUITE 245-346 | SACRAMENTO | CA | 95834 | Lease Agreement - Store MFS005 | Real Estate - Lease | Accept (as modified by amendment) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEORGE A. KNASI/SUSAN R. KNAYSI | ATTN: SUSAN KNAYSI | 117 BROOKCHASE LANE | HENRICO | VA | 23227 | Lease Agreement - Store COL010 | Real Estate - Lease | Accept (as modified by amendment) |
| GLORIA D. MCCOLL POWELL, TRUSTEE | ATTN: GLORIA D. MCCOLL POWELL | P.O. BOX 7081 | RANCHO SANTA | CA | 92067 | Lease Agreement - Store CHN019 | Real Estate - Lease | Accept (as modified by amendment) |
| GRAHAM I, LLC | ATTN: ROSS GRAHAM | 5632 HAVERHILL RD | IRONDALE | AL | 35210 | Lease Agreement - Store BIR002 | Real Estate - Lease | Accept (as modified by amendment) |
| HANNAH ROCKS, LLC | ATTN: JOHN M. TANENBAUM | 350 THEODORE FREMD AVE, SUITE 210 | RYE | NY | 10580 | Lease Agreement - Store MFS012 | Real Estate - Lease | Accept (as modified by amendment) |
| HANNAH ROCKS, LLC | ATTN: JOHN M. TANENBAUM | 350 THEODORE FREMD AVE, SUITE 210 | RYE | NY | 10580 | Lease Agreement - Store MFS021 | Real Estate - Lease | Accept (as modified by amendment) |
| HARDEN OIL COMPANY, INC/WILLIS N HARDEN, JR FAMILY PARTNERSHIP | ATTN: BRIAN BANISTER | 250 WESTVIEW DR | ATHENS | GA | 30606 | Lease Agreement - Store ATL065 | Real Estate - Lease | Accept (as modified by amendment) |
| JAMES FRANCIS MCFADDEN/MAUREEN SCULLY MCFADDEN | ATTN: JIM MCFADDEN | 662 28TH STREET | SAN FRANCISCO | CA | 94131 | Lease Agreement - Store FOL001 | Real Estate - Lease | Accept (as modified by amendment) |
| JEAN MAYER TRUST | ATTN: JEAN M. MAYER | 43888 NORTH FORK DRIVE | KAWEAH | CA | 93237 | Lease Agreement - Store BIR001 | Real Estate - Lease | Accept (as modified by amendment) |
| JEFFERSON DAVIS FAMILY, LLC/SHROPSHIRE PROPERTIES, LLC | ATTN: LEHMANN SMITH | P.O. BOX 2045 | CARTERSVILLE | GA | 30120 | Lease Agreement - Store CTV001 | Real Estate - Lease | Accept (as modified by amendment) |
| JERRY HIPPS | ATTN: JERRY & RHONDA HIPPS | 6177 KINGSLEY LAKE DR | STARKE | FL | 32091 | Lease Agreement - Store JAX010 | Real Estate - Lease | Accept (as modified by amendment) |
| JGM PROPERTIES, LLC | ATTN: JAMES G. MCMURRAY | 303 WILLIAMS STREET, SUITE 411 | HUNTSVILLE | AL | 35801 | Lease Agreement - Store MAL001 | Real Estate - Lease | Accept (as modified by amendment) |
| JMT LAND HOLDINGS, LLC | ATTN: JOHN M. TANENBAUM | 350 THEODORE FREMD AVE, SUITE 210 | RYE | NY | 10580 | Lease Agreement - Store RME002 | Real Estate - Lease | Accept (as modified by amendment) |
| KALIES PROPERTIES, LLC | ATTN: KEVIN KALIES | 13204 COKER ROAD | SHAWNEE | OK | 74804 | Lease Agreement - Store HTB001 | Real Estate - Lease | Accept (as modified by amendment) |
| KALIES PROPERTIES, LLC | ATTN: KEVIN KALIES | 13204 COKER ROAD | SHAWNEE | OK | 74804 | Lease Agreement - Store TMP009 | Real Estate - Lease | Accept (as modified by amendment) |
| KHAN INVESTMENTS OF JACKSONVILLE, LLC | ATTN: JIM KHAN | 26481 MARINE VIEW DR S | DES MOINES | WA | 98198 | Lease Agreement - Store JAX013 | Real Estate - Lease | Accept (as modified by amendment) |
| KRY WARNER ROBINS REALTY, LLC | ATTN: CAROLINE PIELA | 13401 20TH AVENUE | COLLEGE POINT | NY | 11356 | Lease Agreement - Store MAC013 | Real Estate - Lease | Accept (as modified by amendment) |
| KRYSTAL V, LLC | C/O JL MANAGEMENT | 629 CAMINO DE LOS MARES #206 | SAN CLEMENTE | CA | 92673 | Lease Agreement - Store MFS007 | Real Estate - Lease | Accept (as modified by amendment) |
| LAPORTE, INC. | ATTN: ANTHONY LAPORTE, JR. | P.O. BOX 916 | CORDELE | GA | 31010 | Lease Agreement - Store CDL001 | Real Estate - Lease | Accept (as modified by amendment) |
| MALLOY FISH HOLDINGS, LLC | ATTN: JOANNE FISH | 3510 W. MARDON AVE | LAS VEGAS | NV | 89139 | Lease Agreement - Store ATL043 | Real Estate - Lease | Accept (as modified by amendment) |
| MARVIN ESPINOLA | ATTN: MARVIN ESPINOLA | 23874 ROAD 16 | CHOWCHILLA | CA | 93610 | Lease Agreement - Store MTN002 | Real Estate - Lease | Accept (as modified by amendment) |
| MCKRYSTAL, LLC | ATTN: GEORGE EICHLER | P.O. BOX 57401 | MACON | GA | 31208 | Lease Agreement - Store MAC010 | Real Estate - Lease | Accept (as modified by amendment) |
| MILLER FAMILY TRUST | ATTN: JIM MILLER | 6612 LARGO CORTE | RANCHO SANTA | CA | 92067 | Lease Agreement - Store JCM006 | Real Estate - Lease | Accept (as modified by amendment) |
| NUNES CALIFORNIA PROPERTIES, LLC | C/O SMITH COMMERCIAL MANAGEMENT | 18640 SUTTER BLVD, SUITE 300 | MORGAN HILL | CA | 95037 | Lease Agreement - Store JCM009 | Real Estate - Lease | Accept (as modified by amendment) |
| O'MAR, INC. | ATTN: JILL PERALTA | 8081 COTTAGE HILL ROAD | MOBILE | AL | 36695 | Lease Agreement - Store MBL012 | Real Estate - Lease | Accept (as modified by amendment) |
| PAUL D. FULWOOD TRUST | ATTN: PAUL D. FULWOOD, IV | P.O. BOX 47 | TIFTON | GA | 31794 | Lease Agreement - Store TIF001 | Real Estate - Lease | Accept (as modified by amendment) |
| PAUL TAYLOR, TRUSTEE OF THE TAYLOR 2017 TRUST | ATTN: PAUL TAYLOR | 21 SHORELINE DRIVE | HUDSON | NH | 03051 | Lease Agreement - Store TAL005 | Real Estate - Lease | Accept (as modified by amendment) |
| PEACH WILLOW, LLC | ATTN: RODNEY AIGLSTORFER | 2183 TAXIWAY F, SUITE A6 | MINDEN | NV | 89423 | Lease Agreement - Store TMP008 | Real Estate - Lease | Accept (as modified by amendment) |
| PHYLLIS UYEMURA | ATTN: PHYLLIS UYEMURA | 1172 PRINCESS COURT | COSTA MESA | CA | 92626 | Lease Agreement - Store JAX019 | Real Estate - Lease | Accept (as modified by amendment) |
| PRAXIS, LLC | ATTN: NICHOLAS CATRANIS | 2033 AIRPORT BLVD, SUITE D | MOBILE | AL | 36606 | Lease Agreement - Store MNT009 | Real Estate - Lease | Accept (as modified by amendment) |
| ROBERT E SYKES, JR | ATTN: ROBERT E SYKES, JR | 4794 HILLSIDE DRIVE | CARLSBAD | CA | 92008 | Lease Agreement - Store WRG003 | Real Estate - Lease | Accept (as modified by amendment) |
| SPP INVESTMENTS, LLC | ATTN: SUSAN BLOODWORTH | 6501 PEAKE RD., SUITE 350 | MACON | GA | 31210 | Lease Agreement - Store MAC009 | Real Estate - Lease | Accept (as modified by amendment) |
| SUNSHINE CAR CARE, LLC | ATTN: TOM CHAMBASIAN | 1311 NORTH PAUL RUSSELL ROAD, SUITE B101 | TALLAHASSEE | FL | 32301 | Lease Agreement - Store JAX029 | Real Estate - Lease | Accept (as modified by amendment) |
| SUZANNE L. HARRIS | ATTN: CELIA HOSSE | 1116 LOCK 4 RD | GALLATIN | TN | 37066 | Lease Agreement - Store NSH004 | Real Estate - Lease | Accept (as modified by amendment) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TABKA, LLC | ATTN: ROBERT LATIMER (BOBBY) | 734 MCCONNELL RUN CROSSING | GRAYSON | GA | 30017 | Lease Agreement - Store SAV009 | Real Estate - Lease | Accept (as modified by amendment) |
| TENN PARTNERS, LLC | ATTN: DOUGLAS ARONSON | 2055 CLASSIC DRIVE | CORAL SPRINGS | FL | 33071 | Lease Agreement - Store KNX006 | Real Estate - Lease | Accept (as modified by amendment) |
| THE ESTATE OF SIDNEY STEINBERG | C/O BERNARD MARK | 40 CUTTER MILL RD, SUITE 300 | GREAT NECK | NY | 11021 | Lease Agreement - Store HTV006 | Real Estate - Lease | Accept (as modified by amendment) |
| TROISMANGE | ATTN: CHIP SITES | 537 MARKET ST, SUITE 400 | CHATTANOOGA | TN | 37402 | Lease Agreement - Store DLT001 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store ALB001 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store ATL008 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store ATL021 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store AUB003 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store AUG005 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store CHN006 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store CHN017/CHNF10 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store CHN026/CHNF09 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store COL007 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store GVL001 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store HTV002 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store HTV004 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store HTV005 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store JAX004 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store LWG001 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MAC004 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MAC011/MACF08 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MFS009 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MFS020 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MNT003 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MNT005 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store MNT006 | Real Estate - Lease | Accept (as modified by amendment) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store NSH026 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store ORL009 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store PMS001 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store SCA002 | Real Estate - Lease | Accept (as modified by amendment) |
| VEREIT | ATTN: ASSET MANAGER | 2325 E. CAMELBACK RD, 9TH FLOOR | PHOENIX | AZ | 85016 | Lease Agreement - Store TUS002 | Real Estate - Lease | Accept (as modified by amendment) |
| VVDT INVESTMENTS LLC | ATTN: PRASANTH KRISHNAM | 905 BLACKMAR WAY | SUWANEE | GA | 30024 | Lease Agreement - Store MAC012 | Real Estate - Lease | Accept (as modified by amendment) |
| WTD INVESTMENTS II, LLC | ATTN: WILLIAM T. DAVIS, JR (TOMMY) | 2891 GANT QUARTERS DRIVE | MARIETTA | GA | 30068 | Lease Agreement - Store ATL031 | Real Estate - Lease | Accept (as modified by amendment) |
| ZEAVY, LLC | ATTN: RUEVEN ZEAVY | 4653 CAMELIA AVENUE | NORTH HOLLYWOOD | CA | 91602 | Lease Agreement - Store JAX008 | Real Estate - Lease | Accept (as modified by amendment) |