**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on June 2, 2020, the Court entered the *Amended Order Establishing Procedures for the Assumption or Rejection of Certain Executory Contracts and Unexpired Leases* (the "Procedures Order") [Docket No. 535].[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice of the assumption by the Debtors and assignment to the Purchaser of the Assigned Contracts (each as may be amended by agreement of the parties thereto) listed on Schedule 1 attached hereto. Pursuant to the terms of the Procedures Order, the Assigned Contracts are deemed assumed and assigned effective as of the date of this Notice.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Procedures Order.

Date:  June 16, 2020
       Atlanta, Georgia

Respectfully submitted,

KING & SPALDING LLP

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Counsel for the Debtors in Possession*

**Schedule 1**

**Assigned Contracts**

| Counterparty | Address1 | Address2 | City | State | Zip | Description | Category | Accept/Reject | Notes / Next Steps |
|---|---|---|---|---|---|---|---|---|---|
| 200 SOUTH GERMANTOWN, LLC | C/O MARTIN A. GRUSIN | 6840 BRIARMEADOWS DRIVE | MEMPHIS | TN | 38120 | Lease Agreement - Store MFS025 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| AIRPORT PROPERTIES, LLC | C/O CARWIE PROPERTIES | 4175 GOVERNMENT BOULEVARD | MOBILE | AL | 36693 | Lease Agreement - Store MBL005 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| BATKA, LLC | ATTN: ROBERT LATIMER | 734 MCCONNELL RUN CROSSING | GRAYSON | GA | 30017 | Lease Agreement - Store ATL059/ATLF34 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| BRIGHAM LIMITED | ATTN: WILLIAM BRIGHAM | 160 BRECKENRIDGE DRIVE | NORTH AUGUSTA | SC | 29841 | Lease Agreement - Store AUG006 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| CALVIN WALKER TRUST | ATTN: KRISTOPHER LAMONT | 1647 FREDERICK MICHAEL WAY | LIVERMORE | CA | 94550 | Lease Agreement - Store JAX009 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| DUGGIN FAMILY LIMITED PARTNERSHIP | ATTN: THOMAS H. DUGGIN | 1030 SMITHVILLE HIGHWAY, SUITE 14 | MCMINNVILLE | TN | 37110 | Lease Agreement - Store MCM001 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| EMMA LEE HAMILTON | ATTN: EMMA LEE HAMILTON | 30 CHURCH ROAD | VILLA RICA | GA | 30180 | Lease Agreement - Store MAR015 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| FCPT HOLDINGS, LLC | ATTN: JAMES L. BRAT, ESQ. | 591 REDWOOD HIGHWAY, SUITE 1150 | MILL VALLEY | CA | 94941 | Lease Agreement - Store BIR009 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| FCPT HOLDINGS, LLC | ATTN: JAMES L. BRAT, ESQ. | 591 REDWOOD HIGHWAY, SUITE 1150 | MILL VALLEY | CA | 94941 | Lease Agreement - Store KNX015 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| FCPT HOLDINGS, LLC | ATTN: JAMES L. BRAT, ESQ. | 591 REDWOOD HIGHWAY, SUITE 1150 | MILL VALLEY | CA | 94941 | Lease Agreement - Store MNT011 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| GATE PETROLEUM COMPANY | ATTN: BECKY HAMILTON | 9540 SAN JOSE BLVD | JACKSONVILLE | FL | 32257 | Lease Agreement - Store JAX024 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| GATE PETROLEUM COMPANY | ATTN: BECKY HAMILTON | 9540 SAN JOSE BLVD | JACKSONVILLE | FL | 32257 | Lease Agreement - Store JAX025 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| GUARANTY LOAN & REAL ESTATE CO. | ATTN: BUTCH CORDELL | 310 MID-CONTINENT PLAZA #200 | WEST MEMPHIS | AR | 72301 | Lease Agreement - Store MFS019 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| HARDY REALTY AND DEVELOPMENT CO | ATTN: JIMMY KELLY | P.O. BOX 51 | ROME | GA | 30162 | Lease Agreement - Store RME003 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| LADAS LAND AND DEVELOPMENT, INC. | ATTN: STEVE LADAS | 426 SOUTH CRAFT HWY | CHICKASAW | AL | 36611 | Lease Agreement - Store MBL009 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| LEHIGH GAS WHOLESALE SERVICES, INC. | ATTN: JOSEPH V. TOPPER JR. | 702 HAMILTON STREET, SUITE 203 | ALLENTOWN | PA | 18101 | Lease Agreement - Store KNX017 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| NOLENSVILLE OLD HICKORY, LLC | ATTN: MIKE OUTLAW | 18331 PINES BLVD, SUITE 319 | PEMBROKE PINES | FL | 33029 | Lease Agreement - Store NSH014 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| ROBERT LAING | ATTN: ROB LAING | 800 N. BARBARA ST | CASPER | WY | 82601 | Lease Agreement - Store NSH020 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| TONY NGUYEN FAMILY TRUST | ATTN: TONY NGUYEN | 11808 ROWLES CT. | LOS ANGELES | CA | 90066 | Lease Agreement - Store COL001 | Real Estate - Lease | ASSUME, AS AMENDED | Executed Amendment (Final Accept) |
| VISION REAL ESTATE, LLC | ATTN: MICHAEL TAYLOR | 523 3RD AVENUE SOUTH | NASHVILLE | TN | 37210 | Lease Agreement - Store CBT001 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| WILL HILL NEWTON JR | ATTN: WILL NEWTON | P.O. BOX 12445 | ATLANTA | GA | 30355 | Lease Agreement - Store GRF001 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |
| WILLARD SCARBRO FAMILY, L.P. | ATTN: WILLARD SCARBRO | 120 COUNTRY WALK DR | POWELL | TN | 37879 | Lease Agreement - Store KNX016 | Real Estate - Lease | ASSUME | As-Is/Executed Assumption (Final Accept) |