**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF REJECTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on June 2, 2020, the Court entered the *Amended Order Establishing Procedures for the Assumption or Rejection of Certain Executory Contracts and Unexpired Leases* (the "Procedures Order") [Docket No. 535].[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, the above-captioned debtors and debtors in possession (collectively the "Debtors") hereby provide notice of the rejection of the Rejected Contracts listed on Schedule 1 attached hereto. Pursuant to the terms of the Procedures Order, the Rejected Contracts are deemed immediately rejected effective as of the date of this Notice.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Procedures Order.

| | |
|---|---|
| Date:  June 30, 2020<br>Atlanta, Georgia | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br><u>*/s/ Sarah R. Borders*</u><br>Sarah R. Borders<br>Georgia Bar No. 610649<br>Jeffrey R. Dutson<br>Georgia Bar No. 637106<br>Leia Clement Shermohammed<br>Georgia Bar No. 972711<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Email: sborders@kslaw.com<br>Email: jdutson@kslaw.com<br>Email: lshermohammed@kslaw.com<br><br>*Counsel for the Debtors in Possession* |

**Schedule 1**

**Rejected Contracts**

Case 20-61065-pwb    Doc 572    Filed 06/30/20    Entered 06/30/20 14:34:41    Desc Main
Document    Page 3 of 4

| Counterparty | Address1 | Address2 | City | State | Zip | Description | Category | Service Description | Accept/Reject |
|---|---|---|---|---|---|---|---|---|---|
| Mobo Systems Inc. | Noah Glass | 26 Broadway, 24th Floor | New York | NY | 10004 | Master Services Agreement | Marketing | Online Ordering | NEW REJECTION |
| ALETHEIA MARKETING & MEDIA LLC | CHRIS SCHEMBRI | 15770 DALLAS PARKWAY, SUITE 200 | DALLAS | TX | 75248 | Media Services Agreement | Marketing | Media Agency | NEW REJECTION |
| YEXT | Michael Piersa | One Madison Avenue, 5th floor | New York | NY | 10010 | Digital management platform that powers are store locator and updates company info across the web, store hours, etc. Also allows us to respond to guest reviews on platforms such as Google and Yelp | Marketing | Store locator & guest review platform | NEW REJECTION |
| UNITED HEALTH CARE | 7440 WOODLAND DR DEPT 100 | | INDIANAPOLIS | IN | 46278 | Employee Benefits | HR / Healthcare | Employee Benefits | NEW REJECTION |
| QUATRRO FPO SOLUTIONS, LLC | 6400 SCHAFER COURT, SUITE #250 | | ROSEMONT | IL | 60018 | Services Agreement | G&A | Outsourced Accounting | NEW REJECTION |
| KPG INVESTMENTS INC. | ATTN: KEVIN GARTNER | 8280 PRINCETON SQUARE BLVD. WEST, SUITE 6 | JACKSONVILLE | FL | 32256 | Sublease Agreement - Store JAX014/JAXF11 | Real Estate - Subleased to Franchisee | | NEW REJECTION |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store JAX014/JAXF11 | Real Estate - Lease | | NEW REJECTION |
| SLM WASTE & RECYCLING SERVICES INC. DBA SLM FACILITY SOLUTIONS NATIONWIDE | SUSAN V. DAYWITT, PRESIDENT | 5000 COMMERCE DRIVE | GREEN LANE | PA | 18054 | Master Service Agreement (Trash & Recycling, Hood Cleaning, Landscaping and Facility Maintenance (Including HVAC PM) Services) | Restaurant Operating | Store-level trash, hood cleaning, and landscape | NEW REJECTION |
| SNAP TECH IT, LLC | ATTN: SHAWN BROWN, PRESIDENT | 103 PILGRIM VILLAGE Dr., Ste 100 | CUMMING | GA | 30040 | Master Services Agreement | Analytics / Software / IT | Corporate IT Support and Infrastructure | NEW REJECTION |
| CSI OF THE SOUTHEAST, INC. | 110 SKYLINE DRIVE | | MAYNARDVILLE | TN | 37807 | Equipment Maintenance Agreement | Restaurant Operating | Equipment maintenance for music, drive thrus timers, drive thru headsets, etc | NEW REJECTION |
| DTIQ | 111 SPEEN ST., SUITE 550 | | FARMINGHAM | MA | 01701 | Standard DTiQ Premium Package Services | Restaurant Operating | Camera systems, alarms, smart audits | NEW REJECTION |