**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on June 2, 2020, the Court entered the *Amended Order Establishing Procedures for the Assumption or Rejection of Certain Executory Contracts and Unexpired Leases* (the "Procedures Order") [Docket No. 535].[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice of the assumption by the Debtors and assignment to the Purchaser of the Assigned Contracts (each as amended by agreement of the parties thereto) listed on Schedule 1 attached hereto. Pursuant to the terms of the Procedures Order, the Assigned Contracts are deemed assumed and assigned effective as of the date of this Notice.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Procedures Order.

Date:  June 30, 2020
      Atlanta, Georgia

Respectfully submitted,

KING & SPALDING LLP

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Counsel for the Debtors in Possession*

**Schedule 1**

**Assigned Contracts**

| Counterparty | Address1 | Address2 | City | State Province | Zip | Description | Category | Accept/Reject |
|---|---|---|---|---|---|---|---|---|
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store ATL026 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store ATL028 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store ATL037 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store ATL052 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store ATL057 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store CDR001 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store DLT002 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store MAC007 | Real Estate - Lease | NEW ACCEPT |
| STORE CAPITAL | ATTN: ASSET MANAGEMENT | 8377 E. HARTFORD DRIVE, SUITE 100 | SCOTTSDALE | AZ | 85255 | Lease Agreement - Store SAV002 | Real Estate - Lease | NEW ACCEPT |
| THE KLUMP FAMILY FOUNDATION, INC. | SCHOLARSHIP AMERICA | | SAINT PETER | MN | 56082 | Gift Agreement by and Between The Klump Family Foundation, Inc. and Scholarship America, Inc. Regarding The Krystal Company Square Up Scholarship Program | G&A | NEW ACCEPT |
| CENTURY HEALTHCARE | ATTN: BAILY COX | 6300 FALLWATER TRAIL, SUITE 120 | THE COLONY | TX | 75056 | Letter re: Renewal Confirmation | HR / Healthcare | NEW ACCEPT |
| talentReef | 950 17th | Suite #700 | Denver | CO | 80202 | HR Services Agreement | HR / Healthcare | NEW ACCEPT |
| LEWIS COMMERCIAL PROPERTIES, LLC | ATTN: J CURTIS LEWIS III | 123 W. OGLETHORPE AVE | SAVANNAH | GA | 31401 | Lease Agreement - Store SAV010 | Real Estate - Lease | NEW ACCEPT |
| PARMENTER REIT FUND V, LLC | 1455 LINCOLN PARKWAY, SUITE 550 | | DUNWOODY | GA | 30346 | Lease Agreement - Store RSC000 | Real Estate - Lease | NEW ACCEPT |
| PPB&D, INC | ATTN: DOUGLAS GROSSMAN | 1270 LINCOLN AVENUE STE 400 | PASADENA | CA | 91103 | Lease Agreement - Store SAV007 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store ATH002/ATLF22 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store ATL002 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store AUG001 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store BGK002 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store CHN002 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store DAY002 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store GPM002 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store KNX009 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store MAC003 | Real Estate - Lease | NEW ACCEPT |
| PREFERRED PREMIUM PROPERTIES, LLC | C/O JOSEPH R. BAGBY PROPERTY RESOURCES CORP | 125 BRAZILIAN AVE | PALM BEACH | FL | 33480 | Lease Agreement - Store WRG001 | Real Estate - Lease | NEW ACCEPT |
| SAI SHAKTI, LC | ATTN: TILAK SIKRI | 8360 COLONIAL PLACE | DULUTH | GA | 30097 | Lease Agreement - Store SAV008 | Real Estate - Lease | NEW ACCEPT |
| THE COCA-COLA COMPANY* | Attn: Ryan Carter | One Coca-Cola Plaza | Atlanta | GA | $30,313.00 | Beverage Marketing Agreement and All Related Amendments | Food & Paper | NEW ACCEPT |
| Ringgold Property** | | | | | | | | |
| *Note: This contract was previously designated as a rejected contract in error; Buyer is assuming this contract subject to certain amendments (to be documented). | | | | | | | | |
| **The real estate owned by The Krystal Company located in Ringgold, Georgia has closed and, as such, is hereby removed from the DRA list | | | | | | | | |