**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on June 2, 2020, the Court entered the *Amended Order Establishing Procedures for the Assumption or Rejection of Certain Executory Contracts and Unexpired Leases* (the "Procedures Order") [Docket No. 535].[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice of the assumption by the Debtors and assignment to the Purchaser of the Assigned Contracts (each as amended by agreement of the parties thereto) listed on Schedule 1 attached hereto. Pursuant to the terms of the Procedures Order, the Assigned Contracts are deemed assumed and assigned effective as of the date of this Notice.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Procedures Order.

|  |  |
|---|---|
| Date: July 2, 2020<br>Atlanta, Georgia | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br><br>*/s/ Sarah R. Borders*<br>Sarah R. Borders<br>Georgia Bar No. 610649<br>Jeffrey R. Dutson<br>Georgia Bar No. 637106<br>Leia Clement Shermohammed<br>Georgia Bar No. 972711<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Email: sborders@kslaw.com<br>Email: jdutson@kslaw.com<br>Email: lshermohammed@kslaw.com<br><br>*Counsel for the Debtors in Possession* |

**Schedule 1**

**Assigned Contracts**

Case 20-61065-pwb   Doc 577   Filed 07/02/20   Entered 07/02/20 15:40:48   Desc Main
Document      Page 3 of 6

| Counterparty | Address1 | Address2 | City | State | Zip | Contract Date | Description | Category | Accept/Reject |
|---|---|---|---|---|---|---|---|---|---|
| ANAND PATEL AND KALPESH DAS | 2108 FIELDSTONE COVE | | JONESBORO | AR | 72404 | 08/07/19 | Franchise Development Agreement, Dated: 08/07/2019 | Development Agreement | NEW ACCEPT |
| KC BOURBON, LLC | 116 BOURBON STREET | | NEW ORLEANS | LA | 70113 | 02/11/20 | Franchise Development Agreement, Dated: 02/11/2020 | Development Agreement | NEW ACCEPT |
| KPG INVESTMENTS, INC. | KEVIN GARTNER | 8280 PRINCETON SQUARE BLVD. WEST, SUITE 8 | JACKSONVILLE | FL | 32256 | 07/12/02 | Franchise Agreement - Store GFLF02 | Franchise Agreement | NEW ACCEPT |
| KPG INVESTMENTS, INC. | KEVIN GARTNER | 8280 PRINCETON SQUARE BLVD. WEST, SUITE 8 | JACKSONVILLE | FL | 32256 | 02/04/93 | Franchise Agreement - Store JAXF01 | Franchise Agreement | NEW ACCEPT |
| KPG INVESTMENTS, INC. | KEVIN GARTNER | 8280 PRINCETON SQUARE BLVD. WEST, SUITE 8 | JACKSONVILLE | FL | 32256 | 06/27/94 | Franchise Agreement - Store JAXF02 | Franchise Agreement | NEW ACCEPT |
| KPG INVESTMENTS, INC. | KEVIN GARTNER | 8280 PRINCETON SQUARE BLVD. WEST, SUITE 8 | JACKSONVILLE | FL | 32256 | 02/16/01 | Franchise Agreement - Store JAXF08 | Franchise Agreement | NEW ACCEPT |
| KPG INVESTMENTS, INC. | KEVIN GARTNER | 8280 PRINCETON SQUARE BLVD. WEST, SUITE 8 | JACKSONVILLE | FL | 32256 | 06/18/19 | Franchise Agreement - Store JAXF11 | Franchise Agreement | NEW ACCEPT |
| KPG INVESTMENTS, INC. | ATTN: KEVIN GARTNER | 8280 PRINCETON SQUARE | JACKSONVILLE | FL | 32256 | 06/18/19 | Franchise Development Agreement, Dated: 06/18/2019 | Development Agreement | NEW ACCEPT |
| MERIDIAN SQUARED, INC. | GEORGE MARES | 384 E. GOODMAN ROAD, SUITE 121 | SOUTHHAVEN | MS | 38671 | 02/28/19 | Franchise Agreement - Store MERF04 | Franchise Agreement | NEW ACCEPT |
| MERIDIAN SQUARED, INC. | 384 E. GOODMAN ROAD, SUITE 121 | | SOUTHHAVEN | MS | 38671 | 02/28/19 | Franchise Development Agreement, Dated: 02/28/2019 | Development Agreement | NEW ACCEPT |
| WAC ENTERPRISES, INC. | ATTN: WAYNE AND CAROLYN HALE | 515 LOCUST ST. | GADSDEN | AL | 35901 | 01/06/20 | Franchise Development Agreement, Dated: 01/06/2020 | Development Agreement | NEW ACCEPT |
| WAC ENTERPRISES, INC. | ATTN: WAYNE AND CAROLYN HALE | 515 LOCUST ST. | GADSDEN | AL | 35901 | 01/06/20 | Franchise Development Agreement, Dated: 01/06/2020 | Development Agreement | NEW ACCEPT |
| WAC ENTERPRISES, INC. | ATTN: WAYNE AND CAROLYN HALE | 515 LOCUST ST. | GADSDEN | AL | 35901 | 02/22/19 | Franchise Development Agreement, Dated: 02/22/2019 | Development Agreement | NEW ACCEPT |
| WAC ENTERPRISES, INC. | ATTN: WAYNE AND CAROLYN HALE | 515 LOCUST ST. | GADSDEN | AL | 35901 | 04/11/19 | Franchise Development Agreement, Dated: 04/11/2019 | Development Agreement | NEW ACCEPT |
| WAC ENTERPRISES, INC. | ATTN: WAYNE AND CAROLYN HALE | 515 LOCUST ST. | GADSDEN | AL | 35901 | 09/17/18 | Franchise Development Agreement, Dated: 09/17/2018 | Development Agreement | NEW ACCEPT |
| WHAT A COMBO, INC. | BEN CRADDOCK | 202 3RD STREET | MCCOMB | MS | 39648 | 11/20/19 | Franchise Agreement - Store CTWF01 | Franchise Agreement | NEW ACCEPT |
| WHAT A COMBO, INC. | BEN CRADDOCK | 202 3RD STREET | MCCOMB | MS | 39648 | 12/29/13 | Franchise Agreement - Store JCMF06 | Franchise Agreement | NEW ACCEPT |
| WHAT A COMBO, INC. | BEN CRADDOCK | 202 3RD STREET | MCCOMB | MS | 39648 | 10/21/04 | Franchise Agreement - Store JCMF10 | Franchise Agreement | NEW ACCEPT |
| WHAT A COMBO, INC. | BEN CRADDOCK | 202 3RD STREET | MCCOMB | MS | 39648 | 06/23/06 | Franchise Agreement - Store JCMF11 | Franchise Agreement | NEW ACCEPT |
| WHAT A COMBO, INC. | BEN CRADDOCK | 202 3RD STREET | MCCOMB | MS | 39648 | 07/28/15 | Franchise Agreement - Store MFSF18 | Franchise Agreement | NEW ACCEPT |
| WHAT A COMBO, INC. | ATTN: BEN CRADDOCK | 202 3RD STREET | MCCOMB | MS | 39648 | 09/28/18 | Franchise Development Agreement, Dated: 09/28/2018 | Development Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 11/08/91 | Franchise Agreement - Store ATLF03 | Franchise Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 02/28/92 | Franchise Agreement - Store ATLF04 | Franchise Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 08/17/92 | Franchise Agreement - Store ATLF05 | Franchise Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 04/30/93 | Franchise Agreement - Store ATLF09 | Franchise Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 12/08/93 | Franchise Agreement - Store ATLF11 | Franchise Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 11/15/02 | Franchise Agreement - Store ATLF16 | Franchise Agreement | NEW ACCEPT |
| ABBLITT CORPORATION | LARRY ABBLITT | P.O. BOX 725487 | ATLANTA | GA | 31139-9487 | 10/06/03 | Franchise Agreement - Store ATLF27 | Franchise Agreement | NEW ACCEPT |
| B & B INC. OF GARCON POINT | ROBYN BAKER | 261 GARCON POINT ROAD | MILTON | FL | 32583 | 05/20/96 | Franchise Agreement - Store MBLF02 | Franchise Agreement | NEW ACCEPT |
| BIG EASY ENTERPRISES, LLC | ROGER BROWN | 116 BOURBON STREET | NEW ORLEANS | LA | 70130 | 06/27/95 | Franchise Agreement - Store NOLF01 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 06/07/91 | Franchise Agreement - Store NSHF02 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 03/09/92 | Franchise Agreement - Store NSHF03 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 03/18/96 | Franchise Agreement - Store NSHF07 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 05/08/00 | Franchise Agreement - Store NSHF11 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 11/19/01 | Franchise Agreement - Store NSHF15 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 05/26/03 | Franchise Agreement - Store NSHF20 | Franchise Agreement | NEW ACCEPT |
| BJKF, LLC | JOHN JEWELL (DO NOT CONTACT OWNER) | 1720 ED TEMPLE BLVD. | NASHVILLE | TN | 37208 | 09/24/02 | Franchise Agreement - Store NSHF23 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 12/10/15 | Franchise Agreement - Store GSAF03 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 12/10/15 | Franchise Agreement - Store HTBF01 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 02/01/16 | Franchise Agreement - Store JAXF03 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 02/01/16 | Franchise Agreement - Store JAXF05 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 01/29/16 | Franchise Agreement - Store JAXF07 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 02/01/16 | Franchise Agreement - Store JAXF09 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 01/29/16 | Franchise Agreement - Store JAXF10 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 12/10/15 | Franchise Agreement - Store JCMF07 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 12/10/15 | Franchise Agreement - Store JCMF09 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 01/10/97 | Franchise Agreement - Store MACF03 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 12/10/15 | Franchise Agreement - Store NOLF03 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 12/12/06 | Franchise Agreement - Store SAVF03 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 02/01/16 | Franchise Agreement - Store SAVF04 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 01/29/16 | Franchise Agreement - Store SAVF06 | Franchise Agreement | NEW ACCEPT |
| CIRCLE K | STEVE STAIMAN | 1100 SITUS COURT, SUITE 100 | RALEIGH | NC | 27606 | 02/01/16 | Franchise Agreement - Store TALF03 | Franchise Agreement | NEW ACCEPT |

| Company | Contact | Address | City | State | Zip | Date | Agreement - Store | Type | Status |
|---|---|---|---|---|---|---|---|---|---|
| DDB&G ENTERPRISES, INC. | GEORGE MARES | 384 E. GOODMAN ROAD, SUITE 121 | SOUTHHAVEN | MS | 38671 | 10/17/00 | Franchise Agreement - Store MERF02 | Franchise Agreement | NEW ACCEPT |
| DOOGAN MOUNTAIN FOODS, INC. | DANNY ASHE | 350 DOUTHIT CIRCLE | CRANDALL | GA | 30711 | 06/07/05 | Franchise Agreement - Store CHNF03 | Franchise Agreement | NEW ACCEPT |
| EJAY FOODS, INC. | DANNY ASHE | 350 DOUTHIT CIRCLE | CRANDALL | GA | 30711 | 07/07/10 | Franchise Agreement - Store ATLF31 | Franchise Agreement | NEW ACCEPT |
| FAYE FOODS INC. | FAYE STILES | 645 LACONIA ROAD | SOMERVILLE | TN | 38068 | 01/30/01 | Franchise Agreement - Store MFSF11 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 07/23/91 | Franchise Agreement - Store ATLF02 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 11/30/92 | Franchise Agreement - Store ATLF07 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 03/30/00 | Franchise Agreement - Store ATLF18 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 03/15/04 | Franchise Agreement - Store ATLF22 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 01/22/02 | Franchise Agreement - Store ATLF24 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 01/03/11 | Franchise Agreement - Store ATLF32 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 01/03/11 | Franchise Agreement - Store ATLF33 | Franchise Agreement | NEW ACCEPT |
| FRANVILLE CORPORATION | TRAVIS ROGERS | P.O. BOX 675 | GAINESVILLE | GA | 30503 | 01/03/11 | Franchise Agreement - Store ATLF34 | Franchise Agreement | NEW ACCEPT |
| GOLDT, LLC | HOWARD GOLDT & JEFF GOLDT | 4850 RUSHING ROCK WAY | MARIETTA | GA | 30066 | 04/22/96 | Franchise Agreement - Store ATLF15 | Franchise Agreement | NEW ACCEPT |
| GPM INVESTMENTS | CHUCK HOUCHIN | 308 HURRICANE RD | WISE | VA | 24293 | 03/08/16 | Franchise Agreement - Store LEXF07 | Franchise Agreement | NEW ACCEPT |
| GRIGGS FOODS, INC. | JOHN GRIGGS | 1101 13TH STREET | PHENIX CITY | AL | 36867 | 03/27/96 | Franchise Agreement - Store ATLF14 | Franchise Agreement | NEW ACCEPT |
| GRIGGS FOODS, INC. | JOHN GRIGGS | 1101 13TH STREET | PHENIX CITY | AL | 36867 | 07/29/02 | Franchise Agreement - Store DOAF01 | Franchise Agreement | NEW ACCEPT |
| GRIGGS FOODS, INC. | JOHN GRIGGS | 1101 13TH STREET | PHENIX CITY | AL | 36867 | 12/29/13 | Franchise Agreement - Store MNTF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 10/20/00 | Franchise Agreement - Store BIRF07 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/21/16 | Franchise Agreement - Store CHNF01 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 10/09/00 | Franchise Agreement - Store CHNF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/06/20 | Franchise Agreement - Store CHNF06 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/06/20 | Franchise Agreement - Store CHNF07 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/06/20 | Franchise Agreement - Store CHNF08 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/06/20 | Franchise Agreement - Store CHNF09 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/17/20 | Franchise Agreement - Store CHNF10 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/24/90 | Franchise Agreement - Store HTVF01 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/24/92 | Franchise Agreement - Store HTVF03 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 05/31/90 | Franchise Agreement - Store KNXF01 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 06/17/91 | Franchise Agreement - Store NSHF01 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/11/95 | Franchise Agreement - Store NSHF08 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/21/16 | Franchise Agreement - Store NSHF10 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/21/16 | Franchise Agreement - Store NSHF12 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (TAG/WAC) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 02/21/18 | Franchise Agreement - Store NSHF24 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 04/03/92 | Franchise Agreement - Store AUGF01 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/19/17 | Franchise Agreement - Store AUGF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/19/17 | Franchise Agreement - Store AUGF03 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/19/17 | Franchise Agreement - Store AUGF04 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/19/17 | Franchise Agreement - Store AUGF05 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/22/17 | Franchise Agreement - Store BIRF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 07/08/16 | Franchise Agreement - Store BIRF06 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 07/08/16 | Franchise Agreement - Store BIRF08 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 02/19/02 | Franchise Agreement - Store BIRF10 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 04/25/02 | Franchise Agreement - Store BIRF11 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 09/17/18 | Franchise Agreement - Store BIRF14 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 12/01/03 | Franchise Agreement - Store BKJF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/21/16 | Franchise Agreement - Store CHNF04 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/21/16 | Franchise Agreement - Store CHNF05 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 11/16/94 | Franchise Agreement - Store HTVF04 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 12/11/03 | Franchise Agreement - Store HTVF05 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 05/17/91 | Franchise Agreement - Store KNXF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 10/12/93 | Franchise Agreement - Store KNXF04 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 05/18/95 | Franchise Agreement - Store KNXF05 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 10/06/95 | Franchise Agreement - Store KNXF06 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 11/17/98 | Franchise Agreement - Store KNXF08 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 07/26/00 | Franchise Agreement - Store KNXF10 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 08/31/00 | Franchise Agreement - Store KNXF11 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 12/16/02 | Franchise Agreement - Store KNXF13 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 08/26/19 | Franchise Agreement - Store KNXF14 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 08/26/19 | Franchise Agreement - Store LEXF02 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 02/22/19 | Franchise Agreement - Store MACF08 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 03/06/17 | Franchise Agreement - Store MBLF05 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 01/21/16 | Franchise Agreement - Store NSHF17 | Franchise Agreement | NEW ACCEPT |
| HALE, WAYNE & CAROLYN (WAC ENTERPRISES, INC.) | WAYNE HALE | 118 RIVERPOINT RD. | SIGNAL MOUNTAIN | TN | 37377 | 10/04/18 | Franchise Agreement - Store PCBF01 | Franchise Agreement | NEW ACCEPT |
| MCPHERSON/DOUBLE QUICK | BILL MCPHERSON | 415 PERSHING AVENUE | INDIANOLA | MS | 38751 | 12/13/96 | Franchise Agreement - Store GVMF01 | Franchise Agreement | NEW ACCEPT |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MCPHERSON/DOUBLE QUICK | BILL MCPHERSON | 415 PERSHING AVENUE | INDIANOLA | MS | 38751 | 08/15/97 | Franchise Agreement - Store GVMF04 | Franchise Agreement | NEW ACCEPT |
| PAW FOODS, INC. | PHILIP WILLIAMS | P.O. BOX 351 | MADISON | GA | 30650 | 10/19/92 | Franchise Agreement - Store ATLF06 | Franchise Agreement | NEW ACCEPT |
| PAW FOODS, INC. | PHILIP WILLIAMS | P.O. BOX 351 | MADISON | GA | 30650 | 04/27/05 | Franchise Agreement - Store ATLF19 | Franchise Agreement | NEW ACCEPT |
| PAW FOODS, INC. | PHILIP WILLIAMS | P.O. BOX 351 | MADISON | GA | 30650 | 06/08/00 | Franchise Agreement - Store MACF04 | Franchise Agreement | NEW ACCEPT |
| ROBDEN ENTERPRISES, INC. | GEORGE MARES | 384 E. GOODMAN ROAD, SUITE 121 | SOUTHHAVEN | MS | 38671 | 04/28/97 | Franchise Agreement - Store MFSF05 | Franchise Agreement | NEW ACCEPT |
| ROBDEN ENTERPRISES, INC. | GEORGE MARES | 384 E. GOODMAN ROAD, SUITE 121 | SOUTHHAVEN | MS | 38671 | 10/29/01 | Franchise Agreement - Store MFSF13 | Franchise Agreement | NEW ACCEPT |
| SLD, INC. | JON SIMMONS | 1204 MACY DRIVE | ROSWELL | GA | 30076 | 03/12/01 | Franchise Agreement - Store ATLF21 | Franchise Agreement | NEW ACCEPT |
| T.B. OF STARKE, INC. | ATTN: MICHAEL C. MOSES | 798 SW MAIN BLVD | LAKE CITY | FL | 32025 | 09/09/19 | Termination of Franchise Agreement and Release | Franchise Agreement | NEW ACCEPT |
| T. B. OF STARKE, INC. | ATTN: MICHAEL C. MOSES, PRESIDENT | 798 SW MAIN BLVD. | LAKE CITY | FL | 32025 | 09/16/09 | Asset Purchase Agreement | Franchise Agreement | NEW ACCEPT |
| WALTER W. LYON | SONNY LYON | P.O. BOX 1499 | DOUGLAS | GA | 31534 | 05/14/93 | Franchise Agreement - Store ALBF01 | Franchise Agreement | NEW ACCEPT |
| LIVE OAK RESTAURANT SERVICES, LLC | ATTN: MICHAEL C. MOSES, PRESIDENT | 798 SW MAIN BLVD | LAKE CITY | FL | 32025 | 09/09/19 | Asset Purchase Agreement | G&A | NEW ACCEPT |
| REFUEL OPERATING COMPANY, LLC | ATTN: TRAVIS SMITH, CHIEF ADMINISTRATIVE OFFICER | 1181 VENNING ROAD | MT. PLEASANT | SC | 29464 | 04/23/20 | Franchise Development Agreement, Dated: 04/23/2020 | Development Agreement | NEW ACCEPT |