**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF REJECTION OF**
**REMAINING EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on June 2, 2020, the Court entered the *Amended Order Establishing Procedures for the Assumption or Rejection of Certain Executory Contracts and Unexpired Leases* (the "Procedures Order") [Docket No. 535].[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, and except with respect to Ultimate Software, which has consensually agreed to extend the Purchaser's designation rights period to July 16, 2020, the above-captioned debtors and debtors in possession (collectively the "Debtors") hereby provide notice of the rejection of all executory contracts or unexpired leases that have not been rejected or assumed and assigned pursuant to a prior order of this Court or a prior notice (the "Remaining Rejected Contracts"). Pursuant to the terms of the Procedures Order, the Remaining Rejected Contracts are deemed immediately rejected effective as of the date of this Notice.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Procedures Order.

| | |
|---|---|
| Date:  July 2, 2020<br>Atlanta, Georgia | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br>*/s/ Sarah R. Borders*<br>Sarah R. Borders<br>Georgia Bar No. 610649<br>Jeffrey R. Dutson<br>Georgia Bar No. 637106<br>Leia Clement Shermohammed<br>Georgia Bar No. 972711<br>**KING & SPALDING LLP**<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Email: sborders@kslaw.com<br>Email: jdutson@kslaw.com<br>Email: lshermohammed@kslaw.com<br><br>*Counsel for the Debtors in Possession* |