# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# CERTIFICATE OF SERVICE

I, Robert Miller, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 16, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Assumption of Executory Contracts and Unexpired Leases**
  [Docket No. 555]

Dated: July 9, 2020

*/s/* Robert Miller
Robert Miller
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

# EXHIBIT A

**Exhibit A**
Limited Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Quatrro Business Support Solutions | Akerman LLP | Jacob A. Brown | jacob.brown@akerman.com |
| Top 30 | Aletheia Marketing & Media LLC | Chris Schembri | cschembri@aletheia-na.com |
| Counsel for DB KRCC LLC; DB KRWB LLC; DB KRWF LLC; DB KRCZ LLC; DB KRRG LLC; and DB KRST Investors LLC | Alston & Bird LLP | Jonathan T. Edwards and C. Jordan Myers | Jonathan.Edwards@alston.com; Jordan.Myers@alston.com |
| Top 30 | AR Global | Michael Anderson | manderson@ar-global.com |
| Counsel for 1455 Lincoln, LLC | Arden Law, LLC | Samual R. Arden | sam@ardenlawllc.com |
| State Attorney General for States in which the Debtor Conducts Business | Arkansas Attorney General | Attn Bankruptcy Department | oag@arkansasag.gov |
| Proposed counsel to the Committee of Creditors Holding Unsecured Claims | Arnall Golden Gregory LLP | Darryl S. Laddin and Sean C. Kulka | darryl.laddin@agg.com; sean.kulka@agg.com |
| Counsel for Mississippi Power Company | Balch & Bingham LLP | Walter E. Jones and Paul J. Delcambre, Jr. | wjones@balch.com; pdelcambre@balch.com |
| Counsel for STORE Capital Corporation and STORE Master Funding I, LLC | Ballard Spahr LLP | Craig Solomon Ganz and Michael A DiGiacomo | ganzc@ballardspahr.com; digiacomom@ballardspahr.com |
| Counsel to STORE Capital Corporation and STORE Master Funding I, LLC | Ballard Spahr LLP | Sarah T. Reise | reises@ballardspahr.com |
| Counsel to Krystal V, LLC | Bayard, P.A. | Evan T. Miller | emiller@bayardlaw.com |
| Counsel for 1045 Ellis Avenue Owner, LLC | Behar, Gutt & Glazer, P.A. | Brian S. Behar | bsb@bgglaw.com |
| Counsel for C&L Properties, Inc. | Bose McKinney & Evans LLP | Christopher S. Roberge | croberge@boselaw.com |
| Counsel to US Foods, Inc | Bryan Cave Leighton Paisner LLP | Leah Fiorenza McNeill | leah.fiorenza@bclplaw.com |
| Counsel to Charles Tombras Advertising, Inc., Committee of Creditors Holding Unsecured Claims | Bryan Cave Leighton Paisner LLP | Mark Duedall | mark.duedall@bclplaw.com |
| Counsel for Barker's Village, Inc. | Burr & Forman LLP | David W. Houston, IV | dhouston@burr.com |
| Counsel to Regions Bank | Burr & Forman LLP | Erich N Durlacher, Adolyn C Wyatt | edurlacher@burr.com; awyatt@burr.com |
| Counsel for Barker's Village, Inc. | Burr & Forman LLP | Kelly E. Waits and Adolyn C. Wyatt | kwaits@burr.com; awyatt@burr.com |
| Counsel to McKrystal, LLC | Bush Crowley & Leverett, LLP | J. Steven Bloodworth | sbloodworth@bushlawfirm.com |
| Counsel to Tarek M. Mogharbel, Trustee of the Tarek M. Mogharbel Trust, and Mira M. Majzoub, Trustee of the Mira M. Majzoub Trust | Butler Snow LLP | David S. Rubin | david.rubin@butlersnow.com |
| State Attorney General for States in which the Debtor Conducts Business | California Attorney General | Attn Bankruptcy Department | xavier.becerra@doj.ca.gov |
| Interested Party | Catranis Enterprises/Praxis LLC | | ncatranis@aol.com; gcatranis@ceproperties.com |
| Committee of Creditors Holding Unsecured Claims | Charles Tombras Advertising, Inc. | Alice Matthews | amathews@tombras.com |
| Counsel for Hannah Rocks, LLC; DJ Rash Realty Company, LLC; and JMT Land Holdings, LLC | Cohen Pollock Merlin Turner, P.C. | Mark S. Marani and Bruce Z. Walker | mmarani@cpmtlaw.com; bwalker@cpmtlaw.com |
| Top 30 | CSI of the Southeast Inc | Justin Sawyer | jsawyer@csise.com |
| Top 30 | DTT Surveillance | Mike Coffey | mike@dtiq.com |
| Counsel for KRY Warner Robins Realty, LLC | Evans Harrison Hackett PLLC | Everett L. Hixson, Jr. | bhixson@ehhlaw.com |
| Top 30 | Fireeye Inc | Kevin Mandia | kevin.mandia@fireeye.com |
| Counsel to Georgia Power Company | FisherBroyles, LLP | Thomas R. Walker | thomas.walker@fisherbroyles.com |
| Top 30 | Flowers Baking Company of Opelika | Brad Alexander | brad_alexander@flocorp.com |
| Counsel to Jackson Electric Membership Corporation | Fortson, Bentley and Griffin, P.A. | Roy E. Manoll, III | rem@fbglaw.com |
| Counsel to Rachel M. Pruett | Gearhiser, Peters, Elliott & Cannon, PLLC | Wade K. Cannon | wcannon@gearhiserpeters.com |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | agcarr@law.ga.gov |
| Counsel for Georgia Department of Revenue | Georgia Department of Revenue | Whitney Groff, Assistant Attorney General | wgroff@law.ga.gov |
| Top 30 | Halo Branded Solutions,Inc | Nicholas J Jakubowski | nick.jakubowski@halo.com |
| Counsel to The Alan B. Watts Trust | Hecht Walker, P.C. | Brad Baldwin | brad@hmhwlaw.com |
| Top 30 | Horizon River Technologies, LLC | Sonny Cohen | sonny.cohen@horizonriver.com |
| Top 30 | Intergrated Graphics LLC | Bill Byrne | bill.byrne@proforma.com |
| Counsel to Marvin Espinola | Jones & Walden, LLC | Leon S. Jones | ljones@joneswalden.com |
| Counsel to MetroAir & Refrigeration Service, Inc. | Jones Cork, LLP | Cater C. Thompson | cater.thompson@jonescork.com |
| Counsel to Crescent Sunset Properties, LLC | Kelley & Clements LLP | Charles N. Kelley, Jr. | ckelley@kelleyclements.com |
| Proposed counsel to the Committee of Creditors Holding Unsecured Claims | Kelley Drye & Warren LLP | James S. Carr, Jason R. Adams, and Maeghan J. Mcloughlin | kdwbankruptcydepartment@kelleydrye.com; jcarr@kelleydrye.com; jadams@kelleydrye.com; mmcloughlin@kelleydrye.com |
| Counsel to Flowers Foods, Inc. and Affiliates ("Flowers"), Committee of Creditors Holding Unsecured Claims | Kilpatrick Townsend & Stockton LLP | Paul M. Rosenblatt, Esq. | prosenblatt@kilpatricktownsend.com |
| Counsel to Kushner White Associates Limited Partnership and 747 Russell Parkway, LLC | Kitchens Kelley Gaynes, P.C. | S. Nathaniel De Veaux and David F. Cooper | ndeveaux@kkgpc.com; dcooper@kkgpc.com |

In re The Krystal Company, et al.
Case No. 20-61065

Page 1 of 3

**Exhibit A**
Limited Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for SLM Waste Recycling Services, Inc. d/b/a SLM Facility Solutions Nationwide, Committee of Creditors Holding Unsecured Claims | Klehr Harrison Harvey Branzburg LLP | Raymond Lemisch | rlemisch@klehr.com |
| Counsel for Desai Holdings, LLC; DSS Krystal Jonesboro, LLC; DSS Krystal, LLC Stockbridge; and DSS Krystal, LLC Conyers | Kumar, Prabhu, Patel & Banerjee, LLC | Gai Lynn McCarthy | gmccarthy@kppblaw.com |
| Counsel to VEREIT Real Estate, L.P. and CNL Net Lease Funding 2001, LP | Kutak Rock LLP | Lisa M. Peters | lisa.peters@kutakrock.com |
| Counsel for PHSK, LLC | Law Office of Ralph C. Lorigo | Frank J Jacobson and Jon F. Minear | fjacobson@lorigo.com; jminear@lorigo.com |
| Counsel for PHSK, LLC | Law Office of Scott B. Riddle, LLC | Scott B. Riddle | scott@scottriddlelaw.com |
| Counsel to Argonne Capital Group LLC and KRY LLC | Law Offices of John F. Isbell LLC | John Isbell | john@JFI-law.com |
| Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@publicans.com |
| State Attorney General for States in which the Debtor Conducts Business | Louisiana Attorney General | Attn Bankruptcy Department | executive@ag.louisiana.gov |
| State Attorney General for States in which the Debtor Conducts Business | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel for Mailsouth, Inc. dba Mspark | Maynard, Cooper & Gale, P.C. | Ryan D. Thompson | rthompson@maynardcooper.com |
| Counsel to SPP Investments, LLC | Mayo|Hill | Michael E. Mayo | mayo@mayohill.law |
| Top 30 | McGuirewoods LLP | Josiah A. Bancroft | jbancroft@mcguirewoods.com |
| Counsel for Georgia Air & Refrigeration, Inc. | Merbaum & Becker, P.C. | David J. Merbaum and Andrew J. Becker | dmerbaum@mbpclaw.com; abecker@mbpclaw.com |
| Counsel to Wells Fargo Bank, National Association, the administrative agent for the Debtors' prepetition credit facilities | Morgan, Lewis & Bockius LLP | Jennifer Feldsher and T. Charlie Liu | jennifer.feldsher@morganlewis.com |
| Counsel to Wells Fargo Bank, National Association, the administrative agent for the Debtors' prepetition credit facilities | Morgan, Lewis & Bockius LLP | P. Sabin Willett and Christopher L. Carter | sabin.willett@morganlewis.com; christopher.carter@morganlewis.com |
| Counsel for Joseph Carpello | Mozley, Finlayson & Loggins LLP | Joseph J. Burton, Jr. | jburton@mfllaw.com |
| Committee of Creditors Holding Unsecured Claims | NCR Corporation | Mark A. Rogers | mark.rogers@ncr.com |
| Counsel to Art Plumbing Co. | North Atlanta Law Group, P.C. | Steven M. Jampol | sjampol@northatlantalaw.net |
| State Attorney General for States in which the Debtor Conducts Business | North Carolina Attorney General | Attn Bankruptcy Department | dlennon@ncdoj.gov |
| U.S. Trustee | Office of the United States Trustee for the Northern District of Georgia | Thomas W. Dworschak | ustp.region21@usdoj.gov; thomas.w.dworschak@usdoj.gov |
| Counsel to Oak Creek Family Limited Partnership | Oliver Maner LLP | T. Lawrence Evans | levans@olivermaner.com |
| Counsel to Wells Fargo Bank, National Association, the administrative agent for the Debtors' prepetition credit facilities | Parker, Hudson, Rainer & Dobbs, LLP | C. Edward Dobbs, Rufus T. Dorsey, and Michael C. Sullivan | edobbs@phrd.com; rdorsey@phrd.com; msullivan@phrd.com |
| Counsel for Peach Willow, LLC | Paul Reece Marr, P.C. | Paul Reece Marr | paul.marr@marrlegal.com |
| Committee of Creditors Holding Unsecured Claims | Pension Benefit Guaranty Corporation | Hannah Leah Uricchio, Stephanie Thomas and Kartar Khalsa | uricchio.hannah@pbgc.gov; efile@pbgc.gov |
| Top 30 | Preferred Premium Properties, LLC | Meredith Bagby | meredithbagby@gmail.com |
| Counsel to Preferred Premium Properties, LLC | Procopio, Cory, Hargreaves and Savitch LLP | Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to Hachmann, LLC | Quintairos, Prieto, Wood & Boyer, P.A. | C. Brent Wardrop | brent.wardrop@qpwblaw.com |
| Top 30 | Radiant Systems | Mark A. Rogers | mark.rogers@ncr.com |
| Top 30 | Ragona Architecture & Design PLLC | Matt Ragona | mragona@rad-arch.com |
| Committee of Creditors Holding Unsecured Claims | Realty Income, LP | Kirk Carson | kcarson@realtyincome.com |
| Top 30 | Republic Services National Accounts, LLC | Tracy Carlson | tcarlson@republicservices.com |
| Counsel to Eden Star Properties, LLC; Krystal Commerce, LLC; Clark/Willmschen Holdings 2, LLC; and Johson Controls | Rountree Leitman & Klein LLC | Benjamin Keck | bkeck@rlklawfirm.com |
| Counsel to LakePoint KB, LLC, Krystal Columbus DT, LLC, KB Ringgold GA, LLC, Fairburn KB Freestanding, LLC, and Buckhead 14TH KB, LLC | Rountree Leitman & Klein LLC | William A. Rountree and David S. Klein | wrountree@rlklawfirm.com; dklein@rlklawfirm.com |
| Counsel for Marriott | Rudner Law Offices | John C. Josefsberg | josefsberg@hotellawyers.com |
| Counsel for George Knaysi and Susan Knaysi | Sirote & Permutt, P.C. | Stephen B. Porterfield and Thomas B. Humphries | sporterfield@sirote.com; thumphries@sirote.com |
| Top 30 | SLM Waste & Recycling Services, Inc | Susan Daywitt | susan.daywitt@slmfacilities.com |
| Committee of Creditors Holding Unsecured Claims | SLM Waste Recycling Services, Inc. | Jim Stauffer | jim.stauffer@slmfacilities.com |
| Counsel to GAM Development, LLC | Small Herrin, LLP | Gus H. Small, Benjamin S. Klehr and Anna M. Humnicky | gsmall@smallherrin.com; bklehr@smallherrin.com; ahumnicky@smallherrin.com |
| Top 30 | Snap Tech IT, LLC | Karl Bickmore | kbickmore@snaptechit.com |
| Counsel to Ladas Development, Inc. | Solomon Baggett, LLC | Robert J. Solomon | rsolomon@sb-law.com |

In re The Krystal Company, et al.
Case No. 20-61065

Page 2 of 3

**Exhibit A**
Limited Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Tri-State Refrigeration Company, LLC | Steinfeld & Steinfeld, P.C. | Shayna M. Steinfeld | shayna@steinfeldlaw.com |
| Counsel for Dominic Losacco | Stokes Wagner, ALC | Ashley S. Nunneker | anunneker@stokeswagner.com |
| Top 30 | STORE Capital Corp/STORE Master Funding I, LLC | Christopher H. Volk | chris@storecapital.com |
| Top 30 | Strategic Equipment and Supply | Marty Monnat | mmonnat@strategicequipment.com |
| Committee of Creditors Holding Unsecured Claims | The Coca-Cola Company | Curtis Marshall and R. Kenny Werner | cumarshall@coca-cola.com; rwerner@coca-cola.com |
| Counsel for 182 Emerson LLC | The Falcone Law Firm, PC | Ian M. Falcone | imf@falconefirm.com |
| Counsel for Artesha Plair as natural guardian of K.E. a minor child | The Soud Law Firm | Graham W. Syfert | gsyfert@soudlawfirm.com |
| Counsel for The Cirignano Limited Partnership #3 | The Stark Firm, PLLC | Attn Erin Elizabeth Stark | erinstark@starkfirmpllc.com |
| Counsel for James A. Miller and A. Elaine Miller, as Co-Trustees of the Miller Family Trust dated November 5, 2014, a California trust | Thompson Hine LLP | Sean A. Gordon | sean.gordon@thompsonhine.com |
| Tennessee Department of Revenue | TN Dept of Revenue | C/O TN Attorney General's Office | stuart.wilson-patton@ag.tn.gov |
| Counsel for First Horizon Bank | Troutman Sanders LLP | Gary W. Marsh, Esq. | gary.marsh@troutman.com |
| Counsel to NCR Corporation, Committee of Creditors Holding Unsecured Claims | Ulmer & Berne LLP | Todd Atkinson | tatkinson@ulmer.com |
| Top 30 | United Health Care | Jay Ronning | jayson_ronning@uhc.com |
| Counsel to the Pension Benefit Guaranty Corporation | United States Attorney's Office | Andres H. Sandoval | andres.sandoval@usdoj.gov |
| Top 30 | US Foods, Inc | Dirk Locascio | dirk.locascio@usfoods.com |
| Top 30 | Vereit | Lauren Goldberg | lgoldberg@vereit.com |
| State Attorney General for States in which the Debtor Conducts Business | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to FAN Properties | White & Reasor, PLC | Charles W. McElroy | mcelroy@whitereasor.com |
| Counsel to Harden Oil Company, Inc. and Willis N. Harden, Jr. Family Partnership, LP | Wiles & Wiles, LLP | Victor W. Newmark | bankruptcy@evict.net |
| Top 30 | Yext, Inc | Steve Cakebread | scakebread@yext.com |

In re The Krystal Company, et al.
Case No. 20-61065

Page 3 of 3

# EXHIBIT B

**Exhibit B**
Contract Counterparties
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| 200 SOUTH GERMANTOWN LLC | | mrdebdeb@aol.com |
| BATKA, LLC | | rltires@gmail.com |
| Brigham Limited Partnership | Lee Brigham | lee@bellbrigham.com |
| Emma L. Hamilton | | leigh@barneslawgroup.com |
| FCPT Holdings, LLC | Attn James L Brat | jim@fcpt.com |
| FCPT HOLDINGS, LLC | Atttn Lauren Newman | lnewman@thompsoncoburn.com |
| Ladas Development, Inc. | Solomon Baggett, LLC | rsolomon@sb-law.com |
| Nolensville Old Hickory LLC | Brendan G Best | bgbest@varnumlaw.com |

In re The Krystal Company, et al.
Case No. 20-61065

Page 1 of 1

# EXHIBIT C

**Exhibit C**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Quatrro Business Support Solutions | Akerman LLP | Jacob A. Brown | 50 North Laura Street, Suite 3100 | | Jacksonville | FL | 32202 |
| State Attorney General for States in which the Debtor Conducts Business | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | Montgomery | AL | 36104-0152 |
| Top 30 | Aletheia Marketing & Media LLC | Chris Schembri | 15770 North Dallas Parkway, Suite 200 | | Dallas | TX | 75248 |
| Counsel for DB KRCC LLC; DB KRWB LLC; DB KRWF LLC; DB KRCZ LLC; DB KRRG LLC; and DB KRST Investors LLC | Alston & Bird LLP | Jonathan T. Edwards and C. Jordan Myers | One Atlantic Center | 1201 West Peachtree Street | Atlanta | GA | 30309 |
| Top 30 | AR Global | Michael Anderson | 650 Fifth Avenue | | New York | NY | 10019 |
| Counsel for 1455 Lincoln, LLC | Arden Law, LLC | Samual R. Arden | 710 Denards Mill, SE | | Marietta | GA | 30067 |
| State Attorney General for States in which the Debtor Conducts Business | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | Little Rock | AR | 72201-2610 |
| Proposed counsel to the Committee of Creditors Holding Unsecured Claims | Arnall Golden Gregory LLP | Darryl S. Laddin and Sean C. Kulka | 171 17th Street NW, Suite 2100 | | Atlanta | GA | 30363-1031 |
| Counsel for Mississippi Power Company | Balch & Bingham LLP | Walter E. Jones and Paul J. Delcambre, Jr. | 30 Ivan Allen Jr. Blvd. N.W., Suite 700 | | Atlanta | GA | 30308 |
| Counsel to STORE Capital Corporation and STORE Master Funding I, LLC | Ballard Spahr LLP | Craig Solomon Ganz and Michael A DiGiacomo | 1 East Washington Street, Suite 2300 | | Phoenix | AZ | 85004-2555 |
| Counsel to STORE Capital Corporation and STORE Master Funding I, LLC | Ballard Spahr LLP | Sarah T. Reise | 999 Peachtree Street, Suite 1000 | | Atlanta | GA | 30309 |
| Counsel to Krystal V, LLC | Bayard, P.A. | Evan T. Miller | 600 N. King Street, Suite 400 | | Wilmington | DE | 19801 |
| Counsel for 1045 Ellis Avenue Owner, LLC | Behar, Gutt & Glazer, P.A. | Brian S. Behar | DCOTA A-350 | 1855 Griffin Road | Fort Lauderdale | FL | 33004 |
| Counsel for C&L Properties, Inc. | Bose McKinney & Evans LLP | Christopher S. Roberge | 111 Monument Circle, Suite 2700 | | Indianapolis | IN | 46204 |
| Counsel to US Foods, Inc | Bryan Cave Leighton Paisner LLP | Leah Fiorenza McNeill | One Atlantic Center - Fourteenth Floor | 1201 W. Peachtree Street, NW | Atlanta | GA | 30309-3488 |
| Counsel to Charles Tombras Advertising, Inc., Committee of Creditors Holding Unsecured Claims | Bryan Cave Leighton Paisner LLP | Mark Duedall | One Atlantic Center | 14th Floor, 1201 West Peachtree Street | Atlanta | GA | 30309-3488 |
| Counsel for Barker's Village, Inc. | Burr & Forman LLP | David W. Houston, IV | 222 Second Ave. Sout | Suite 2000 | Nashville | TN | 37201 |
| Counsel to Regions Bank | Burr & Forman LLP | Erich N Durlacher, Adolyn C Wyatt | Suite 1100 | 171 Seventeenth Street, NW | Atlanta | GA | 30363 |
| Counsel for Barker's Village, Inc. | Burr & Forman LLP | Kelly E. Waits and Adolyn C. Wyatt | Suite 1100 | 171 Seventeenth Street, NW | Atlanta | GA | 30363 |
| Counsel to McKrystal, LLC | Bush Crowley & Leverett, LLP | J. Steven Bloodworth | P.O. Box 232 | | Macon | GA | 31202 |
| Counsel to Tarek M. Mogharbel, Trustee of the Tarek M. Mogharbel Trust, and Mira M. Majzoub, Trustee of the Mira M. Majzoub Trust | Butler Snow LLP | David S. Rubin | 445 N. Blvd. Suite 300 | | Baton Rouge | LA | 70802 |
| State Attorney General for States in which the Debtor Conducts Business | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Committee of Creditors Holding Unsecured Claims | Charles Tombras Advertising, Inc. | Alice Matthews | 620 S. Gay Street | | Knoxville | TN | 37902 |
| Counsel for Hannah Rocks, LLC; DJ Rash Realty Company, LLC; and JMT Land Holdings, LLC | Cohen Pollock Merlin Turner, P.C. | Mark S. Marani and Bruce Z. Walker | 3350 Riverwood Parkway, Suite 1600 | | Atlanta | GA | 30339 |

In re The Krystal Company, et al.
Case No. 20-61065

**Exhibit C**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top 30 | CSI of the Southeast Inc | Justin Sawyer | 110 Skyline Drive | | Maynardville | TN | 37807 |
| Top 30 | DTT Surveillance | Mike Coffey | 111 Speen Street #550 | | Framingham | MA | 01701 |
| Counsel for KRY Warner Robins Realty, LLC | Evans Harrison Hackett PLLC | Everett L. Hixson, Jr. | 835 Georgia Avenue, Suite 800 | | Chattanooga | TN | 37402 |
| Top 30 | Fireeye Inc | Kevin Mandia | 601 Mccarthy Blvd. | | Milpitas | CA | 95035 |
| Counsel to Georgia Power Company | FisherBroyles, LLP | Thomas R. Walker | 945 East Paces Ferry Road NE, Suite 2000 | | Atlanta | GA | 30326 |
| State Attorney General for States in which the Debtor Conducts Business | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 |
| Top 30 | Flowers Baking Company of Opelika | Brad Alexander | 1919 Flowers Circle | | Thomasville | GA | 31757 |
| Counsel to Jackson Electric Membership Corporation | Fortson, Bentley and Griffin, P.A. | Roy E. Manoll, III | 2500 Daniell's Bridge Rd. | Building 200, Suite 3A | Athens | GA | 30606 |
| Counsel to Rachel M. Pruett | Gearhiser, Peters, Elliott & Cannon, PLLC | Wade K. Cannon | 320 McCallie Avenue | | Chattanooga | TN | 37402 |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 |
| Georgia Department of Revenue | Georgia Department of Revenue | Attn Bankruptcy Dept | 1800 Century Blvd. | | Atlanta | GA | 30345 |
| Counsel for Georgia Department of Revenue | Georgia Department of Revenue | Whitney Groff, Assistant Attorney General | 40 Capitol Square, S.W. | | Atlanta | GA | 30334-1300 |
| Office of the U.S. Attorney for the Northern District of Georgia | Georgia Northern District US Attorneys Office | Attn Bankruptcy Division | Richard B. Russell Federal Building | 75 Ted Turner Dr. SW Suite 600 | Atlanta | GA | 30303-3309 |
| Top 30 | Halo Branded Solutions,Inc | Nicholas J Jakubowski | 1500 Halo Way | | Sterling | IL | 61081 |
| Counsel to The Alan B. Watts Trust | Hecht Walker, P.C. | Brad Baldwin | 205 Corporate Center Drive, Suite B | | Stockbridge | GA | 30281 |
| Top 30 | Horizon River Technologies, LLC | Sonny Cohen | 3340 Peachtree Road Ne Suite 2600 | | Atlanta | GA | 30326 |
| Top 30 | Intergrated Graphics LLC | Bill Byrne | 8800 East Pleasant Valley Road | | Independence | OH | 44131 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel to Marvin Espinola | Jones & Walden, LLC | Leon S. Jones | 699 Piedmont Avenue, NE | | Atlanta | GA | 30308 |
| Counsel to MetroAir & Refrigeration Service, Inc. | Jones Cork, LLP | Cater C. Thompson | 435 Second Street, Suite 500 | P.O. Box 6437 | Macon | GA | 31208-6437 |
| Counsel to Crescent Sunset Properties, LLC | Kelley & Clements LLP | Charles N. Kelley, Jr. | P.O. Box 2758 | | Gainesville | GA | 30503 |
| Proposed counsel to the Committee of Creditors Holding Unsecured Claims | Kelley Drye & Warren LLP | James S. Carr, Jason R. Adams, and Maeghan J. Mcloughlin | 101 Park Avenue | | New York | NY | 10178 |
| State Attorney General for States in which the Debtor Conducts Business | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Counsel to Flowers Foods, Inc. and Affiliates ("Flowers"), Committee of Creditors Holding Unsecured Claims | Kilpatrick Townsend & Stockton LLP | Paul M. Rosenblatt, Esq. | 1100 Peachtree Street NE, Suite 2800 | | Atlanta | GA | 30309-4528 |
| Counsel to Kushner White Associates Limited Partnership and 747 Russell Parkway, LLC | Kitchens Kelley Gaynes, P.C. | S. Nathaniel De Veaux and David F. Cooper | Glenridge Highlands One, Suite 800 | 5555 Glenridge Connector | Atlanta | GA | 30342 |
| Counsel for SLM Waste Recycling Services, Inc. d/b/a SLM Facility Solutions Nationwide, Committee of Creditors Holding Unsecured Claims | Klehr Harrison Harvey Branzburg LLP | Raymond Lemisch | 1835 Market Street | Suite 1400 | Philadelphia | PA | 19103 |
| Counsel for Desai Holdings, LLC; DSS Krystal Jonesboro, LLC; DSS Krystal, LLC Stockbridge; and DSS Krystal, LLC Conyers | Kumar, Prabhu, Patel & Banerjee, LLC | Gai Lynn McCarthy | 990 Hammond Drive | Suite 800 | Atlanta | GA | 30328 |

In re The Krystal Company, et al.
Case No. 20-61065

Page 2 of 5

**Exhibit C**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to VEREIT Real Estate, L.P. and CNL Net Lease Funding 2001, LP | Kutak Rock LLP | Lisa M. Peters | 1650 Farnam Street | | Omaha | NE | 68102 |
| Counsel for PHSK, LLC | Law Office of Ralph C. Lorigo | Frank J Jacobson and Jon F. Minear | 101 Slade Avenue | | West Seneca | NY | 14224 |
| Counsel for PHSK, LLC | Law Office of Scott B. Riddle, LLC | Scott B. Riddle | Suite 1800 Tower Place | 3340 Peachtree Road NE | Atlanta | GA | 30326 |
| Counsel to Argonne Capital Group LLC and KRY LLC | Law Offices of John F. Isbell LLC | John Isbell | 3050 Peachtree Road N.W. | Suite 2 | Atlanta | GA | 30305 |
| Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 |
| State Attorney General for States in which the Debtor Conducts Business | Louisiana Attorney General | Attn Bankruptcy Department | 1885 North Third Street | | Baton Rouge | LA | 70802 |
| State Attorney General for States in which the Debtor Conducts Business | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Counsel for Mailsouth, Inc. dba Mspark | Maynard, Cooper & Gale, P.C. | Ryan D. Thompson | 1901 Sixth Avenue North | 2400 Regions/Harbert Plaza | Birmingham | AL | 35203 |
| Counsel to SPP Investments, LLC | Mayo\|Hill | Michael E. Mayo | P.O. Box 4628 | | Macon | GA | 31208 |
| Top 30 | McGuirewoods LLP | Josiah A. Bancroft | 1230 Peachtree Street, N.E. Suite 2100 | | Atlanta | GA | 30309-3534 |
| Counsel for Georgia Air & Refrigeration, Inc. | Merbaum & Becker, P.C. | David J. Merbaum and Andrew J. Becker | 5755 North Point Pkwy., Suite 284 | | Alpharetta | GA | 30022 |
| State Attorney General for States in which the Debtor Conducts Business | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Counsel to Wells Fargo Bank, National Association, the administrative agent for the Debtors' prepetition credit facilities | Morgan, Lewis & Bockius LLP | Jennifer Feldsher and T. Charlie Liu | 101 Park Avenue | | New York | NY | 10178-0060 |
| Counsel to Wells Fargo Bank, National Association, the administrative agent for the Debtors' prepetition credit facilities | Morgan, Lewis & Bockius LLP | P. Sabin Willett and Christopher L. Carter | One Federal Street | | Boston | MA | 02110-1726 |
| Counsel to Cadence Bank, N.A. | Morris, Manning & Martin, LLP | Frank W. Deborde and Jason H. Watson | 1600 Atlanta Financial Center | 3343 Peachtree Road, N.E. | Atlanta | GA | 30326 |
| Counsel for Joseph Carpello | Mozley, Finlayson & Loggins LLP | Joseph J. Burton, Jr. | 1050 Crown Pointe Parkway, Suite 1500 | | Atlanta | GA | 30338 |
| Committee of Creditors Holding Unsecured Claims | NCR Corporation | Mark A. Rogers | 864 Spring Street NW | | Atlanta | GA | 30308 |
| Counsel to Art Plumbing Co. | North Atlanta Law Group, P.C. | Steven M. Jampol | 2475 Northwinds Parkway, Suite 130 | | Alpharetta | GA | 30009 |
| State Attorney General for States in which the Debtor Conducts Business | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| U.S. Trustee | Office of the United States Trustee for the Northern District of Georgia | Thomas W. Dworschak | 75 Ted Turner Drive, S.W. | Suite 362 Richard B. Russell Building | Atlanta | GA | 30303 |
| Counsel to Oak Creek Family Limited Partnership | Oliver Maner LLP | T. Lawrence Evans | PO Box 10186 | | Savannah | GA | 31412 |
| Counsel to Wells Fargo Bank, National Association, the administrative agent for the Debtors' prepetition credit facilities | Parker, Hudson, Rainer & Dobbs, LLP | C. Edward Dobbs, Rufus T. Dorsey, and Michael C. Sullivan | 303 Peachtree Street, N.E. | Suite 3600 | Atlanta | GA | 30308 |
| Counsel for Peach Willow, LLC | Paul Reece Marr, P.C. | Paul Reece Marr | 300 Galleria Parkway, N.W., Suite 960 | | Atlanta | GA | 30339 |

In re The Krystal Company, et al.
Case No. 20-61065

**Exhibit C**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Committee of Creditors Holding Unsecured Claims | Pension Benefit Guaranty Corporation | Hannah Leah Uricchio, Stephanie Thomas and Kartar Khalsa | 1200 K Street, N.W. | | Washington | DC | 20005 |
| Top 30 | Preferred Premium Properties, LLC | Meredith Bagby | 125 Brazilian Avenue | | Palm Beach | FL | 33480 |
| Counsel to Preferred Premium Properties, LLC | Procopio, Cory, Hargreaves and Savitch LLP | Gerald P. Kennedy | 525 B Street, Suite 2200 | | San Diego | CA | 92101 |
| Top 30 | Quatrro FPO Solutions, LLC | Charles Harmornick | 1850 Parkway Place SE # 1100 | | Marietta | GA | 60018 |
| Counsel to Hachmann, LLC | Quintairos, Prieto, Wood & Boyer, P.A. | C. Brent Wardrop | 10933 Crabapple Road | | Roswell | GA | 30075 |
| Top 30 | Radiant Systems | Mark A. Rogers | 864 Spring Street NW | | Atlanta | GA | 30308 |
| Top 30 | Ragona Architecture & Design PLLC | Matt Ragona | 145 Scaleybark Rd A | | Charlotte | NC | 28209 |
| Committee of Creditors Holding Unsecured Claims | Realty Income, LP | Kirk Carson | 11995 El Camino Real | | San Diego | CA | 92130 |
| Top 30 | Republic Services National Accounts, LLC | Tracy Carlson | 18500 N Allied Way | | Phoenix | AZ | 85054 |
| Top 30 | Robin Hobbs | | Address on File | | | | |
| Counsel to Eden Star Properties, LLC; Krystal Commerce, LLC; Clark/Willmschen Holdings 2, LLC; and Johson Controls | Rountree Leitman & Klein LLC | Benjamin Keck | Century Plaza I | 2987 Clairmont Road, Suite 175 | Atlanta | GA | 30329 |
| Counsel to LakePoint KB, LLC, Krystal Columbus DT, LLC, KB Ringgold GA, LLC, Fairburn KB Freestanding, LLC, and Buckhead 14TH KB, LLC | Rountree Leitman & Klein LLC | William A. Rountree and David S. Klein | Century Plaza I | 2987 Clairmont Road, Suite 175 | Atlanta | GA | 30329 |
| Counsel for Marriott | Rudner Law Offices | John C. Josefsberg | 12740 Hillcrest Road | Suite 240 | Dallas | TX | 75230 |
| Counsel for George Knaysi and Susan Knaysi | Sirote & Permutt, P.C. | Stephen B. Porterfield and Thomas B. Humphries | 2311 Highland Avenue South | P.O. Box 55727 | Birmingham | AL | 35255-5727 |
| Top 30 | SLM Waste & Recycling Services, Inc | Susan Daywitt | 5000 Commerce Drive | | Green Lane | PA | 18054 |
| Committee of Creditors Holding Unsecured Claims | SLM Waste Recycling Services, Inc. | Jim Stauffer | 5000 Commerce Drive | | Green Lane | PA | 18054 |
| Counsel to GAM Development, LLC | Small Herrin, LLP | Gus H. Small, Benjamin S. Klehr and Anna M. Humnicky | Building Two, Suite 200 | 2727 Paces Ferry Road | Atlanta | GA | 30339 |
| Top 30 | Snap Tech IT, LLC | Karl Bickmore | 1414 W. Broadway Rd. | Ste 105 | Tempe | AZ | 85285 |
| Counsel to Ladas Development, Inc. | Solomon Baggett, LLC | Robert J. Solomon | 3763 Rogers Bridge Road | | Duluth | GA | 30097 |
| State Attorney General for States in which the Debtor Conducts Business | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | Columbia | SC | 29201 |
| Counsel for Tri-State Refrigeration Company, LLC | Steinfeld & Steinfeld, P.C. | Shayna M. Steinfeld | P.O. Box 49446 | | Atlanta | GA | 30359 |
| Counsel for Dominic Losacco | Stokes Wagner, ALC | Ashley S. Nunneker | One Atlantic Center, Suite 2400 | 1201 W. Peachtree Street | Atlanta | GA | 30309 |
| Top 30 | STORE Capital Corp/STORE Master Funding I, LLC | Christopher H. Volk | 8377 E. Hartford Dr. | Suite 100 | Scottsdale | AZ | 85255 |
| Top 30 | Strategic Equipment and Supply | Marty Monnat | 2801 South Valley Parkway, Ste. 200 | | Lewisville | TX | 75067 |
| State Attorney General for States in which the Debtor Conducts Business | Tennessee Attorney General | Attn Bankruptcy Department | 425 5th Avenue North | | Nashville | TN | 37243 |
| State Attorney General for States in which the Debtor Conducts Business | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | Austin | TX | 78701 |
| Committee of Creditors Holding Unsecured Claims | The Coca-Cola Company | Curtis Marshall and R. Kenny Werner | One Coca-Cola Plaza NW | NAT 11 | Atlanta | GA | 30313 |
| Counsel for 182 Emerson LLC | The Falcone Law Firm, PC | Ian M. Falcone | 363 Lawrence Street | | Marietta | GA | 30060 |
| Counsel for Artesha Plair as natural guardian of K.E. a minor child | The Soud Law Firm | Graham W. Syfert | 575 Wells Road | | Orange Park | FL | 32073 |

In re The Krystal Company, et al.
Case No. 20-61065

Page 4 of 5

**Exhibit C**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for The Cirignano Limited Partnership #3 | The Stark Firm, PLLC | Attn Erin Elizabeth Stark | 3017 Bolling Way NE | | Atlanta | GA | 30305 |
| Counsel for James A. Miller and A. Elaine Miller, as Co-Trustees of the Miller Family Trust dated November 5, 2014, a California trust | Thompson Hine LLP | Sean A. Gordon | Two Alliance Center | 3560 Lenox Road NE, Suite 1600 | Atlanta | GA | 30326-4266 |
| Tennessee Department of Revenue | TN Dept of Revenue | C/O TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| Counsel for First Horizon Bank | Troutman Sanders LLP | Gary W. Marsh, Esq. | 600 Peachtree Street NE, Suite 3000 | | Atlanta | GA | 30000 |
| Counsel to NCR Corporation, Committee of Creditors Holding Unsecured Claims | Ulmer & Berne LLP | Todd Atkinson | 1660 West 2nd Street, Suite 1100 | | Cleveland | OH | 44113 |
| Top 30 | United Health Care | Jay Ronning | 9800 Health Care Ln | | Minneapolis | MN | 55436 |
| Counsel to the Pension Benefit Guaranty Corporation | United States Attorney's Office | Andres H. Sandoval | 75 Ted Turner Drive SW, Suite 600 | | Atlanta | GA | 30303 |
| Top 30 | US Foods, Inc | Dirk Locascio | 9399 West Higgins Road | Suite 500 | Rosemont | IL | 60018 |
| Top 30 | Vereit | Lauren Goldberg | 2325 E. Camelback Road, 9th Floor | | Phoenix | AZ | 85016 |
| State Attorney General for States in which the Debtor Conducts Business | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | Richmond | VA | 23219 |
| Top 30 | Wanda Collins | | Address on File | | | | |
| Counsel to FAN Properties | White & Reasor, PLC | Charles W. McElroy | Two American Center | 3102 West End Avenue, Suite 400 | Nashville | TN | 37203 |
| Counsel to Harden Oil Company, Inc. and Willis N. Harden, Jr. Family Partnership, LP | Wiles & Wiles, LLP | Victor W. Newmark | 800 Kennesaw Avenue, Suite 400 | | Marietta | GA | 30060-7946 |
| Top 30 | Yext, Inc | Steve Cakebread | 1 Madison Ave | 5th Floor | New York | NY | 10010 |

In re The Krystal Company, et al.
Case No. 20-61065

Page 5 of 5

# EXHIBIT D

**Exhibit D**
Contract Counterparties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 200 SOUTH GERMANTOWN, LLC | | C/O MARTIN A. GRUSIN | 6840 BRIARMEADOWS DRIVE | | MEMPHIS | TN | 38120 |
| 200 SOUTH GERMANTOWN, LLC | ATTN MARTY GRUSIN | 6840 BRIARMEADOWS DRIVE | | | MEMPHIS | TN | 38120 |
| 200 SOUTH GERMANTOWN, LLC | C/O BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, | MICHAEL B. CHANCE | 6060 POPLAR AVENUE | SUITE 440 | MEMPHIS | TN | 38119 |
| AIRPORT PROPERTIES, LLC | | C/O CARWIE PROPERTIES | 4175 GOVERNMENT BOULEVARD | | MOBILE | AL | 36693 |
| AIRPORT PROPERTIES, LLC | C/O CARWIE PROPERTIES | ATTN TOM CARWIE | 4175 GOVERNMENT BOULEVARD | | MOBILE | AL | 36693 |
| BATKA, LLC | | 743 MCCONNELL RUN CROSSING | | | GRAYSON | GA | 30017-7828 |
| BRIGHAM LIMITED | ATTN WILLIAM BRIGHAM | 160 BRECKENRIDGE DRIVE | | | NORTH AUGUSTA | SC | 29841 |
| Brigham Limited Partnership | Lee Brigham | 457 Greene Street | | | Augusta | GA | 30901 |
| BRIGHAM LTD | | 154 BRECKENRIDGE DR | | | NORTH AUGUSTA | SC | 29841 |
| CALVIN WALKER TRUST | | ATTN KRISTOPHER LAMONT | 1647 FREDERICK MICHAEL WAY | | LIVERMORE | CA | 94550 |
| DUGGIN FAMILY LIMITED PARTNERSHIP | ATTN THOMAS H. DUGGIN | 1030 SMITHVILLE HIGHWAY, SUITE 14 | | | MCMINNVILLE | TN | 37110 |
| DUGGIN FAMILY LIMITED PARTNERSHIP | ATTN THOMAS H. DUGGIN | P.O. BOX 8127 | | | MCMINNVILLE | TN | 37110 |
| Emma L. Hamilton | | 31 Atlanta Street | | | Marietta | GA | 30060 |
| EMMA LEE HAMILTON | | ADDRESS ON FILE | | | | | |
| FCPT Holdings, LLC | Attn James L Brat | 941 Redwoods Highway, Suite 1150 | | | Mill Valley | CA | 91941 |
| FCPT HOLDINGS, LLC | ATTN JAMES L. BRAT, ESQ. | 591 REDWOOD HIGHWAY, SUITE 1150 | | | MILL VALLEY | CA | 94941 |
| FCPT HOLDINGS, LLC | ATTN KEVIN T. LYTLE, ESQ. | C/O BUCHALTER, PC | 16435 N. SCOTTSDALE ROAD | SUITE 440 | SCOTTSDALE | AZ | 85254 |
| FCPT HOLDINGS, LLC | Atttn Lauren Newman | Thompson Coburn LLP | 55 E. Monroe Street, 37th Floor | | Chicago | IL | 60603 |
| GATE PETROLEUM COMPANY | | P O BOX 23627 | | | JACKSONVILLE | FL | 32241-3627 |
| GATE PETROLEUM COMPANY | ATTN BECKY HAMILTON | 9540 SAN JOSE BLVD | | | JACKSONVILLE | FL | 32257 |
| GATE PETROLEUM COMPANY | ATTN GEORGE NAIL | 9540 SAN JOSE BLVD | | | JACKSONVILLE | FL | 32257 |
| GATE PETROLEUM COMPANY | ATTN GEORGE NAIL | 9540 SAN JOSE BLVD, SUITE 400 | | | JACKSONVILLE | FL | 32257 |
| GUARANTY LOAN & REAL ESTATE CO. | ATTN BUTCH CORDELL | 310 MID-CONTINENT PLAZA #200 | | | WEST MEMPHIS | AR | 72301 |
| GUARANTY LOAN & REAL ESTATE CO. | ATTN BUTCH CORDELL | P.O. BOX 2208 | | | WEST MEMPHIS | AR | 72301 |
| HARDY REALTY AND DEVELOPMENT CO | | P O BOX 51 | | | ROME | GA | 30165 |
| HARDY REALTY AND DEVELOPMENT CO | ATTN JIMMY KELLY | P.O. BOX 51 | | | ROME | GA | 30162 |
| HARDY REALTY AND DEVELOPMENT CO | BRINSON, ASKEW, BERRY | ATTN JOSEPH M. SEIGLER | 615 WEST FIRST STREET | | ROME | GA | 30161 |
| Ladas Development, Inc | | 426 South Craft Hwy | | | Chickasaw | AL | 36611 |
| Ladas Development, Inc. | Solomon Baggett, LLC | 3763 Rogers Bridge Road | | | Duluth | GA | 30097 |
| LADAS LAND AND DEVELOPMENT, INC. | ATTN STEVE LADAS | 426 SOUTH CRAFT HWY | | | CHICKASAW | AL | 36611 |
| LEHIGH GAS WHOLESALE SERVICES INC | | 515 HAMILTON ST | SUITE 200 | | ALLENTOWN | PA | 18101-1537 |
| LEHIGH GAS WHOLESALE SERVICES, INC. | ATTN HILLARY KRESGE | 645 HAMILTON ST., SUITE 500 | | | ALLENTOWN | PA | 18101 |
| LEHIGH GAS WHOLESALE SERVICES, INC. | ATTN JACK MITCHELL | C/O CROSSAMERICA PARTNERS LP | 600 HAMILTON STREET | SUITE 500 | ALLENTOWN | PA | 18101 |
| LEHIGH GAS WHOLESALE SERVICES, INC. | ATTN JOSEPH V. TOPPER JR. | 702 HAMILTON STREET, SUITE 203 | | | ALLENTOWN | PA | 18101 |

In re The Krystal Company, et al.
Case No. 20-61065

Page 1 of 2

**Exhibit D**
Contract Counterparties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Nolensville Old Hickory LLC | Brendan G Best | c/o Varnum LLP | 789 Smith Avenue | | Birmingham | MI | 48009 |
| NOLENSVILLE OLD HICKORY, LLC | | 18331 PINES BOULVARD SUITE | | | PEMBROKE PINES | FL | 33029 |
| NOLENSVILLE OLD HICKORY, LLC | ATTN MIKE OUTLAW | 18331 PINES BLVD, SUITE 319 | | | PEMBROKE PINES | FL | 33029 |
| ROBERT LAING | | ADDRESS ON FILE | | | | | |
| TONY & LE THI NGUYEN, TRUSTEES OF TONY NGUYEN FAMILY TRUST | TONY NGUYEN FAMILY TRUST | ATTN TONY NGUYEN | 11808 ROWLES CT. | | LOS ANGELES | CA | 90066 |
| TONY NGUYEN FAMILY TRUST | ATTN TONY NGUYEN | 11808 ROWLES CT. | | | LOS ANGELES | CA | 90066 |
| VISION REAL ESTATE, LLC | | 5544 FRANKLIN ROAD | SUITE 200 | | NASHVILLE | TN | 37220 |
| VISION REAL ESTATE, LLC | ATTN MICHAEL TAYLOR | 523 3RD AVENUE SOUTH | | | NASHVILLE | TN | 37210 |
| WILL HILL NEWTON JR | | ADDRESS ON FILE | | | | | |
| WILLARD SCARBRO FAMILY, L.P. | ATTN WILLARD SCARBRO | 120 COUNTRY WALK DR | | | POWELL | TN | 37879 |

In re The Krystal Company, et al.
Case No. 20-61065

Page 2 of 2