Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

SEP 0 3 2020

By: _____
Deputy Clerk

Clerk U.S. Bankruptcy Court
Suite 1340
75 Ted Turner Drive
Atlanta, Georgia 30303

R.E. Chapter 11 Bankruptcy Dismissal Case No. 20-61065 (PWB)
The Krystal Company, et al.,

September 1, 2020

Clerk of Court,

The Southeast Alabama Gas District a Natural Gas Utility Objects to the relief sought in the Dismissal Motion for the following reasons.

1.) Unpaid balance for the Krystal location in Greenville Alabama in the amount of $725.51. I am attaching a copy of the last billing and an account summary showing the last payment, along with proof of a timely filed proof of claim.

If anything further is needed. I can be contacted at the address below. I am also providing this Notice of Objection to:

Counsel for the Debtors

Sarah R. Borders
Jeffrey R. Dutson
Leia Clement Shermohammed
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
https://www.kslaw.com

Sincerely,

**Southeast Gas**

*James K. Daugherty*

Accounting Manager ~ Southeast Gas
715 Dr. MLK Jr Expressway ~ Andalusia, AL 36420 ~
(334) 428-2841 (Phone)
(334) 427-2449 (Fax)

Page 1 of 1

# Southeast Gas

Local Office Information:
101 Cedar Street
Greenville, AL 36037   ** FINAL BILL **
(334) 382-2643

| Gas Service Information | |
|---|---|
| After Hours Phone: | (800) 660-8683 |
| E-Mail Inquires : | Marketing@southeastgas.com |
| Lobby Hours : | Monday - Friday 8am to 5pm |
| Pay Online At : | www.southeastgas.com |

| Account Number | Bill Type | Days in Bill Cycle | Bill Period | Due Date | Amount Due |
|---|---|---|---|---|---|
| 163082 | Small Commercial | 22 | 01/02/2020 thru 01/23/2020 | 02/10/2020 | $836.73 |

| Customer Name: | KRYSTAL COMPANY (PRE-PETITION) |
|---|---|
| Service Address: | 1020 FORT DALE RD GREENVILLE, AL 36037-3654 |

## Previous Bill Summary

| | |
|---|---|
| Previous Bill Amount | $697.36 |
| Payments | $0.00 |
| Balance After Payment | $697.36 |

## Current Bill Details

### Readings

| Description | Meter Number | Current | - Previous | = CCF Usage | x Pressure Factor | = Adjusted CCF Usage | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1020 FORT DALE | 876372207 | 29880 | 29573 | 307 | 1.0000000 | 307 | $470.55 |
| Alabama Utility Tax | | | | | | | $18.82 |

### Misc Charges Description

| | |
|---|---|
| Deposit Refund | -$350.00 |
| Total Current Bill Charges | $139.37 |
| Balance After Payments (shown above) | $697.36 |
| **Current Balance Due** | **$836.73** |
| Balance Due if not paid by 02/10/20 | $836.73 |

## Usage Information



GAS
Last Year — Current

| Comparisons | Days | CCF Used | Avg. CCF Day | Cost Per Day |
|---|---|---|---|---|
| Current Bill Period | 31 | 441 | 14.23 | 22.50 |
| Current Bill Period | 22 | 307 | 13.95 | 22.24 |
| Previous Bill Period | 30 | 413 | 13.77 | 21.66 |
| Same Period Last Year | 31 | 347 | 11.19 | 17.32 |

*****Important Messages

Less 3/35/20 Pymnt
(11.22)

Due 725.51

## Due Date, Payments and Late Fees

Late Payments subject to 5% late fee.
To avoid late fee, payment must be received in office by close of business on Due Date.
If Due Date is on weekend or holiday, pay by close of business on last business day prior.
If you mail your payment, please allow ample time for delivery.
Failure to receive bill does not avoid penalties for late payment and cut-off.

---

**Please Return this section with your payment**
Call: (334) 382-2643 To prevent Loss of Service.

**Mail Payment To:**
Southeast Gas
PO Box 1298
Andalusia, AL 36420-1223

**Ask About these Services**
* Bill Payment by Draft
* Levelized Billing
* Safety Inspections

| Account # | 163082 | Date | Amount |
|---|---|---|---|
| Current Amount Due | | 02/10/2020 | $836.73 |
| Amount Due After | | 02/10/2020 | $836.73 |
| Enter Amount Paid | | | |

FOR CHANGE OF ADDRESS OR PAYMENT AUTHORIZATION:
Please check here and complete the reverse side. Thank You!

KRYSTAL COMPANY (PRE-PETITION)
ENGIE INSIGHT
P O BOX 2440
SPOKANE, WA 99210-2440

0163082100008367300000836736

## Account (163082) KRYSTAL COMPANY

Identification  History  Comments  Detail  Address  Attributes  Alerts  Contacts  Attac

### Account History

| Billed _Owing | Current Balance | Carry Forward | Actual if on BB |
|---|---|---|---|
| 725.51 | 725.51 | | |

| Date | Description | Due | Amount | Amount Due |
|---|---|---|---|---|
| Mar-30-2020 | Audiotel Payment | | -111.22 | 725.51 |
| Jan-28-2020 | Deposit Applied-Greenville-10 | | -350.00 | 836.73 |
| Jan-28-2020 | FINAL Bill Charges (Not paid ... | Feb-... | 489.37 | 1186.73 |
| Jan-16-2020 | REGLR Bill Charges | Feb-... | 697.36 | 697.36 |
| Jan-06-2020 | Audiotel Payment | | -649.70 | 0.00 |
| Dec-16-2019 | REGLR Bill Charges | Jan-1... | 649.70 | 649.70 |
| Dec-06-2019 | Audiotel Payment | | -623.05 | 0.00 |
| Nov-18-2019 | REGLR Bill Charges | Dec-... | 623.05 | 623.05 |
| Nov-04-2019 | Audiotel Payment | | -585.06 | 0.00 |
| Oct-16-2019 | REGLR Bill Charges | Nov-... | 585.06 | 585.06 |
| Oct-07-2019 | Audiotel Payment | | -636.57 | 0.00 |
| Sep-16-2019 | REGLR Bill Charges | Oct-1... | 636.57 | 636.57 |
| Sep-03-2019 | Audiotel Payment | | -675.06 | 0.00 |

 KCC

The Krystal Company, et al.
**Case Number:** 20-61065

Blank Proof Of Claim Form with Instructions
For phone assistance:
(888) 249-2792 (Domestic US)
(310) 751-2607 (International)

This claim was successfully submitted for $ 725.51 against The Krystal Company on 31-Mar-2020 9:03:30 a.m. Eastern Time.

You can download a copy of the Claim Filing Summary here.

If you would like to make any changes to your claim, please request a new PIN from KCC and file an amended claim.

**You have uploaded your supporting documentation so <u>there is nothing for you to mail to KCC</u>.**



**Southeast Gas**

P.O. BOX 1338 • ANDALUSIA, AL 36420

CERTIFIED MAIL

7015 0640 0000 8708 5399



Clerk U.S. Bankruptcy Court
Suite 1340
75 Ted Turner Drive
Atlanta, GA 30303

CLEARED
SEP -3 2020
U.S. Marshals Service
Atlanta, GA