BLACK ⬤ HORSE

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2020 SEP 14  PM 3: 48

M. REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

Clerk, U.S. Bankruptcy Court
75 Ted Turner Drive
Suite 1340
Atlanta, GA 30303

Re:  Appeal to Bankruptcy dismissal motion Case No. 20-61065 (PWB)

To Whom It May Concern:

I am writing as a small business owner who together with my business partner and husband, Lee Runion, own Black Horse Studio and executed a successful photo and motion content shoot for Krystal on December 12th and 13th, 2019.

We are asking that Krystal be required to pay its debts to us for this project. There has been too much corporate welfare in this country this summer to the gross detriment of small businesses and the American people.  Krystal should not be a part of that - their marketing team and other high pay level execs still have jobs, their restaurants are still open.  They should not be released from their moral and legal responsibilities when they still have the means to pay the debts to the small businesses who have worked hard and spent their own money for them.  The small businesses who make this country what it is and without whom there would be no large corporations.

Black Horse was required by the project specifications to hire numerous freelance assistants, rent very expensive professional camera equipment, hire a freelance retoucher/post production artist, and provide fresh hot meals for breakfast and lunch as well as ample premium snacks and beverages throughout shoot for a large crowd of people.

We invoiced for the project on December 14th, 2019  (for $18,215.36) and were requested to do additional post production work the following week.  That was completed and billed separately on December 26th, 2019 (for $500.00).  Both invoices are attached.

The bulk of those invoices were direct out of pocket expenses.  We paid for the camera equipment at the time of rental, as well as all craft services/meals, and per industry standard practices, we paid all of our vendors/freelancers involved within 30 days of the project.  As a small business, we depend heavily on good cash flow to stay in business and I cannot put into words how dramatically this has hurt our business.



Not being paid for our time is bad enough - because our studio mortgage, equipment loans, insurance, electricity, the food on our table, everything, relies on being able to charge for our time.  But this is exponentially worse in that we paid out thousands of dollars we were depending upon getting back, and then getting nothing at all for that or for the work that was pre-approved prior to the shoot.  And the work was used.

We sincerely hope the court does the right thing here and further ask that Krystal pay its debts to us and the other small businesses they have left financially burdened.

Thank you,

Jennifer Bostic
Co-Owner, Photographer
Black Horse Studio

# B L A C K ((*h*)) H O R S E

310 E. Third Street
Winston-Salem, NC 27101

| | Date | Invoice No. |
|---|---|---|
| | 12/14/19 | 2005883 |

| P.O. Number | Terms | Due Date | Project |
|---|---|---|---|
| 225407 | Net 30 | 01/13/20 | 5310 Krystal TV Spots 12-19 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 2 day shoot in studio for Krystal to capture stills of 10 Krystals in boxes (4 shots - plus stop go), 5 Krystals in boxes (4 shots), Fish Sandwich (2 shots), and Wall of Boxes (4 shots), all on white sweep.  Motion captured of 10 steaming Krystals boxes, 5 steaming Krystals boxes, Chili Cheese Pup, Sunriser, and fish sandwich on red tray marble surface. | | | |
| - *food sytlist and stylist assistants to direct bill client* | | | |
| - client to provide all product and packaging, plus red trays | | | |
| - BHS to provide color graded unedited footage on hard drive to client, client to handle final editing | | | |
| Day Rate/Creative Rate Video | 1 | 2,400.00 | 2,400.00T |
| Day Rate/Creative Rate - stills - long day | 1 | 2,400.00 | 2,400.00T |
| AC | 2 | 500.00 | 1,000.00T |
| Assistant - 3 per day (includes retoucher on day 2) | 1 | 2,800.00 | 2,800.00T |
| Digital Package - motion | 1 | 2,200.00 | 2,200.00T |
| Digital Package - stills/stop go | 1 | 1,000.00 | 1,000.00T |
| GB Archive | 1 | 250.00 | 250.00T |
| Capture - High Res | 14 | 35.00 | 490.00T |
| Post Production | 2 | 1,250.00 | 2,500.00T |
| Media - Client | 1 | 200.00 | 200.00T |
| Meals/Catering | 1 | 1,425.36 | 1,425.36T |
| PreProduction - pre light/prep | 1 | 1,250.00 | 1,250.00T |
| Background Expense - printed backdrop | 1 | 200.00 | 200.00T |
| Sets & Props - grocery/stylist supply | 1 | 100.00 | 100.00T |
| Tax Exempt Client | | 0.00% | 0.00 |

| | Total | $18,215.36 |
|---|---|---|

# BLACK HORSE

### 310 E. Third Street
### Winston–Salem, NC 27101

| | Date | Invoice No. |
|---|---|---|
| | 12/26/19 | 2005887 |

| P.O. Number | Terms | Due Date | Project |
|---|---|---|---|
| | Net 30 | 01/25/20 | 5319 Krystal Post 12-19 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Additional post time on Krystal shoot footage/files for Krystal. | | | |
| Post Production | 1 | 500.00 | 500.00T |
| Tax Exempt Client | | 0.00% | 0.00 |

| | Total | $500.00 |
|---|---|---|



**BLACK HORSE**

Appeal to Bankruptcy dismissal motion Case No. 20-61065 (PWB)


Attachment 1.                    Additional parties served Objection to Dismissal Motion
                                 Regarding Dismissal of Debtor's Ch.11 Cases and Granting
                                 Related Relief. [Docket No. 596]



Clerk, U.S. Bankruptcy Court
75 Ted Turner Drive
Suite 1340
Atlanta, GA 30303


King and Spalding LLP
1180 Peachtree Street NE
Atlanta, Ga. 30309


The Krystal Company – 114303-1
c/o KCC
PO Box 43003
Providence, RI. 02940-3003


The Krystal Company (4140); Krystal Holdings, Inc. (5381); L-Square Acquisition Co. LLC (8916)
1455 Lincoln Parkway, Suite 600
Dunwoody, Ga.  30346

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:                                    )         Case No:  20-61065 (PWB)
                                          )
                                          )         Chapter  11
                                          )
                                          )
           Debtor(s)

**CERTIFICATE OF SERVICE**

    *I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the* __6th__ *day of* __September__ *, 20*__20__ *I served a copy of*

__my 2 invoices for photography + videography services__

*which was filed in this bankruptcy matter on the* __19th__ *day of* __January__ *, 20*__20__

__Please see attached letter of services provided/invoices__

Mode of service (check one):          ● MAILED          ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

• Clerk's Office, US Bankruptcy Court
   Suite 1340
   75 Ted Turner Dr.
   Atlanta, GA. 30303

                    Please also
            • See attached list

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:  9|6|20                        Signature: _____

                                Printed Name:  Jennifer Bostic

                                Address:  310 E Third Street
                                            Winston Salem, NC 27101

                                Phone:  336-817-0280

(Generic Certificate of Service – Revised 4/13)

Black Horse Studio
310 East Third Street
Winston-Salem, NC 27101



7019 0140 0000 9694 9980

1000          30303

U.S. POSTAGE PAID
FCM LETTER
WINSTON SALEM, NC
27101
SEP 08, 20
AMOUNT
**$7.10**
R2305K142890-05

RETURN RECEIPT
REQUESTED

Clerk, U.S. Bankruptcy Court
75 Ted Turner Drive
Suite 1340
Atlanta, GA 30303

CLEARED

SEP 1 4 2020

U.S. Marshals Service
Atlanta, GA