Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

OCT 0 5 2020

By: _____
Deputy Clerk

Aug 31-2020

Dear:

To Whom it may Concern:

I Know, I deserve a compensation because, I worked very hard at Kruptal since last year 2019-2020 and, I was going to High School, but, I still worked also, and my hours were being cutted also and during the Lawsuit Bankruptcy and in March 2020, I got laid off cause of the Coronavirus pandemic and I had did my Info on line to labor dept but, I could never get anyone on the phone to help me or tell me what I needed to do, So I went back but for a short while I'm getting Ready to go College in a few weeks. everything was put on hold, cause of Coronavirus Pandemic. I Spalding City Cases are 1,217.00 getting higher, deaths hospitalize 164 My auntie heard it on Radio and that stresses us out & worries my family hoping I'll be safe when, I do leave So you can see my frustration also.

Thank you,
Sign KHALIYAH Berry
526 North 3rd St,
Griffin, Ga. 30223

I'm not able to come or phone In

Kryptal #2
95 West Taylor St,
Griffin, Ga. 30223

From: Ms Khaaliyah Berry
526 North 3rd Street
Griffin, GA 30223



SEND TO: Clerk. U.S. Bankruptcy Court
Suite 1340 75 Ted Turner Drive
Atlanta, Georgia, 30303

Please Postmaster: Rush: