

**IT IS ORDERED as set forth below:**

**Date: October 15, 2020**

  _____
  **Paul W. Bonapfel**
  **U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KRYSTAL COMPANY, *et al.*,[1] | ) | Case No. 20-61065 (PWB) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING CONSOLIDATED
### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES
### AND REIMBURSEMENT OF EXPENSES, SUBJECT TO OBJECTION

Upon consideration of the *Consolidated First and Final Fee Application for Allowance of Fees and Reimbursement of Expenses* [Docket No. 610] (the "Application") filed by the Case Professionals retained in the above-captioned chapter 11 cases seeking, in connection therewith, allowance and authorizing payment of final compensation and reimbursement of fees and expenses for the Compensation Period; and this Court having jurisdiction over this matter

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Krystal Company (4140); Krystal Holdings, Inc. (5381); and K-Square Acquisition Co., LLC (8916). The location of the Debtors' corporate headquarters and service address is: 1455 Lincoln Parkway, Suite 600, Dunwoody, Georgia 30346.

pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order (this "Order") consistent with Article III of the United States Constitution; and this Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that adequate notice of the Application, opportunity to object and for hearing was provided pursuant to General Order No. 24-2018; and this Court having reviewed the Application, the amounts set forth on **Exhibit A**, and all other matters of record, including the lack of objection thereto; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and this Court having determined that no hearing is necessary on the Application absent the filing of an objection; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Application is GRANTED to the extent set forth herein, subject to objection as provided for herein.

2. **Any objections to the relief sought in the Application must be filed with the Court no later than 5:00 p.m. (prevailing Eastern Time) on November 5, 2020.**

3. **If an objection is timely filed, a final fee hearing (the "Final Fee Hearing") will be held on November 19, 2020 at 10:00 a.m. (prevailing Eastern time) in Courtroom 1401, United States Bankruptcy Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Given the current public health crisis, the hearing may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for**

2

**instructions on whether to appear in person or by phone. No hearing shall be necessary on the Application absent the filing of an objection.**

4. If no objection to the relief sought in the Application is timely filed, this Order shall be a final Order granting the Application and final allowance shall be made to each Case Professional in the sums set forth on **Exhibit A** attached hereto as compensation for necessary and reasonable professional services rendered and for reimbursement of actual and necessary costs and expenses incurred during the Compensation Period.

5. Necessary and reasonable fees for professional services rendered and actual and necessary costs and expenses incurred by the Case Professionals for the periods following July 31, 2020 shall be paid in accordance with the Wind Down Budget.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

7. Counsel for the Debtors is directed to serve a copy of this Order on the parties that received service of the Application within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of Court.

END OF ORDER

Prepared and presented by:

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Jeffrey R. Dutson
Georgia Bar No. 637106
Leia Clement Shermohammed
Georgia Bar No. 972711
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: jdutson@kslaw.com
Email: lshermohammed@kslaw.com

*Counsel for the Debtors in Possession*

**Exhibit A**

| (1) Applicant | (2) Fee Period | (3) Docket Number of Application | (4) Fees Requested for the Fee Period | (5) Fees Allowed for the Fee Period | (6) Expenses Requested for the Fee Period | (7) Expenses Allowed for the Fee Period | (8) Fees & Expenses Previously Paid | (9) Fees & Expenses to be Paid |
|---|---|---|---|---|---|---|---|---|
| King & Spalding LLP | January 19, 2020 Through July 31, 2020 | 610 | $1,533,613.50 | $1,533,613.50 | $8,886.80 | $8,886.80 | $1,542,500.30 | $0 |
| Scroggins & Williamson, P.C. | January 19, 2020 Through July 31, 2020 | 610 | $258,800.00 | $258,800.00 | $388.22 | $388.22 | $259,188.22 | $0 |
| Alvarez & Marsal | January 19, 2020 Through July 31, 2020 | 610 | $2,248,270.00 | $2,248,270.00 | $16,314.90 | $16,314.90 | $2,264,584.90 | $0 |
| Piper Sandler & Co. | January 19, 2020 Through July 31, 2020 | 610 | $1,732,500.00 | $1,732,500.00 | $8,064.03 | $8,064.03 | $1,740,564.03 | $0 |
| Kelley Drye & Warren LLP | January 19, 2020 Through July 31, 2020 | 610 | $545,266.35 | $545,266.35 | $3049.68 | $3049.68 | $548,316.03 | $0 |
| Arnall Golden Gregory LLP | January 19, 2020 Through July 31, 2020 | 610 | $171,381.00 | $171,381.00 | $1,432.15 | $1,432.15 | $172,813.15 | $0 |
| FTI Consulting | January 19, 2020 Through July 31, 2020 | 610 | $182,857.95 | $182,857.95 | $1,978.22 | $1,978.22 | $184,836.17 | $0 |